DeRon McCoy,Jr #76894
P.O.Box 2
Lansing,Ks 66043

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DeRon McCoy,Jr,plaintiff,

V.

Aramark,correctional services,

Julie Dockendorff,Aramark dietitian,
in her individual and official capacity,

Patricia Berry,K.D.O.C State contract monitor,in her individual and official capacity,

Cheryl Allen,K.D.O.C Dietitian,in her individual and official capacity,

Rabbi M.Gilly,Aramark religious Authority, in his individual and official capacity,

Ms. Burns,Aramark supervisor,at L.C.F Max, in her individual and official capacity,

John Doe ,Aramark worker,in his individual and official capacity,

Randy       ,Aramark supervisor,inhis individual and official capacity, Defendants

Case no. 16-3027-SAC-DJW

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C
§1983

A. JURISDICTION

1) _DeRon McCoy, Jr_, is a citizen of Kansas who present resides at _LCF P.O Box 2 Lansing, Ks 66043_.

2) Defendant Aramark correctional services is a corporation incorporated under the laws of the state of _Kansas_ and has its principal place of business at Aramark tower,1101 Market street,Philadelphia,PA 19107.

3) Defendant Julie Dockendorff is a citizen of _Kansas_, and is employed as Aramarks Dietitian. At the time the claims

1

alleged in this complaint arose this defendant was acting under the color of state law. this defendant is the Aramark dietician who does the diets for K.D.O.C inmates.

4) Defendant Patricia Berry is a citizen of Kansas,and is employed as K.D.O.C state contract monitor.At the time the claims alleged in this complaint arose this defendant was acting under the color of state. This defendant is the person who over sees the state contract between Ararmark and K.D.O.C.

5) Defendant Cheryl Allen is a citizen of Kansas,and is employed as K.D.O.C Dietitian.At the time the claims alleged in this complaint arose this defendant was acting under the color of state law. This defendant is responsable for the menus of the K.D.O.C inmates.

6) Defendant Rabbi M.Gilly is a citizen of Kansas and is employed as the Aramark religiuos authority.At the time the claims alleged in this complaint arose this defendant was acting under the color of state law. This defendant works as the Ararmark religios authority and was part of implementing the CRD Menu for K.D.O.C inmates.

7) Defendant Ms. Burns is a citizen of Kansas and is employed as the Aramark supervisor at L.C.F max. At the time the claims arose this defendant was acting under the color of state law. This defendant supervises the immediate opperation of the max custody kicthen of L.C.F.

8) Defendant John Doe is a citizen of Kansas,and is employed as

2

a inmate supervisor with Ararmark Corporation. At the time the claims alleged in this complaint arose this defendant was acting under the color of state law. This defendant is the supervisor of the inmates that work in the max kitchen at L.C.F Max.

9) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3);42 U.S.C. §1983; R.L.U.I.P.A §2000 cc1.

## B. NATURE OF THE CASE

1) On March 13, 2014, while visting the chaplins office in the max facility at Lansing Correctional Facility I spoke to Chaplin Richard Dunn about a inmate request that I had submitted requesting to be placed on modified kosher diet in accordance with the practicing of my religious beliefs(Jewish). I was informed by Chaplin Dunn that there was no Kosher modified diet currently provided by Ararmark correctional services for the prisoners in K.D.O.C custody. I was told that the only modified diet currently provided was the certified religious diet meals. I asked if the religious diet was Kosher. Chaplin Dunn told me that he "was not even allowed to say that the religious diet was kosher". After being told this information by Chaplin Dunn I then began my own research into the religiuos diets and what the religious diets meals consisted of and how it was prepared and served. I obtained a religious diets meal menu for men inmates for week one and week two, each begining on thursday and stopping on wensday. This menu was for breakfast, lunch, and dinner. At first glance it appeared that the prisoners are provided with many entrees that are certified Kosher. Beside many of the meal

