IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DERON McCOY, JR.,**

        **Plaintiff,**

        **v.**                      CASE NO. 16-3027-SAC-DJW

**ARAMARK CORRECTIONAL SERVICES,
et al.,**

        **Defendants.**

## ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT JUDGMENT

## NUNC PRO TUNC ORDER

## WAIVERS TO PATRICIA BERRY

This order is to correct errors in the court's prior Martinez Report Order dated September 6, 2016. Plaintiff has properly asked the court to correct these errors in his Motion to Alter/Correct Judgment (Doc. 19). The court stated in the body of its prior order that defendant Sherri Burns should be dismissed from the action, but then in the order language the court erroneously dismissed defendant Patricia Berry instead and consequently erroneously ordered summons issued to defendant Burns. The court grants plaintiff's motion and corrects these errors by entering the following orders.

**IT IS THEREFORE ORDERED** that plaintiff's Motion to Correct Judgment (Doc. 12) is granted.

1

**IT IS FURTHER ORDERED** that this action is reinstated and reopened as against defendant Patricia Berry, and this action is dismissed without prejudice as against defendant Sheri Burns.

**IT IS FURTHER ORDERED** that the summons already issued to Sheri Burns is nullified and no answer is required from or on behalf of Sheri Burns.

**IT IS FURTHER ORDERED** that

(1) The clerk of the court shall prepare waiver of service of summons forms pursuant to Rule 4(d) of the Federal Rules of Civil Procedure to be sent to defendant state employee Patricia Berry at no cost to plaintiff.

(2) No further answer or motion addressed to the complaint shall be filed without leave of court until the previously-ordered *Martinez* Report has been prepared and filed.

(3) Discovery by plaintiff shall not commence until plaintiff has received and reviewed defendant's answer or response to the complaint and the report required herein. This action is exempted from the requirements imposed under F.R.C.P. 26(a) and 26(f).

Copies of this Order shall be transmitted to plaintiff, to defendants, to the Secretary of Corrections, and to the Attorney General of the State of Kansas.

**IT IS SO ORDERED.**

**Dated this 7th day of September, 2016, at Topeka, Kansas.**


<u>**s/Sam A. Crow**</u>
**U. S. Senior District Judge**