P.o Box 311
Eldorado, Ks
        67042.

In the United States District Court
For the District of Kansas

DeRon McCoy, Jr
        plaintiff

vs.

Aramack correctional services INC
etal.,
        Defendants

CASE NO. 16-3027-SAC-DJR

Declaration

## Plaintiffs Declaration

DeRon McCoy Jr the plaintiff in the
above caption case herby Declares.

1) I am the aboved named plaintiff.

2) I am a observant orthodox Jew.

3) I would like to eat Kosher and ONLY Kosher foods.

4) That AraMack correctional services Inc and K.D.O.C
   are not currently providing me with a fully Kosher
   diet that meets all Kosher Dietary laws.

5) That I myself have personally witnessed the
   food items and food packages for the meal components
   and a majority of all the food item packages
   have no kosher symbols or markings, that are

(1)

) used for the certified religious diets meals

6) That the certified religious diets does not meet the strict Kosher dietary laws for orthodox Judaism.

7) That I was once a Kosher cook at LCF when Aramark services Inc served a fully Kosher diet that met all Kosher dietary laws.

I DeRon McCoy Jr hereby declare under penalty of perjury that the foregoing is true and correct. Executed at Eldorado, Kansas on September 11th, 2016

Date: 9-11-16

s/ DeRon McCoy Jr
DeRon McCoy Jr
P.O Box 311
Eldorado, KS 67042

(2)