| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>DeRon McCoy, Jr. | COURT CASE NUMBER<br>16-3027-SAC-DJW |
| DEFENDANT<br>Aramark Correctional Services, et al. | TYPE OF PROCESS<br>Summons/2nd Amended Cmp/Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M. Gilly, Rabbi, Aramark Religious Authority, c/o The Corporation Company, Inc., Resident Agent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
112 S.W. 7th Street, Suite 3C, Topeka, KS  66603

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DeRon McCoy, Jr., #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS  67042

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 4
Check for service on U.S.A.

FILED SEP 13 2016 TIMOTHY M. O'BRIEN CLERK By Deputy

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Timothy M. O'Brien, Clerk
TELEPHONE NUMBER: 785-338-5400
DATE: 8/31/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2 of 4
District of Origin: No. 31
District to Serve: No. 31
Signature of Authorized USMS Deputy or Clerk: P Bison
Date: 9-6-16

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Service by Mail
Address (complete only different than shown above):
Date: 09/09/2016   Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8.00 | 0 | -0- | $8.00 | | $0.00 |

REMARKS: Date summons and complaint were sent by certified mail, 08/31/2016
Date of Service (date return receipt signed):  09/09/2016
Date return receipt received in USMS Office:  09/12/2016

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| DERON MCCOY, JR. <br><br> *Plaintiff(s)* <br> v. <br><br> ARAMARK CORRECTIONAL SERVICES, et al. <br><br> *Defendant(s)* | Civil Action No. 16-3027-SAC-DJW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   M. Gilly, Rabbi, Aramark Religious Authority
c/o The Corporation Company, Inc., Resident Agent
112 S.W. 7th Street, Suite 3C
Topeka, KS 66603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DeRon McCoy, Jr., #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/31/2016

s/S. Nielsen-Davis
*Signature of Clerk or Deputy Clerk*

TIMOTHY M. O'BRIEN
CLERK OF COURT
490 U.S. Courthouse
444 SE Quincy
Topeka KS 66683-3589



**2. Article Number**

9414 7266 9904 2017 5751 56

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

M. GILLY, RABBI
ARAMARK RELIGIOUS AUTHORITY
112 S.W. 7TH STREET
SUITE 3C
TOPEKA, KS 66603

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery SEP 09 201

C. Signature
X   SAMANTHA MILNER
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

**Reference Information**

16-3027-SAC-DJW

D/KS P. Brown

PS Form 3811, January 2005      Domestic Return Receipt

---

9414 7266 9904 2017 5751 56

**TO:** M. GILLY, RABBI
ARAMARK RELIGIOUS AUTHORITY
112 S.W. 7TH STREET
SUITE 3C
TOPEKA, KS 66603

**SENDER:** D/KS P. Brown

**REFERENCE:** 16-3027-SAC-DJW

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | 0.39 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 2.79 |

**USPS® Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

6-9-16