Sherri Price, Legal Counsel, SC #16485
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66048
Telephone: (913) 727-3235 x57277

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DERON MCCOY, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 16-3027-SAC-DJW |
| **ARAMARK CORRECTIONAL SERVICES,** ) | |
| et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**REPORT IN "MARTINEZ v. AARON" INVESTIGATION**
**CIVIL RIGHTS COMPLAINT**

**I.      INTRODUCTION**

On January 27, 2016, Plaintiff DeRon McCoy, an inmate incarcerated in the custody of the Secretary of Corrections of the State of Kansas and confined at El Dorado Correctional Facility (EDCF), filed an action in the United States District Court for the District of Kansas.  A second amended complaint was filed on August 31, 2016.  Plaintiff's second amended complaint, filed pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. 2000 cc-1, named Aramark Correctional Services, Julie Dockendorff, Patricia Berry, Cheryl Allen, Rabbi M. Gilly, Sheri Burns, Randy Singletary and John Doe as Defendants.  Plaintiff's claims against Sheri Burns, Randy Singletary

and John Doe have been dismissed by the court without prejudice.  On August 31, 2016, the Court ordered the preparation of a *Martinez v. Aaron* report by the Kansas Department of Corrections.

## II.	INVESTIGATION

DeRon McCoy has been an inmate in the custody of the Secretary of Corrections since March 6, 2012.  He was housed at Lansing Correctional Facility from October 2, 2012 to June 16, 2016.  He is currently housed at El Dorado Correctional Facility.  *See* Exhibit A (KASPER Profile for Plaintiff McCoy).

On January 22, 2014, Plaintiff changed his religious preference from Protestant to Assembly of Yahweh and on August 25, 2014 to Judaism.  With these changes, Plaintiff was placed on the roster to receive religious diet meals.  *See* Exhibit B (Affidavit of Don Almond).

The department's procedures relating to religious diets are set out in Internal Management Policy and Procedure (IMPP) 10-106 and 10-119.  *See* Exhibit C (Affidavit of Patricia Berry).  IMPP 10-106 provides that the menus shall be established by a provider under contract with the Department to provide food service to inmates within the care and custody of the Secretary of Corrections. *See* Exhibit D (IMPP 10-106: PROGRAMS AND SERVICES: Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules).  The Department has contracted with Aramark Correctional Services, Inc. for the provision of provide food service for the department's correctional facilities since 1997.  Berry Affidavit (Ex. C) at ¶ 3.

These menus shall be subject to approval by the Secretary or his designee, and reviewed every six (6) months, or whenever substantial changes in the menu are made by a registered

dietician.  The menus must meet basic nutritional requirements for all meals served, including any alterations, substitutions and modifications for medical, dental, mental health, religious purposes and alternative meal service.  IMPP 10-106 (Ex. D) at p. 1.

In addition, the standardized menus shall include provisions for modified diets, which conform as closely as possible to the menus and ensure the nutritional adequacy of food items substituted for standard menu items.  Instructions for modified diets shall provide for consideration of the most commonly prescribed modified diet to address the most common religious dietary laws.  IMPP 10-106 (Ex. D) at p. 3.

All religious diets shall be consistent with the approved religious diet menu.  *See* Exhibit E (IMPP 10-119:  PROGRAMS AND SERVICES:  Medical and Religious Diets and Vegetarian Alternative Diet).

Religious meals menus are reviewed by an Aramark dietitian, a KDOC dietitian, and the state contract monitor who each sign the menu if approved.  In addition, the menu is reviewed by Aramark's religious authority who also signs the menu if approved.  By signing this approval on the menu, the religious authority confirms that the menu, its meal components and preparation processes follow the Jewish dietary laws.  He, however, does not confirm that each meal being served is Kosher as he does not oversee the preparation of the meals.  *See* Religious Meals Menus (attached to Berry Affidavit, Ex. C-A).

The following provisions are included on each menu:

> "Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads.  Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area.  No meat is served.  Serve meal on disposable or

3

designated kosher tray with disposable or kosher only tableware."

*Id.*

At Lansing Correctional Facility, the foods purchased for the certified religious diet (CRD) are stored in a separate area of the warehouse and in the dry storage room in the maximum facility's kitchen. The foods for the CRD are prepared in the Max Kitchen using a steam kettle that is dedicated for CRD use only. Inmates and staff who work in the CRD receive training as to any special procedures to follow in the preparation and serving of the CRD. The CRD has a dedicated steam table that is only used for CRD meals. *See* Exhibit F (Affidavit of Randall Singletary).

