## AFFIDAVIT OF DON ALMOND

I, Don Almond, of lawful age, being first duly sworn, on oath depose and state as follows:

1. I am currently employed as a Chaplain at Lansing Correctional Facility. I have been employed in that position since 2013.

2. My duties as chaplain include providing for the observance of the faith practices of our inmates per policy including attendance at religious callouts and approval of any special diet requirements related to the inmate's stated religion.

3. On January 22, 2014, inmate DeRon McCoy #76894 changed his religious preference from Protestant to Assembly of Yahweh.

4. Upon receiving this change in preference, inmate McCoy would have been placed on the roster to receive religious diet meals.

5. On August 24, 2014, inmate McCoy changed his religious preference to Judaism.

Further affiant saith not.

Don Almond
Chaplain
Lansing Correctional Facility

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 27th day of February, 2017.

DEBORAH EHRET-REYES
Notary Public - State of Kansas
My Appt. Expires 8-15-19

Notary Public

My appointment expires: 8-15-19



1