## AFFIDAVIT OF PATRICIA BERRY

I, Patricia Berry, of lawful age, being first duly sworn, on oath depose and state as follows:

1. I am currently employed as a contract compliance manager with the Kansas Department of Corrections. I have been employed in my current position since 2000 and I assumed the responsibilities of the food service contract manager in 2011.

2. My duties as contract compliance manager include the enforcement of contract requirements, the preparation and processing of contract amendments, conducting food service operation inspections and facilitating the menu review and approval process.

3. The Department has contracted with Aramark Correctional Services, Inc. for the provision of provide food service for the department's correctional facilities since 1997.

4. The procedures relating to religious diets are set out in Internal Management Policy and Procedure (IMPP) 10-106 and 10-119.

5. The religious meals menus for male inmates for 2014 and 2015 are attached as Exhibit A.

6. I conducted an audit inspection of LCF's food service on February 24, 2014. In this inspection, I found that the authorized menus were being used, that the kitchen had appropriate Kosher food preparation practices, that the equipment was clean and that pest control was evident (no roaches, mice, flies, etc.) and pest control procedure was maintained.

7. On July 3, 2014, I conducted an unannounced site visit as a result of concerns expressed by facility management exacerbated by a facility lockdown. During this inspection, I found additional food stored in the certified religious diet (CRD) cooler because the pass through cooler on the front line was not working. I did not observe any other issues with regard to the preparation, serving or storage of CRD meals.

1



8. I conducted an audit inspection on July 22, 2014. I observed that proper religious diet food preparation and serving practices. Proper religious diet food storage practices were being used. Pest control was evident and the procedure was maintained.

9. I conducted on audit inspection on December 18, 2014. I observed that proper religious diet food preparation and serving practices. Proper religious diet food storage practices were being used. Pest control was evident and the procedure was maintained.

10. I conducted a food service inspection on September 30, 2015. No religious diet preparation or serving practices were observed. Proper religious diet food storage practices were being used. Pest control was evident and procedure was maintained.

Further affiant saith not.

*Patricia Berry*
Patricia Berry

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 27th day of February, 2017.

Notary Public

My appointment expires Aug 15, 2020

NOTARY PUBLIC - State of Kansas
TRACIE GAUNTT
My Appt Expires Aug 15 2020

8. I conducted an audit inspection on July 22, 2014. I observed that proper religious diet food preparation and serving practices. Proper religious diet food storage practices were being used. Pest control was evident and the procedure was maintained.

9. I conducted on audit inspection on December 18, 2014. I observed that proper religious diet food preparation and serving practices. Proper religious diet food storage practices were being used. Pest control was evident and the procedure was maintained.

10. I conducted a food service inspection on September 30, 2015. No religious diet preparation or serving practices were observed. Proper religious diet food storage practices were being used. Pest control was evident and procedure was maintained.

Further affiant saith not.

*Patricia Berry*
Patricia Berry

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 27th day of February, 2017.

Notary Public

My appointment expires Aug 15, 2020

NOTARY PUBLIC - State of Kansas
TRACIE GAUNTT
My Appt Expires Aug 15 2020

Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15



# KANSAS DEPARTMENT OF CORRECTIONS
## RELIGIOUS MEALS MALE MENU
Weekly Average 2900 Calories Per Day

**Week: 1**

### Meal Name: Breakfast

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup |
| | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Dry Cereal 2 cup | Kosher Hot Cereal 2 cup |
| | Kosher Peanut Butter 2 ccw | Kosher Hard Cooked Egg 2 ccw | Kosher Peanut Butter 2 ccw | Kosher Peanut Butter 2 ccw | Kosher Hard Cooked Egg 2 ccw | Kosher Peanut Butter 1 each | Kosher Hard Cooked Egg 2 ccw |
| | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice |
| | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each |
| | Jelly, po 2 packet | Jelly, po 2 packet | Jelly, po 2 packet | Jelly, po 2 packet | Jelly, po 2 packet | Jelly, po 2 packet | Jelly, po 2 packet |
| | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each |
| | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet |

