# KANSAS DEPARTMENT OF CORRECTIONS

| | | |
|---|---|---|
| **INTERNAL MANAGEMENT POLICY AND PROCEDURE** | **SECTION NUMBER** 10-106 | **PAGE NUMBER** 1 of 7 |
| | **SUBJECT:** PROGRAMS & SERVICES: Standardized Menu, Ensuring Nutritional Adequacy of Diets, and Meal Service Schedules | |
| **Approved By:** _signature_ Secretary of Corrections | **Original Date Issued:** | 08-15-82 |
| | **Current Amendment Effective:** | 03-12-10 |
| | **Replaces Amendment Issued:** | 02-26-10 |
| **Reissued By:** _signature_ Policy & Procedure Coordinator | The substantive content of this IMPP has been reissued as per the appropriate provisions of IMPP 01-101. The only modifications within the reissue of this document concern technical revisions of a non substantive nature. **Date Reissued:** | 05-20-11 |

## POLICY

All departmental food service operations shall follow a standardized menu, which shall incorporate the principles expressed in the United States Department of Agriculture and Human Services Food Guide Pyramid and be in compliance with recommended dietary allowances published by the National Academy of Sciences for adult men and women. (NCCHC P-46) The menu shall be established by a provider under contract with the Department to provide food service to inmates within the care and custody of the Secretary of Corrections, shall be subject to approval by the Secretary or designee, and reviewed every six (6) months, or whenever substantial changes in the menu are made (NCCHC P-46) by a registered dietician. (ACI 3-4298) The menu shall ensure basic nutritional requirements for all meals served, to include alterations, substitutions and modifications for medical, dental, mental health, (NCCHC P-46) religious purposes, (ACI 3-4299, 3-4300) and alternative meal service. A rotating cycle of the daily menu shall be established to provide for sufficient advance planning and preparation, consistent with applicable health, sanitation, and safety codes. Meal preparation and service shall also take into consideration the quality and presentation of the food. (ACI 3-4298) Quarterly meal evaluations shall be conducted by the contracted food service director, at the request of the Food Service Contract Administrator, to ensure adherence to the approved diet. (ACI 3-4297) Facilities provided meal service by other governmental agencies shall be exempt from adherence to the KDOC standardized menu but shall require documentation that the menu utilized meets the requirements of this policy.

With the exception of variations for weekend or holiday service schedules approved by the Deputy Secretary of Facility Management, at least three (3) meals (including two hot meals) shall be served at regular times during each 24-hour period, with no more than fourteen (14) hours between the evening meal and breakfast. (ACI 3-4309) Meals served to facility staff, guests, and visitors shall consist of the same menu items, be of the same quantity and quality as those served to inmates. Accurate records shall be maintained of all meals served. (ACI 3-4296)

Food shall not be withheld from inmates as a disciplinary sanction. Alternative meal service may be provided to an inmate who used food or food service equipment in a manner that is hazardous to self, staff or other inmates. Alternative meal service shall be based on health and safety considerations only and shall be approved in writing by the Warden and Health Authority. (ACI 3-4252)

## DEFINITIONS

<u>Alternative meal service</u>: Food or foodware served with consideration made for health and safety, i.e., food items free of bones or other potentially harmful objects, and meals not requiring utensils such as finger foods or meat/meal loaf.

EXHIBIT D

Crisis Level Placement: An inmate who, based upon a report and recommendation of a mental health practitioner, is housed in Administrative Segregation for purposes of monitoring / observing behaviour and actions to prevent self injury or harm.

Contract Monitor: The staff member designated by the Deputy Secretary of Programs, Research and Support Services to monitor the quality and quantity of food service contract delivery, provide input with regard to the development of modified diets, and to facilitate decisions and coordinate standardized departmental food service management.

Individualized diet: An adaptation of the medical or religious-type modified diet prescribed to meet specific needs, which are not addressed by the standardized modified diet.

Modified diets: Diets most commonly prescribed to meet inmates medical, dental, therapeutic or religious needs, developed from written instructions provided by the treating physician, dentist, facility health authority, and/or chaplain and which conform as closely as possible to the standardized menu. More specific modified diets are prescribed as individualized diets.

