## AFFIDAVIT OF RANDALL SINGLETARY

I, Randall Singletary, of lawful age, being first duly sworn, on oath depose and state as follows:

1. I am currently employed by Aramark Correctional Services, Inc. as the Food Service Director for Lansing Correctional Facility. I have been employed in that position since March 16, 2015. I previously held the position of Food Service Manager from May 12th 2014 until March 15, 2015.

2. My duties as Food Service Director include developing teams to maximize their contributions, including recruiting, training, coaching and managing performance; ensuring safety and sanitation standards in all operations; developing and maintaining effective client and customer rapport for mutually beneficial business relationship; identifying client needs and effectively communicating operational progress; building revenue and managing budget, including cost controls with regard to food, beverage and labor; creating value through efficient operations, appropriate cost controls and profit management; gull compliance with Operational Excellence fundamentals, including food and labor; directing and overseeing operations related to food service; and maintaining a safe and healthy environment for clients, customers and employees. The purchase of the foods used to prepare the religious diet meals are coordinated by Aramark's dietician to assure that they meet Kosher requirements.

1



DEFENDANT'S
EXHIBIT
F

3.　　At Lansing Correctional Facility, the foods purchased for the certified religious diet (CRD) are stored in a separate area of the warehouse and in the dry storage room in the maximum facility's kitchen.

4.　　The foods for the CRD are prepared in the Max Kitchen using a steam kettle that is dedicated for CRD use only.

5.　　Inmate and staff who work in the CRD receive training as to any special procedures to follow in the preparation and serving of the CRD.

6.　　The CRD has a dedicated steam table that is only used for serving the CRD meals.

7.　　Dark brown colored trays are used to serve the CRD as opposed to the light tan trays used to serve the general population meal.  These trays are either hand washed or washed after the dishwasher has been properly sanitized.  The trays are then stored in the CRD room.

Further affiant saith not.

_Randall Singletary_
Randall Singletary

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 27th day of February, 2017.

DEBORAH EHRET-REYES
Notary Public - State of Kansas
My Appt. Expires 8-15-19

_Deborah Ehret-Reyes_
Notary Public

My appointment expires: _8-15-19_

2