## AFFIDAVIT OF SCOTT FOX

I, Scott Fox, of lawful age, being first duly sworn, on oath depose and state as follows:

1. I am currently employed as the supervisor of the physical plant at Lansing Correctional Facility. I have been employed in that position since December of 2011.

2. My duties as physical plant supervisor include the oversight for maintenance of the max and medium facilities, issuing work orders to the supervisors, hiring inmate workers for the crew supervisors and other duties as assigned by the Chief of Maintenance.

3. Inmate DeRon McCoy #76894 was assigned to work with an electrical crew from November 6, 2014 to January 25, 2015.

4. There is no record of the work orders with which he assisted while so assigned.

5. On November 21, 2014, a work order relating to the electrical cord on the steam well in the max kitchen was completed.

6. There is no work order for December 12, 2014 relating to the repair of a circuit board sensor. On some occasions, however, repairs are performed in the max kitchen for which a work order is never provided despite a request being made of the Aramark supervisor.

Further affiant saith not.

Scott Fox
Physical Plant Supervisor Sr.

1


EXHIBIT H

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 28th day of February, 2017.

[Notary stamp: DEBORAH EHRET-REYES, Notary Public, State of Kansas, My Appt. Expires 8-15-19]

_Deborah Ehret-Reyes_
Notary Public

My appointment expires: 8-15-19

2