IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DERON MCCOY, JR.,**

    **Plaintiff,**

    **v.**                         Case No. 16-3027

**ARAMARK CORRECTIONAL SERVICES, et al.,**

    **Defendants.**

## ORDER TO SHOW CAUSE

On April 20, 2018, defendant Patricia Berry filed a Motion for Judgment on the Pleadings (Doc. 99) and on May 7, 2018, defendant Cheryl Allen filed a Motion for Judgment on the Pleadings (Doc. 103).

D. Kan. Rule 6.1(d) provides that any response to a motion for judgment on the pleadings must be filed within 21 days of the motion. Any response to defendant Berry's motion was due by May 11, 2018. Any response to defendant Allen's motion was due May 29, 2018. Plaintiff has filed no responses.

The court therefore orders plaintiff to show good cause in writing by June 15, 2018, why these motions should not be granted as unopposed. Should plaintiff show good cause, he must also file any response he would like the court to consider by June 15, 2018.

**IT IS THEREFORE ORDERED** that plaintiff shall show good cause in writing by June 15, 2018, why defendants Berry and Allen's motions for judgment on the pleadings should not be granted as unopposed, including any response plaintiff wishes the court to consider in this matter.

Dated May 30, 2018, at Kansas City, Kansas.

        s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**