# AFFIDAVIT OF CHERYL ALLEN

I, Cheryl Allen, of lawful age, being first duly sworn, on oath depose and state as follows:

1. This affidavit is provided in connection with allegations by plaintiff against me, and naming me as a defendant, in the case of DeRon McCoy v. Aramark Correctional Services, et al., Case No. 5:16-cv-03027 in the United States District Court for the District of Kansas. I am not an employee of the Kansas Department of Corrections (Department), and never have been. I was under contract with the Department as a consulting dietician. I never had any interaction with plaintiff, never received any grievance from him or anyone related to his allegations in this matter, and never had anything to do with how meals were packaged, prepared, served, consumed or other operational issues, nor any role in determining who, how or what constituted any particular religious meal or related practice. I had a modest contract with Department to provide professional nutritional input as a dietician. As of July 2018 I have no relationship with the Department nor any ability to affect any policy, practice or procedure of the Department.

2. My duties as contract dietician, which role I had with the Department from March 2002 through June 2018, involved reviewing and approving the menus used in the Kansas Department of Corrections facilities. My responsibility regarding meals was exclusively related to nutritional and caloric content of the meals, consistent with my professional training and experience, and pursuant to her contract with the Department.

3. The Department has contracted with Aramark Correctional Services, Inc. for the actual provision of food service for the Department's correctional facilities since 1997.

4. I was not responsible for conducting inspections of the food service or operational protocols of any correctional facility.

5. I was not responsible for guaranteeing that the authorized menus were being used or that the kitchens had appropriate kosher food preparation practices.

6. Regarding the 79 enumerated statements submitted by plaintiff in his "Memorandum in Support for Summary Judgement of Plaintiff against Defendant Cheryl Allen" filed in his lawsuit against me and others, I do not have knowledge about those alleged facts, and am therefore unable to truthfully admit or deny the factual matters asserted, because I had no relationship with any party that would bring those issues into my scope of interest or responsibility as a contracting dietician with the Kansas Department of Corrections. In addition, the factual assertions are irrelevant and immaterial to any claim against me because they relate to issues beyond the scope of my responsibilities under that contract. The allegations in those paragraphs are perhaps more properly responded to by other defendants in the plaintiff's lawsuit who have access to, information about, and experience with plaintiff and his actions or allegations.

Further affiant saith not.


NOTARY PUBLIC - State of Kansas
TONYA SIMMS
My Appt. Exp. 4-18-21

_____
Cheryl Allen

SUBSCRIBED AND SWORN TO before me, the undersigned authority, on this 30 day of August, 2018.

_____
Notary Public

My appointment expires: 4-18-21