Deron McCoy Jr #76819
P.O Box 311
Eldorado, KS 67047

United States District Court
For the district of Kansas

Deron McCoy Jr,
   Plaintiff,

v.                                 Case No. 16-3027-CM

Aramark correctional services, et al.,
   Defendants.

## Plaintiffs motion requesting court order scheduling conference

Comes now the plaintiff Deron McCoy Jr in a pro se motion and request that this court order that there be a scheduling conference entered in the above captioned case. In support of said motion the plaintiff states the following:

### Facts

1) On 6-14-2017 plaintiffs motion to Amend his complaint was granted and Doc 48-3 was filed as plaintiffs Third Amended complaint (Doc #55 & Doc #56).

2) On 6-28-17 Defendants Aramark correctional services

(1)

Paul Church, Julie Dockendorff, and M. Gilly filed a motion to dismiss (Doc# 57 & 58). That same day Patricia Berry filed her motion to dismiss also (Doc# 59 & 60).

3) On 7/12/17 plaintiff DeRon McCoy Jr filed his response to defendants motion to dismiss (Doc# 62 & 63).

4) On 8/14/17 defendant Allen filed her motion to dismiss (Doc# 70).

5) On 9/5/17 plaintiff DeRon McCoy Jr filed his response to defendant Allens motion (Doc# 71). And also filed a motion for summary Judgement against defendant Allen (Doc# 72)

6) On 3/16/18 the court denied the defendants motion to dismiss except to n. Fellig (Doc# 90)

7) On 4/20/18 defendant Berry submitted a motion for Judgement on the pleadings (Doc# 99 & 100). On 5/7/18 defendant Allen joined in on the motion for Judgement on the pleadings (Doc# 103 & 104).

8) On 6/4/18 & 6/14/18 the plaintiff responded to the defendants motion for Judgement on the pleadings. (Doc# 108 & Doc# 110)

9) On 8/17/18 the court denied both defendant Allens and defendant

(2)

Berry's motion for Judgement on the pleadings. (Doc # 117).

10) The court reset the deadline for defendant Allen to respond to the plaintiffs motion for summary Judgement. On 8/30/18 defendant Allen responded to plaintiffs motion. (Doc # 118 & 119).

11) On 9/19/2018 the court denied the plaintiff motion requesting summary Judgement against defendant. (Doc # 121).

12) This case is thus ripe for a scheduling conference.

13) The plaintiff has taken part in two other scheduling conferences in a unrelated matter and feels that the court ordering one will help assist in the process of the case.

14) This case has been on-going for approx 2 years now. —

Wherefore the plaintiff respectfully request the court enter a order direct the parties in the above captioned case participate in a scheduling conference.

Date 9-25-18

Respectfully submitted,
DeRon McCoy Jr

(3)