# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

DeRon McCoy,

                        Plaintiff

                                        Case No. 5:16-cv-03027-CM-KGG

Aramark Correctional Services, et al.,

                        Defendants

## DEFENDANT ALLEN'S MOTION FOR SUMMARY JUDGMENT

Comes now defendant Cheryl Allen, and moves the Court for summary judgment in favor of defendant Allen herein, as to all claims made by plaintiff against her including alleged violations of 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. §§ 2000cc–2000cc-5.  In support hereof, defendant Allen submits the memorandum and supporting affidavit filed simultaneously herewith.  In addition, defendant Allen simultaneously herewith submits her "Notice to Pro Se Litigant Who Opposes a Summary Judgment Motion" as required by D. Kan. Rule 56.1(f).

Respectfully submitted,

   /s/ Elizabeth M. Phelps
Elizabeth M. Phelps, S.Ct. #12285
3700 SW Churchill Road
Topeka, Kansas  66604
(785) 213-3008
Email:  lilybell@cox.net
*Attorney for Defendant Allen*

**Certificate of Service**

I hereby certify that on this 12ᵗʰ day of November, 2018, I electronically filed this "DEFENDANT ALLEN'S MOTION SUMMARY JUDGMENT", using the CM/ECF system, which sent notice of electronic filing to all counsel of record, and that same day a copy was served via first class U.S. Mail, postage prepaid, to the following:

DeRon McCoy, Jr. #76894
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas  67042
*Pro Se Plaintiff*

_/s/ Elizabeth M. Phelps_
Elizabeth M. Phelps, S.Ct. #12285
*Attorney for Defendant Allen*