3

items the religious meals menu indicates that the items are w/kosher symbol. To a person who is of Jewish religion, race or many of the other Judiac type religions who require kosher food, that type of marking w/kosher symbol means that when the person recieves the food item that it is factory sealed and unopened and has a kosher symbol "K" or"U" affixed to the package that tells the consumer that the food product is certified kosher meeting the very strict degree of approval to be labeled as certified kosher. On quite alot of the other food items on the religious diet meal menu there are no such indications as w/kosher symbols, such as rice, noodles, beans, lettuce, garden salad, mixed vegetables, and flour tortillas(which are not kosher). The religious menu is signed by Cheryl Allen, Julie Dockendoff, Patricia Berry, and Rabbi M.Gilley. After reading the religious meals menu I then went to the dinning hall during the time religious diets was being served, to personally see what was being served and how it was being served to the prisoners on religious meals. I walked through the serving line and recieved a religious meal tray I was handed a dark brown plastic reusable meal tray (that is similar to the plastic reusable meal tray used to serve regular meals on to prisoners who eat regular meals, just different in color). After getting the empty meal tray(dark brown in color) I proceeded in the meal line and, as I did a differnt prisoner kitchen worker laddle or placed a different food item into the various sections of the tray I was holding. None of these food items were served in a unopened, factory sealed package besides the vegetable speard. The bread was two

slices of regular white bread,the main entree appeared to be chicken or turkey in a creamy sauce with vegetables,rice,and salad with the salad dressing already mixed into it.Each food item was laddled/scooped from warming pans sat into the same warmers used to warm and serve the regular meals to prisoners. In fact the only defference it seemed between the regaular meals and the religious meals was the sliced bread(regular meals get homemade rolls) and the main entree. I then sat down at one of the tables as I ate the meal I closely inspected the dark brown tray and noticed that the plastic was scuffed at the edges and the tray had deep pitmarks in the tray I then followed the other prisoners after a few got done with there meals,these prisoners placed there dirty trays through the slot in the kitchen wall where prisoners in the whole max facility place there dirty trays after eating and before leaving the dinning hall. I peeked into the slot/opening and observed the prisoner who's job it was to clean trays,going through the same procedure cleaning the religiaus trays as he would the regular trays (which is dumping the left over contents of the tray into a trash can then placing the trays onto the conveyor racks of the industrial dishwasher to run through to be washed). I then again went to religious meals during dinner meal time and it was the same process with slightly different food items served.None of the food items were served in a sealed unopened pakage and therefore no items were labled with a kosher symbol like is advertised on the religious diets menu. For the next approx Ten(10) days I began to ask various prisoners who I knew worked in the max kitchen as religious

5

meals cooks,line servers,and dish washers. As to how the religious meals were cooked,were they were prepared,were the utensils were kept at,were the serving pans that the religious meals were served out of were kept,were the reusable religious meal trays were kept, and were they stored the food for religious meals. All of the prisoners kitchen workers (approx seven persons) relayed to me the same type of answer to my inquiries (That the religious meals were not cooked or prepared in the room designated for preperation and cooking of the certified religious diets,that the certified religious meals were prepared and cooked on the same tables and areas where regular meals are prepared. That the utensils for religious meals are kept in the religious diets meal room,but brought out of that room to the serving line during meal times,but that the serving pans that are used to serve religious diets and regular diets meals are the same pans used for serving both type of diets and are kept and washed in the same areas. On or about Dec 5, 2014 I began work as a electrical work on the electrical crew at Lansing Correctional facility,the electrical crew I worked for was called in for a work order at the max kitchen. The work order included a broken cord on the warmer that the serving pans that are filled with food are kept in on the serving line while serving meals to the prisoners and a electrical range top stove in the (CRD) room that is supposed to be used to prepare the (CRD) meals. I personally went into the certified religious diets room to clarify what the electrical problem was in the(CRD) room. After being directed by one of the Aramark employees. I observed that the electrcal range top stove was not operable. The knobs were

6

not present to be able to turn the ranges on and on some of the switches used to operate the ranges you could not even replace the knobs due to there not being shafts to place the knobs onto. making it impossible to turn the range top burners on even if the ranges worked (which they did not). The electrical crew boss and I then went into the electrical room were the circuit breaker boxes are located for the electrical compotents and circuits for the kitchen and turned the power supply(circuit breaker) off to the electrical stove top since it the electrical stove was not operable and was a safty hazard to keep electrical power supplied to it. I next proceeded to the serving line area to fix the broken power cord to the warmer. When I entered the the serving line area I observed the warmer tipped foward with the and inner workings and electrical wires exposed. There was numerous cockroaches crawling all over the warmer along with left over food particles and what appeard to be cockroach excretment. I proceeded to fix the power cord, once I was finished the Aramark employee checked to make sure the warmer was operable. I then asked the employee " are you going to clean that?" referring to, while pointing at the underneath of the warmer. To which he replied "no" I then said "man theres cockroaches all over it though. He just shrugged his shoulders and told one of the prisoners to set the warmer up,   put water in it, and turn it on. I then proceeded back to the area the electric crew boss was standing near the officers station to tell him that I had fixed the electrical wire. After I did that the electric crew supervisor began a conversation with another crew supervisor and I took the oppurtunity to investigate more. I