Dark brown colored trays are used to serve the CRD meals as opposed to the light tan trays used to serve the general population meals. These trays are either hand washed or washed after the dishwasher has been properly sanitized. The trays are then stored in the CRD room. *Id*.

On March 25, 2014, Plaintiff filed a grievance in which he alleged that the religious diet meals served did not satisfy the kosher modified diet requirements in that the food items served on the religious diet were not kosher and the food was not prepared or served in a kosher manner. *See* Exhibit G (Grievance No. AA20140433).

The initial unit team response to this grievance stated that the diet currently served was a certified religious diet (CRD) which included many items on which the term kosher was recognized. The cooking utensils used for the CRD mean preparation were cleaned and kept in the CRD room and two steam kettles were identified and used solely for the CRD meal preparation. The dishwasher used for cleaning the meal trays was sanitized before its use in accordance with the reasonable accommodations clause. Soy based meals that are factory sealed were used for the CRD meals as well as tuna and eggs. An appeal of this response to the warden

affirmed the initial response as appropriate regarding the issues raised in the grievance.  *Id.*

Plaintiff appealed the grievance response to the Secretary of Corrections who stated that the response by the staff at the facility was appropriate.  In addition, the secretary's response stated that "the Religious Diet provided by the KDOC is based on the Common Fare diet, which has been reviewed and approved by the KDOC contracted religious advisor, as evidence[d] by the Rabbi's signature on the menu, and has been found to be consistent with kosher requirements.  Further inquiry to the contractor's Religious Diet food preparation indicates that expected procedures consistent with the Rabbi's recommendations, are being followed."  *Id.*

Patricia Berry, a contract compliance manager with the KDOC, oversees the Aramark contract.  She conducted an audit inspection of LCF's food service on February 24, 2014.  In this inspection, she found that the authorized menus were being used, that the kitchen had appropriate Kosher food preparation practices, that the equipment was clean and that pest control was evident (no roaches, mice, flies, etc.) and the pest control procedure was maintained.  Berry Affidavit (Ex. C) at ¶ 6.

An unannounced site visit was conducted on July 3, 2014 as a result of concerns expressed by facility management exacerbated by a recent facility lockdown.  During this inspection, Ms. Berry found additional food stored in the CRD cooler because the pass through cooler on the front line was not working.  No other issues were observed with regard to the CRD meal preparation, serving or storage.  Berry Affidavit (Ex. C) at ¶ 7.

Subsequent audits on July 22, 2014 and December 17, 2014 found that proper religious diet food preparation and serving practices were observed, that proper religious diet food storage practices were being used and that pest control was evident and the procedure was maintained.  Berry Affidavit (Ex. C) at ¶¶ 8-9.

While the religious diet preparation and serving practices were not observed during an audit on September 30, 2015, proper religious diet food storage practices were being used. Pest control was evident and procedure was maintained. Berry Affidavit (Ex. C) at ¶ 10.

Plaintiff was assigned to work with an electric maintenance crew from November 6, 2014 to January 25, 2015. While there is no record of the work orders with which Plaintiff assisted, a work order indicates that the electrical cord on a steam well was repaired in the Max Kitchen on November 21, 2014. There is no work order reflecting a repair of a circuit board sensor in the Max Kitchen on December 12, 2014 but work was often completed in the kitchen prior to receiving a work order. A request would have been made of the Aramark supervisor to provide a work order but often none was forthcoming. *See* Exhibit H (Affidavit of Scott Fox).

### IV. CONCLUSION

Plaintiff's complaints with regard to the religious diet meals prepared and served at LCF appear to be based on uninformed observations and second hand knowledge. There is no evidence that the meals prepared or served were in violation of KDOC or Aramark policy and procedures. Efforts were consistently made by Aramark and staff to provide meals that complied with kosher requirements.

Respectfully submitted,

s/ Sherri Price #16485

# EXHIBIT LIST

A. KASPER display for DeRon McCoy Jr.
B. Affidavit of Don Almond
C. Affidavit of Patricia Berry
    C-A. Religious Meals Menus
D. KDOC IMPP 10-106: PROGRAMS AND SERVICES: Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules
E. KDOC IMPP 10-119: PROGRAMS AND SERVICES: Medical and Religious Diets and Vegetarian Alternative Diet
F. Affidavit of Randall Singletary
G. Grievance no. AA20140433
H. Affidavit of Scott Fox