### Meal Name: Lunch

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Chunky Beef Stew 3/4 cup | Sloppy Joe 3/4 cup | Turkey A La King 3/4 cup | Creamy Chicken Dinner 3/4 cup | Turkey Tetrazzini 3/4 cup | Rinsed Tuna 3/4 cup | Taco Meat 2 ccw |
| | Kosher Rice 1 1/2 cup | Kosher Bread 2 slice | Kosher Rice 2 slice | Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Mayo Dressing 1 1/2 cup | Kosher Pinto Beans 2 packet 3/4 cup |
| | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Pinto Beans 1/2 cup | Garden Salad 1/2 cup | Kosher Bread 2 slice | Garden Salad 2 slice | Kosher Bread 1 cup | Kosher Rice 1 1/2 cup |
| | Kosher Bread 2 slice | Garden Salad 2 slice | Italian Salad Dressing 1 cup | Garden Salad 1 cup | Italian Salad Dressing 1 cup | MARINATED RICE SALAD KOSHER 1/2 cup | Shredded Lettuce 1/2 cup |
| | Italian Salad Dressing 1 cup | Italian Salad Dressing 1 cup | Kosher Bread 1 fl oz | Italian Salad Dressing 1 fl oz | Kosher Bread 1 fl oz | Kosher Bread 1 fl oz | Flour Tortilla (8") 2 slice |
| | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 slice | Kosher Margarine, po 2 slice | Kosher Margarine, po 2 slice | Kosher Coleslaw Vinaigrette 1/2 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup |
| | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | |

### Meal Name: Dinner

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Italian Chicken 3/4 cup | Creamy Chicken Dinner 3/4 cup | Italian Meat Sauce 3/4 cup | Beef Stroganoff 3/4 cup | Sweet & Sour Chicken 3/4 cup | Kosher Peanut Butter 3/4 cup | Pulled BBQ Chicken 3/4 cup |
| | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Jelly, po 1 1/2 cup | Kosher Rice 1 1/2 cup |
| | Kosher Green Beans 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Green Beans 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Bread 2 packet | Kosher Carrots 2 packet 1/2 cup |
| | Garden Salad 1/2 cup | Kosher Bread 1/2 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 1/2 cup | Kosher Bread 2 slice | Kosher Bread 1/2 cup |
| | Italian Salad Dressing 1 fl oz | Kosher Margarine, po 1 fl oz | Kosher Margarine, po 2 each | Kosher Margarine, po 2 each | Kosher Margarine, po 2 slice | Kosher Macaroni Salad 1 1/2 cup | Kosher Bread 2 slice |
| | Kosher Bread 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup | Garden Salad 1/2 cup | Kosher Margarine, po 2 slice |
| | Kosher Margarine, po 2 each | | | | | Italian Salad Dressing 1 fl oz | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each / 1 cup |
| | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | |

Side dishes are volume measurements. All entrees are made with Texturized Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*).

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

**General Guidelines:** Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

Reviewed 1/13

KDOC Dietitian's Signature of Review: _[signature]_

ARAMARK Dietitian's Signature of Nutritional Adequacy: _[signature]_

State Contract Monitor Signature of Approval: _Patricia Berry_

Aramark Religious Authority's Signature of Approval: _[signature]_

This meal, its meal component(s) is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher. preparation processes follow Jewish dietary laws. It is

EXHIBIT C-A

Proposed 11/11
Implemented 11/12
Revised 10/12, 10/15

# KANSAS DEPARTMENT OF CORRECTIONS
## RELIGIOUS MEALS MENU
Weekly Average 2900 Calories Per Day


aramark

**Week: 2**

### Meal Name: Breakfast

| Item | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Fruit Juice (50%) | 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup | Fruit Juice (50%) 1 cup |
| Kosher Hot Cereal | 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Kosher Hot Cereal 2 cup | Dry Cereal 2 cup | Kosher Hot Cereal 2 cup |
| Kosher Peanut Butter | 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw |
| Kosher Bread | 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice |
| Kosher Margarine, pc | 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each |
| Jelly, pc | 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet | Jelly, pc 2 packet |
| 1% Milk (Half Pint) | 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each |
| Sugar | 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet |

### Meal Name: Lunch

| Item | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Chunky Beef Stew | Sloppy Joe | Turkey A La King | Taco Meat | Turkey Tetrazzini | Kosher Peanut Butter 3/4 cup | Turkey A La King |
| Kosher Rice | 3/4 cup | Kosher Bread 1 1/2 cup | Kosher Rice 3/4 cup | Kosher Pinto Beans 3/4 cup | Kosher Noodles 1 1/2 cup | Jelly, pc 2 ozw | Kosher Rice 3/4 cup |
| Kosher Coleslaw Vinaigrette | 1 1/2 cup | Kosher Pinto Beans 1/2 cup | Garden Salad 2 slice | Kosher Rice 1 1/2 cup | Garden Salad 1 1/2 cup | Kosher Bread 2 packet | Garden Salad 1 1/2 cup |
| Kosher Bread | 1/2 cup | Garden Salad 1 1/2 cup | Italian Salad Dressing 1 cup | Shredded Lettuce 1 cup | Italian Salad Dressing 1 cup | Kosher Macaroni Salad 2 slice | Italian Salad Dressing 1 1/2 cup |
| Kosher Margarine, pc | 2 slice | Italian Salad Dressing 1 cup | Kosher Bread 1 fl oz | Flour Tortilla (6") 1 fl oz | Kosher Bread 1 fl oz | Garden Salad 1 fl oz | Kosher Bread 1 fl oz |
| | 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | | Kosher Margarine, pc 2 slice | Italian Salad Dressing 1 cup | Kosher Margarine, pc 2 slice |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |

### Meal Name: Dinner

| Item | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Italian Meat Sauce | Creamy Chicken Dinner | Italian Chicken | Creamy Chicken Dinner | Sloppy Joe | | Pulled BBQ Chicken |
| Kosher Noodles | 3/4 cup | Kosher Rice 3/4 cup | Kosher Noodles 3/4 cup | Kosher Noodles 3/4 cup | Kosher Bread 3/4 cup | | Kosher Noodles 3/4 cup |
| Kosher Green Beans | 1 1/2 cup | Kosher Coleslaw Vinaigrette 1 1/2 cup | Kosher Carrots 1 1/2 cup | Kosher Mixed Vegetables 1 1/2 cup | Kosher Pinto Beans 2 slice | Mayo Dressing 2 packet | Kosher Carrots 1 1/2 cup |
| Garden Salad | 1/2 cup | Kosher Bread 1/2 cup | Kosher Bread 1/2 cup | Kosher Bread 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Bread 2 slice | Kosher Bread 1/2 cup |
| Salad Dressing LF | 1/2 cup | Kosher Margarine, pc 2 slice | Kosher Margarine, pc 2 slice | Kosher Margarine, pc 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1/2 cup | MARINATED RICE SALAD KOSHER 1/2 cup | Kosher Bread 1/2 slice |
| Kosher Bread | 1/2 fl oz | | | | | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Margarine, pc 2 slice |
| Kosher Margarine, pc | 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| | 2 each | | | | | | |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 1 cup | | | | | | |

Side dishes are volume measurements. All entrees are made with Texturized Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

KDOC Dietitian's Signature of Review: _[signature]_

State Contract Monitor Signature of Approval: _Patricia Berry_

Reviewed 1/13

ARAMARK Dietitian's Signature of Nutritional Adequacy: _[signature]_

Aramark Religious Authority's Signature of Approval: _[signature]_
This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher



KANSAS DEPARTMENT OF CORRECTIONS
RELIGIOUS MEALS MALE MENU
Weekly Average 2900 Calories Per Day

**Week: 3**

### Meal Name: Breakfast

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Fruit Juice (50%) | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup |
| Kosher Hot Cereal | | | | | | | |
| Kosher Peanut Butter | 2 cup | | 2 cup | 2 cup | | Dry Cereal | |
| Kosher Hard Cooked Egg | 2 ozw | | 2 ozw | 2 ozw | | Kosher Peanut Butter | 2 cup |
| Kosher Bread | 3 slice | | 3 slice | 3 slice | | | 1 each |
| Kosher Margarine, pc | 2 each | | 2 each | 2 each | | Kosher Bread | 3 slice |
| Jelly, pc | 2 packet | | 2 packet | 2 packet | | Kosher Margarine, pc | 2 each |
| 1% Milk (Half Pint) | 1 each | | 1 each | 1 each | | Jelly, pc | 2 packet |
| Sugar | 2 packet | | 2 packet | 2 packet | | 1% Milk (Half Pint) | 1 each |
| | | | | | | Sugar | 2 packet |