Registered Licensed Dietician: A person registered by the American Dietetic Association or who has the documented equivalent in education, training, or experience, with evidence of relevant continuing education, and who is licensed by the State of Kansas to practice dietetics.

Standardized menu: A listing of the dishes to be served at all KDOC facilities for a particular meal, on a particular day; the same meal items, quantity and quality, served to inmates and to staff, and official visitors who purchase meals.

## PROCEDURES

I. **Contract Staff and Responsibilities**

   A. The contractor staff shall be responsible for the following:

      1. The contractor staff shall be responsible to plan and develop a standardized menu. (ACI 3-4298)

         a. The finalized menu shall be reviewed and approved by the Deputy Secretary of Facility Management, with input from the Food Service Administrator.

      2. The Food Service Contractor shall also:

         a. Ensure, via a quarterly review, that the established basic servings per menu at the contracting facility meet required dietary allowances;

            (1) To facilitate evaluations, the KDOC Meal Evaluation Form(Attachment "A") may be used by appropriate staff.

         b. Poll inmate preferences and acceptance of menu items on an annual basis, and report findings as guidance for the revision of the standardized menu;

         c. Document substitutions and modifications to the menu, and request approval for any permanent changes; and,

         d. Provide drafts of any generated standardized menus to appropriate Departmental staff for review, comments and approval.

II. **Provisions Ensuring Nutritional Adequacy and Variety in the Menu**

A. The menu shall be developed by the contractor in conjunction with the Department's contract monitor, and the Department's contracted registered-licensed dietician (ACI 3-4297)

B. Menus shall be developed according to the following minimum dietary requirements:

1. The diets for inmates shall consist of not less than a weekly average of 2900 calories per day for men and a similarly computed average of 2200 calories per day for women.

   a. Notwithstanding the preceding provisions, inmates undergoing medical treatment may receive a diet of a higher or lower average caloric content based upon the prescriptive authority of their attending physician or other health care professional.

2. The daily menus supplied by contractor shall satisfy the current nutritional requirements for adult men and women as called for by the National Academy of Sciences.

C. Menu planning and production shall employ standardized recipes provided by the contractor.

1. All food items shall be prepared in accordance with the stated ingredients of the recipes, with adjustments made for yields appropriate to the facility. (ACI 3-4298)

2. The planning and preparation of all meals shall take into consideration food flavor, texture, temperature, appearance, and palatability. (ACI 3-4298)

D. In conjunction with the development of the cyclical menus (Fall/Winter menu and Spring/Summer menu) or whenever substantial changes in the menu are made, the Department's contracted registered dietician shall review the menu. Once the Department's contracted registered dietician verifies that the menu meets the nutritional requirements stipulated in the food service contract, the contract monitor will sign it certifying that those requirements have been met.(ACI 3-4297)

1. Copies of all menus, including modified and individualized diets, shall be retained by the facilities for the contract monitor's review, along with documentation of deviations from the menu as served. (ACI 3-4296)

2. Facility food service supervisory staff shall conduct meal evaluations on a quarterly basis to verify the facility's adherence to the established basic daily servings. (ACI 3-4297)

## III. Provisions Ensuring Nutritional Adequacy in Modified Diets

A. The standardized menu shall include provisions for modified diets, which conform as closely as possible to the menu and ensure the nutritional adequacy of food items substituted for standard menu items.

1. Instructions for modified diets shall provide for consideration of the most commonly prescribed modified diet for medical purposes or to address the most common religious dietary laws.

B. Individualized diets may be written and prescribed by the treating physician, dentist, and/or facility health authority when the inmate's specific need cannot be met by a standardized modified medical diet. (ACI 3-4299, 3-4300; NCCHC P-46)

1. All individualized diet prescriptions shall be specific and as complete and as simple as possible while adhering as closely as possible to the standardized modified menu.