7

noticed a inmate stirring food in a large pressure cooker(steam kettle) I walked over to him and asked him if one of the kettles were used for cooking the (CRD) meals. The inmate pointed at the kettle directly next to the one he was currently stirring food in no more than approx 3 feet away. As the inmate began to laddle food out of the kettle using a large laddle into the serving pans I asked is that the dinner for regular meals to which he replied "yes". I then walked over to a inmate who was cutting up turkey and various other foods on a table directly in front of the (CRD) room and asked him"what tables do they use to prepare the (CRD) meals?" to which he pointed down at the table he was cutting up turkey and replied "here, but they already did religious meals". I then observed a open a box with a loaf of bread laying beside it. I walked over to where the box was, I first closely inspected the loaf of bread looking for any symbols indicating that the bread was kosher I observed a plain clear see through plastic wrapped loaf of bread with no symbols markings or even nutrional information (this bread was identical to the bread served to religious diets). I then began to inspect the opened cardboard box inside was several identically wrapped loafs of bread. On the side of box was a brand name and various information,but the box lacked any symbols or markings verifying that the bread was kosher. I then walked back over to where the eletric crew boss was and me and the rest of the electric crew left the kitchen.

On December 12,2014 me and the electric crew again were called to the kitchen on a work order to fix a circuit board sensor that was shooting sparks out of it. while the electric

8

crew boss was working on the sensor I observed a inmate in the certified religious diets room so I walked over to the room I then asked him if he could show me what the main entree of the religious meals was packaged in before it was cooked and served to the inmates. He then told me that it had "already been cooked". I then told him I was "really only was interested in seeing the package that the meal entree was packaged in before cooking". The inmate then reached into the trash can near him and grabbed a clear package out of it. He held this package out for me to see this package, the package had no kosher markings or symbols, nor did this package have nutritional information. In fact the only markings that were present were "Beef stroanoff" written across the package in red marker. I asked the inmate if all the (CRD) meal entrees were marked similiarly and he replied "Yes, but with different writting identifying the contents of the package. I then went back over to were the electric crew was standing and then proceeded back to the maintenance shop. As of October 7, 2015 there has been no change to the proceedure of preparing (CRD) nor has there been and change in the meal compents served in the (CRD). none of the meals are served factory sealed with kosher symbols.

### C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or imunities have been violated and that the following facts form the basis for my allegations:

   A)(1) Count 1:   First amendment free exercise clause.

9

(2) supporting facts:

Defendant Aramark correctional services violated the plaintiffs free exercise clause of the first amendment by obtaining there meal components from a manufactuer that is not a reliable trusted certified kosher purveyor.

Defendants Aramark correctional services, K.D.O.C, Patricia Berry, Rabbi M.Gilly, and Cheryl price violated the plaintiffs free exercise clause by implementing a menu that advertises there (CRD) menu as meeting Kosher guidelines but serving none Kosher meals and meal entrees.

Defendants K.D.O.C, Patricia Berry, Cheryl Price, and Rabbi M.Gilly violated the plaintiffs rights by failing to require that Aramark correctional services provide the pliantiff with a factory sealed fully Kosher meal that meets Jewish dietary laws.

Defendants Aramark correctional services, K.D.O.C, Patricia Berry, Cheryl Allen, Rabbi M.Gilly, Ms.Burns, and John doe. Violated the plaintiffs First amendment rights by not properly supervising and ensuring that the complete preperation of the (CRD) meet all jewish dietary laws and not properly storing and washing pots, pans, and serving utensils in a way to ensure that they do not become religiously unclean.

Defendants Aramark Corr services, K.D.O.C, Patricia Berry, Cheryl Allen, Rabbi M.Gilly, Ms. Burns, and John doe. Violated the plaintiffs First amendment rights by serving the certified religious diets

10

on single use disposable trays thus leaving room for error and enabling the reusable food trays to become cross-contaminated. Becoming religiously unclean.(contaminated by swarmings creatures "cockroaches and mice").

Defendant Aramark correctional services,Julie Dockendoff Rabbi M. Gilly,Cheryl Allen,Pat Berry violated the plaintiffs First Amendment rights by not having the religious menu approved by the Rabbinical authority for K.D.O.C (Rabbi Don Alpert). Defendant Aramark correctional services,Julie Dockendoff, Rabbi M. Gilly, Cheryl Allen,Pat Berry, K.D.O.C ,Ms.Burns, and John Doe Aramark worker, violated the plaintiffs First Amendment rights by implementing the certified religious diets and attempting to pass it off as meeting Jewish dietary laws.When items on the (CRD) menu are not Kosher or designated as Kosher.