### Meal Name: Lunch

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Creamy Chicken Dinner | 3/4 cup | Sweet & Sour Chicken 3/4 cup | Italian Meat Sauce 3/4 cup | Creamy Chicken Dinner 3/4 cup | Turkey Tetrazzini 3/4 cup | Kosher Peanut Butter 3/4 cup | Taco Meat |
| Kosher Noodles | 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Jelly, pc | Kosher Pinto Beans 3/4 cup |
| Kosher Coleslaw Vinaigrette 1/2 cup | Garden Salad 1 cup | Kosher Coleslaw Vinaigrette 1 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Garden Salad 1/2 cup | Kosher Bread | Kosher Rice 1/2 cup |
| Kosher Bread 2 slice | Italian Salad Dressing 1 fl oz | Kosher Bread 1 fl oz | Kosher Bread 2 slice | Italian Salad Dressing 1 cup | Kosher Macaroni Salad 1 fl oz | Shredded Lettuce 1/2 cup |
| Kosher Margarine, pc 2 each | Kosher Bread 2 slice | Kosher Margarine, pc 2 slice | Kosher Margarine, pc 2 each | Kosher Bread 1 fl oz | Garden Salad 2 slice | Flour Tortilla (6") 1 cup |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Italian Salad Dressing 2 each | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 fl oz, 1 cup |
| | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 fl oz, 1 cup | |

### Meal Name: Dinner

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Italian Chicken 3/4 cup | Beef Stroganoff 3/4 cup | Chunky Beef Stew 3/4 cup | Beef Stroganoff 3/4 cup | Pulled BBQ Chicken 3/4 cup | Rinsed Tuna 3/4 cup | Creamy Chicken Dinner 3/4 cup |
| Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Mayo Dressing 2 each | Kosher Noodles 1 1/2 cup |
| Kosher Green Beans 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Carrots 1/2 cup | Kosher Bread 2 slice | Kosher Mixed Vegetables 1/2 cup |
| Garden Salad 1/2 cup | Kosher Bread 2 slice | Garden Salad 2 slice | Garden Salad 1/2 cup | Kosher Bread 2 slice | MARINATED RICE SALAD KOSHER 1 1/2 cup | Kosher Bread 2 slice |
| Salad Dressing LF 1/2 fl oz | Kosher Margarine, pc 2 each | Salad Dressing LF 1/2 fl oz | Salad Dressing LF 1/2 fl oz | Kosher Margarine, pc 1/2 fl oz | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Margarine, pc 2 each |
| Kosher Bread 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| Kosher Margarine, pc 2 each | | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | | | |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | |

Side dishes are volume measurements. All entrees are made with Texturized Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

Reviewed 5/13

KDOC Dietitian's Signature of Review: _____

ARAMARK Dietitian's Signature of Nutritional Adequacy: _____

State Contract Monitor Signature of Approval: _____

Aramark Religious Authority's Signature of Approval: _____

This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher

Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15

aramark

Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15

# KANSAS DEPARTMENT OF CORRECTIONS
## RELIGIOUS MEALS MALE MENU
Weekly Average 2500 Calories Per Day


aramark

**Week: 4**

### Meal Name: Breakfast

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) | Fruit Juice (50%) |
| | Kosher Hot Cereal 1 cup | Kosher Hot Cereal 1 cup | Kosher Hot Cereal 1 cup | Kosher Hot Cereal 1 cup | Kosher Hot Cereal 1 cup | Dry Cereal 1 cup | Kosher Hot Cereal 1 cup |
| | Kosher Peanut Butter 2 oz | Kosher Hard Cooked Egg 2 oz | Kosher Peanut Butter 2 oz | Kosher Hard Cooked Egg 2 oz | Kosher Peanut Butter 2 oz | Kosher Hard Cooked Egg 2 oz | Kosher Peanut Butter 2 oz |
| | Kosher Bread 3 slice | Kosher Bread 1 each | Kosher Bread 1 each | Kosher Bread 1 each | Kosher Bread 3 slice | Kosher Bread 1 each | Kosher Bread 3 slice |
| | Kosher Margarine, pc 2 each | Kosher Margarine, pc 3 slice | Kosher Margarine, pc 3 slice | Kosher Margarine, pc 2 each | Kosher Margarine, pc 3 slice | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each |
| | Jelly, pc 2 packet | Jelly, pc 2 each | Jelly, pc 2 each | Jelly, pc 2 each | Jelly, pc 2 each | Jelly, pc 2 packet | Jelly, pc 2 packet |
| | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each | 1% Milk (Half Pint) 1 each |
| | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet | Sugar 2 packet |