    2. All individualized diet prescriptions shall be reviewed monthly.

## IV. Identification and Tracking of Approved Modified Diets

A. Facility personnel shall ensure that a list of names of inmates receiving a modified diet of any type shall be prepared by the facility health authority or designee and chaplain, as appropriate, consistent with IMPP 10-119, and forwarded, within 24 hours, to the food service manager and chief of security or designee.

    1. Crisis level placements shall receive alternative meal service in the form of finger food for the duration of their crisis level placement, but not to exceed seven days.

        a. Alternative meals for crisis level inmates shall meet basic nutritional requirements.

    2. The facility health authority shall be responsible to approve all prescriptions for modified diets for medical reasons and shall maintain a current list of inmates authorized to receive such diets.

    3. The daily list of modified diets for medical prescriptions or religious needs shall include:

        a. The name of the inmate;

        b. The type of modified diet prescribed; and,

        c. A designation as to whether to add or to remove the inmate's name to the list of modified diets.

    4. The food service manager shall refer to the list of modified diets to:

        a. Adjudge the amount of modified foods to serve and control food waste; and,

        b. Aid in the identification of inmates placed on modified diets.

    5. The chief of security or designee shall refer to the list of modified diets to affix the appropriate color coded sticker to the inmates' identification badge, per IMPP 12-131, indicating the type of diet the inmate is approved to receive.

    6. Facility personnel shall provide for the removal of inmates' names from the list of modified diets.

        a. The removal of inmate names from the list of modified diets shall be effected within twenty-four (24) hours of the determination of the health authority or the facility chaplain.

        b. See IMPP 10-119 for the refusal process for medical diets and procedures to remove inmates' names from the medical diet list.

    7 Names of inmates receiving modified diets shall be forwarded within 24 hours by a copy of the list provided to the food manager and the chief of security or designee to facilitate an inmate's visual badge identification of a modified diet prescription.

        a. Inmates receiving medical diet prescriptions shall sign for them as they pass through the food line.

## V. Preparation and Serving of Modified Diets

    A.     Medical clinic staff shall be trained by the facility health authority as to the suggested prescription routine determining the use of each diet type and departmental policy and procedure surrounding medical diet prescriptions.

    B.     Senior food service staff shall be trained in the provision of the medical diets by the contractor's Registered Dietician.

    C.     Senior food service staff shall be trained by the contractor's Registered Dietician concerning the policy and procedure for provision of the standardized religious diet types.

    D.     Facility chaplains shall be trained by the Secretary's designee for chaplaincy programs concerning the policy and procedure for provision of the standardized religious diet types.

## VI. Provisions Ensuring Nutritional Adequacy for Segregation Inmates

    A.     Segregation inmates shall receive the same menu items served to the general population and shall be served these items at a temperature similar to that served to the general population, unless an inmate uses food or food service equipment (to include obstructing closure of the food pass), in a manner that is hazardous to the inmate, staff or other inmates.

        1.     Alternative meal service for a segregation inmate shall be on an individual, case-by-case basis and shall be based on health and safety considerations.

            a.     Such alternative meals shall be served in accordance with the General Orders of the facility.

            b.     Alternative meal service shall not exceed seven (7) consecutive days.

        2.     Alternative meals for segregation inmates shall meet basic nutritional requirements.

        3.     Alternative meal service shall be approved in writing by the warden and the responsible facility health authority.

    B.     Inmates who have obstructed closure of the food pass shall not receive meal service, including alternative meal service, until relinquishing control of the food pass and positioning themselves in a manner that does not endanger staff. Meal service, which may include alternative meal service, SHALL be initiated when delivery of the meal does not place staff in danger (i.e. inmate has moved to the rear of the cell and is not holding any objects).

## VII. Establishing Meal Schedules

    A.     The menu shall be established on a five-week rotating cycle. (ACI 3-4298)

    B.     Each facility shall establish routine meal service schedules consistent with the policy established by this IMPP.

    C.     Facilities shall be allowed to adopt and use a Standardized Brunch Menu if a variation is authorized by the Deputy Secretary of Facility Management and if:

        1.     Staff can better manage the food service demands of the facility for weekends and holidays.

        2.     Inmate visiting hours for weekends and holidays can be better managed by adjusting the food service schedule.

        3.     Weekend or holiday brunch meal schedules shall be arranged so that no more than eight (8) hours elapse between the brunch and the evening meal.