B)(1) Count 2: Fourteenth Amendment
(2) Supporting facts: Defendants Aramark Correctional services Julie Dockendoff,Rabbi M.Gilly,Cheryl Allen,Pat berry, Randy violated the plaintiffs Fourteenth Amendment rights by implementing the certified religious diet and attempting to pass it off as meeting jewish dietary laws when the meal items are not designated as kosher.

Defendant Aramark,K.D.O.C,Patricia Berry,Cheryl allen,Rabbi M.Gilly,Ms.Burns,Aramark supervisor Randy    ,and John doe Aramark worker violated the plaintiffs Fourteenth Amendment right by not having the religious menu approved by the proper Rabbincal Authority or themeals items being (K)appovedby a certified Rabbinical Authority.

11

Defendant Aramark, Patricia Berry, Cheryl Allen, Rabbi M. Gilly, Ms. Burns, Aramark supervisor Randy, and john Doe Aramark worker, violated the plaintiffs Fourteenth Amendant right by using reusable trays to serve the (CRD) meals, thus allowing the trays to become contaminated and religiously unclean.

Defendant Aramark correctional services, Rabbi M. Gilly, Ms. Burns, Aramark supervisor Randy, and John doe aramark worker, violated the plaintiffs fourteeeth Amendment right by failing to train the person(s) preparing the (CRD) meals to be prepared as to make sure the preparation and meal components served meet jewish dietary law and also remain religiously clean in accordance with kosher guidelines.

Defendant Aramark correctional services, Patricia Berry, Cheryl Allen, Rabbi M. Gilly, Ms. Burns, Aramark supervisor Randy, and john Doe Aramark worker, violated the plaintiffs Fourteenth Amendment right by failing to provide the plaintiff with factory sealed un-opened fully Kosher meals that meet all jewish dietary Laws.

Defendant Aramark correctional services, Patricia Berry, Cheryl Allen, Rabbi M. Gilly, Ms. Burns, Aramark supervisor Randy and John Doe aramark worker, violated the plaintiffs fourteenth amendment right by not washing and storing the pots, pans, and utensils seperatly from the other pots, pans, and utensils as to make sure they do not become religiouly unclen.

12

## D. PREVIOUS LAWSUITS AND AMINISTRATIVE RELIEF.

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or oterwise relating to the conditions of your imprisonment? Yes ☐  No ☒. If Your answer is "YEs", descibe each Lawsuit.( If there is more Than one Lawsuit, descibe the additional lawsuits on another piece of paper, using the same outline.)
piece of paper, using the same outline.)

  a) Parties to previous lawsuits:

  Plaintiffs: _____

  Defendants: _____

  b) Name of court and docket number _____

  c) Disposition (for example: Was the case dismissed? Was it Appealed? Is It still pending?)

  d) Issues raised _____

  e) Approximate date of filing lawsuit _____

  f) Approximate date of disposition _____

2) I have previously sought informal or formal relief from the appropiate administrative officials regarding the acts complained of in part C ☒ Yes ☐ No. If your answer is "Yes", briefly descibe how relief was sought and the results. If your answer is "No", briefly explain why adminsrative relief was not sought.

   On March 13, 2014 I sought informal resolution concerning being placed on aKosher modified diet by speaking personally with the chaplin at L.C.F (Chaplin Richard Dunn). I was told by Chaplin Dunn that the (CRD) was the only modified diet

provided besides the vegatarian diet. On March 25,2014 I wrote a formal grievance that was denied and appealed that decesion to the warden of L.C.F and was again denied, I then appealed that decesion to the secretary of corrections and it was again denied.

### E. REQUEST FOR RELIEF

1)     I believe that I am entitled to the following relief:
   a) Compensatory relief in the amount of $ 4,000.00.
   b) Punitive relief in the amount of $3,000.00.
   c) Declatory judge that the acts contained in this action violate the plaintiffs rights.
   d) Permenant injunction directing K.D.O.C and its Food service provider to establish and provide a fully Kosher modified diet, along with food preparation guidelines that meet jewish dietary laws.
   e) Any and all other relief the court deems fit and proper.
   f) A Jury trial on all issues.

Date: 1-23-16

_____
signature of petitioner.

14