### Meal Name: Lunch

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Chunky Beef Stew 3/4 cup | Sloppy Joe 3/4 cup | Turkey A La King 3/4 cup | Taco Meat 3/4 cup | Turkey A La King 3/4 cup | Kosher Peanut Butter 3/4 cup | Turkey Tetrazzini 3/4 cup |
| | Kosher Rice 1/2 cup | Kosher Bread 2 slice | Kosher Rice 2 slice | Kosher Pinto Beans 1 1/2 cup | Kosher Rice 1 1/2 cup | Jelly, pc 2 oz | Kosher Noodles 2 packet |
| | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Pinto Beans 1/2 cup | Garden Salad 1 1/2 cup | Kosher Rice 1 cup | Garden Salad 1 1/2 cup | Kosher Bread 1 cup | Garden Salad 1 1/2 cup |
| | Kosher Bread 2 slice | Garden Salad 1 1/2 cup | Italian Salad Dressing 1 cup | Shredded Lettuce 1 cup | Italian Salad Dressing 1 cup | Kosher Macaroni Salad 1 fl oz | Italian Salad Dressing 2 slice |
| | Kosher Margarine, pc 2 each | Italian Salad Dressing 1 cup | Kosher Bread 1 fl oz | Flour Tortilla (6") 1 fl oz | Kosher Bread 1 fl oz | Garden Salad 1/2 cup | Kosher Bread 1 cup |
| | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 1 fl oz | Kosher Margarine, pc 2 slice | Kosher Margarine, pc 2 slice | Kosher Margarine, pc 2 slice | Italian Salad Dressing 2 slice | Kosher Margarine, pc 2 slice |
| | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 2 each | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |

### Meal Name: Dinner

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Italian Meat Sauce 3/4 cup | Sweet & Sour Chicken 3/4 cup | Italian Chicken 3/4 cup | Creamy Chicken Dinner 3/4 cup | Sloppy Joe 3/4 cup | Rinsed Tuna 3/4 cup | Italian Chicken 3/4 cup |
| | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Noodles 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Bread 2 slice | Mayo Dressing 2 slice | Kosher Rice 3/4 cup |
| | Kosher Green Beans 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Pinto Beans 1/2 cup | Kosher Bread 2 packet | Kosher Carrots 1/2 cup |
| | Garden Salad 1/2 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Coleslaw Vinaigrette 1 1/2 cup | Kosher Bread 1 1/2 cup | Kosher Bread 1/2 cup |
| | Salad Dressing LF 1 fl oz | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 slice | MARINATED RICE SALAD KOSHER 1/2 cup | Kosher Bread 1/2 cup |
| | Kosher Bread 2 slice | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Margarine, pc 2 each |
| | Kosher Margarine, pc 2 each | | | | | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| | Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | | | | |

Side dishes are volume measurements.  All entrees are made with Textured Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*).  All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

NUTRITION STATEMENT: The menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 18 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences.  Adequate levels of protein, vitamin A, vitamin C, calcium and iron are included.

General Guidelines: Foodsrvll kosher preparation instructions in recipes for Entrees, Starches and Salads.  Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area.  No meat is served.  Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

KDOC Dietitian's Signature of Review: _signature_

Reviewed 1/13

ARAMARK Dietitian's Signature of Nutritional Adequacy: _signature_

State Contract Monitor Signature of Approval: _signature_

Aramark Religious Authority's Signature of Approval: _signature_

This menu, its meat components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher

Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15

# KANSAS DEPARTMENT OF CORRECTIONS
## RELIGIOUS MEALS MALE MENU
Weekly Average 2900 Calories Per Day


aramark

**Week: 5**

### Meal Name: Breakfast

| Item | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Fruit Juice (50%) | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup |
| Kosher Hot Cereal | | | | | | Dry Cereal | Kosher Hot Cereal |
| Kosher Peanut Butter | 2 oz | | | 2 oz | 2 oz | 2 oz | |
| Kosher Hard Cooked Egg | | 2 oz | | | | | 2 oz |
| Kosher Bread | 3 slice | | 3 slice | 3 slice | 1 each | 1 each | 1 each |
| Kosher Margarine, pc | 2 each | 2 each | 2 each | 2 each | 3 slice | 3 slice | 3 slice |
| Jelly, pc | 2 packet | 2 packet | 2 packet | 2 each | 2 each | 2 each | 2 each |
| 1% Milk (Half Pint) | 1 each | 1 each | 1 each | 2 packet | 2 packet | 2 packet | 2 packet |
| Sugar | 2 packet | 2 packet | 2 packet | 1 each | 1 each | 1 each | 1 each |
| | | | | 2 packet | 2 packet | 2 packet | 2 packet |