        4.     The Standardized Brunch Menu is reviewed by the contractor's Registered Dietician to certify that it will meet all the nutritional requirements of three (3) regular meals.

## VIII. Food Production Order Sheet Monitoring

A. The contractor shall establish a Food Production Order Sheet, which may be used as a daily addendum to the standardized menus, which include portion-sizing controls.

    1. The Food Production Order Sheet, when utilized, shall be completed each day to record all substitutions, alterations, or changes made to the standardized menu.

    2. Facilities, which do not utilize a Food Production Order Sheet, shall maintain a separate record of all substitutions made to the standardized menu.

    3. The Food Production Order Sheet or other contractor-supplied record shall be maintained to monitor the number of meals served and record information on leftover portions. (ACI 3-4296)

B. Alterations and substitutions of food items and the shifting of the daily menu to another day in the cycle shall be allowed for in the Standardized Menu, at the discretion of the senior facility food service staff member, for the following reasons: (ACI 3-4309)

    1. Unavoidable changes due to spoilage or contamination;

        a. Substitutions should be equivalent in nutritional value and from the same food group.

    2. Changes to accommodate purchasing patterns necessary to take full advantage of commodities;

    3. Changes due to equipment failure; and/or,

    4. Special holiday meal planning.

## IX. Purchase of Meals by Staff and Official Visitors

A. Staff members and official visitors may purchase meals from the contractor at the cost established by the contractor unless personnel provisions have established preemptive policy and procedure.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None.

**REFERENCES**

K.S.A. 75-5210
IMPP 10-119, 12-131
ACI 3-4252, 3-4296, 3-4297, 3-4298, 3-4299, 3-4300, 3-4301, 3-4309
NCCHC P-46
*Recommended Dietary Allowances,* Tenth Edition, National Research Council, 1989

**ATTACHMENTS**

Attachment A – KDOC Meal Evaluation Form, 1page

Attachment A, IMPP 10-106
Effective 03-12-10

# KDOC Meal Evaluation Form

Date:_____     Evaluator:_____

(Please Print Name & Title)

| Breakfast ___ | Lunch ___ | Dinner ___ | Facility: | Unit: | Segregation: ___Y ___N |

| ITEM | YES | NO | COMMENTS |
|---|---|---|---|
| WAS TRAY NEATLY ARRANGED? | | | |
| DID SUPERVISOR SERVE ENTRÉE? | | | |
| **PORTIONS ADEQUATE PER MENU** | | | |
| ENTREE: | | | |
| POTATO/STARCH: | | | |
| VEGETABLE: | | | |
| DESSERT: | | | |
| BEVERAGE: | | | |
| OTHER ITEMS: | | | |
| **SUBSTITUTIONS** | | | |
| WERE THERE MENU SUBSTITUTIONS?   SPECIFY | | | |
| WERE THERE ANY RUNOUTS?   SPECIFY | | | |
| ARE MENU SUBSTITUTIONS RECORDED BY THE CONTRACTOR | | | |
| **FOOD TEMPERATURES** | | | |
| WERE HOT FOODS SERVED HOT?   SPECIFY | | | |
| WERE COLD FOODS SERVED COLD?   SPECIFY | | | |
| WAS FOOD TASTE APPROPRIATE TO THE ITEM? | | | |
| **FOOD SERVICE WORKERS** | | | |
| CLEAN AND IN PROPER UNIFORM? | | | |
| WEARING HAIR NET/HAT AND/OR BEARD NET? | | | |
| USING GLOVES? | | | |
| **DINING AREA** | | | |
| CLEAN AND SANITARY? | | | |

INMATE EVALUATION:  Did inmates generally like the meal? _____ Yes _____ No  COMMENTS:

CC:   Aramark F/S Director
      Facility Warden or Designee