### Meal Name: Lunch

| Item | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Creamy Chicken Dinner | 3/4 cup | | | 3/4 cup | | | |
| Sweet & Sour Chicken | | 3/4 cup | | | | | |
| Italian Meat Sauce | | | 3/4 cup | | | | |
| Turkey Tetrazzini | | | | | 3/4 cup | | |
| Kosher Peanut Butter | | | | | | 3/4 cup | |
| Taco Meat | | | | | | | 3/4 cup |
| Kosher Rice | 1 1/2 cup | 1 1/2 cup | | 1 1/2 cup | | | |
| Kosher Noodles | | | 1 1/2 cup | | 1 1/2 cup | | |
| Kosher Pinto Beans | | | | | | | 1 1/2 cup |
| Kosher Coleslaw Vinaigrette | 1/2 cup | | 1 cup | | | | |
| Garden Salad | | 1 cup | | 1/2 cup | 1 cup | | |
| Italian Salad Dressing | 2 slice | 1.5 oz | | 1 fl oz | 1 fl oz | | |
| Kosher Bread | 2 each | | 1.5 oz | | | 1 cup | 1 cup |
| Kosher Macaroni Salad | | | | | | 1 fl oz | |
| Kosher Coleslaw Vinaigrette | | | | | | 2 slice | 1/2 cup |
| Kosher Margarine, pc | 2 each | 2 each | 2 slice | 2 slice | 2 slice | 2 slice | |
| Flour Tortillas (6") | | | | | | | 1/2 cup |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 2 each 1 cup |

### Meal Name: Dinner

| Item | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| Beef Stroganoff | 3/4 cup | | | 3/4 cup | | | |
| Pulled BBQ Chicken | | 3/4 cup | | | | | 3/4 cup |
| Chunky Beef Stew | | | 3/4 cup | | | | |
| Sweet & Sour Chicken | | | | | 3/4 cup | | |
| Rinsed Tuna | | | | | | 3/4 cup | |
| Kosher Noodles | 1 1/2 cup | 1 1/2 cup | | 1 1/2 cup | | | 1 1/2 cup |
| Kosher Green Beans | 1/2 cup | | | | 1/2 cup | | |
| Kosher Rice | | | | | 1 1/2 cup | | |
| Kosher Carrots | | 1/2 cup | 1/2 cup | | | | 1/2 cup |
| Kosher Mixed Vegetables | | | | 1/2 cup | | | |
| Mayo Dressing | | | | | | 2 oz | |
| Garden Salad | 1/2 cup | 2 slice | 1/2 cup | 1/2 cup | | | |
| Salad Dressing LF | 1 fl oz | | | | | | |
| Kosher Bread | 2 slice | 2 each | 2 slice | 2 slice | 1/2 cup | 2 slice | 2 slice |
| MARINATED RICE SALAD KOSHER | | | | | | 1/2 cup | |
| Kosher Margarine, pc | 2 each | | 2 each | 2 each | 2 each | | 2 each |
| Italian Salad Dressing | | | | | | 1 fl oz | |
| Fruit Drink w/ Vitamins B12, C, D, E & Calcium | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup | 1 cup |

Side dishes are as volume measurements. All entrees are made with Textured Vegetable Protein (TVP) unless otherwise indicated with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). No pork is used.

**NUTRITION STATEMENT:** This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium and iron are included.

**General Guidelines:** Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware.

KDOC Dietitian's Signature of Review: _Cheryl Ellen Andrews_

ARAMARK Dietitian's Signature of Nutritional Adequacy: _[signature]_

State Contract Monitor Signature of Approval: _Patricia Berry_

Aramark Religious Authority's Signature of Approval: _[signature]_

This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such can not confirm that each meal being served is Kosher

Reviewed 1/13