IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DERON MCCOY, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-3027-CM-KCG |
| | ) |
| **ARAMARK CORRECTIONAL SERVICES, et al,** | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE CONVENTIONALLY EXHIBITS TO DEFENDANT BERRY'S MOTION FOR SUMMARY JUDGMENT

Comes now, Natasha M. Carter and MJ Willoughby, Assistant Attorneys General, Counsel for Defendant Berry and submit this Motion For Leave to File Conventionally Exhibits to Defendant Berry's Motion for Summary Judgment. In support of this Motion, Counsel states as follows:

1. Exhibit 2 to Berry's Declaration and Exhibit 1 to Friedman's Declaration are Letters and Certificates certifying Kosher status of items provided by Aramark's suppliers for use in foods provided to inmates in the Kansas Department of Corrections. These exhibits are cumbersome and fairly large in size. Submitting them on disc is much more feasible than to submit them as individual documents. On the disc, they will all be labeled, in order, and much easier to access individually.

2. Exhibits 4-1 through 4-31 to Berry's Declaration and Exhibits 1-73 of Hitchcock's Affidavit are photographs of the Lansing Correctional Facility and El Dorado Correctional Facility cooking areas, preparation areas, Kosher symbols on packages and boxes,

1

serving areas, and storage of food and utensils. The pictures are much too large to attempt to file as a batch and are also organized by facility. Filing on disc will permit easy access by facility.

3. For the aforementioned reasons it is not feasible for the above referenced exhibits to be filed electronically, the estimated size of which exceeds 340 MB.

4. For security reasons Plaintiff will not be allowed to possess the CD media disc, but will be instead provided a paper copy of the aforementioned Exhibits.

Defendant Berry respectfully requests this Court allow Exhibit 2 to Berry's Declaration, Exhibit 1 to Friedman's Declaration, Exhibits 4-1 through 4-31 to Berry's Declaration, and Exhibits 1-73 of Hitchcock's Affidavit be filed in a conventional form on a CD rather than electronically.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
MJ Willoughby, KS No. 14059
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 296-6244
Fax: (785) 291-3767
Email: natasha.carter@ag.ks.gov
         Mj.willoughby@ag.ks.gov
*Attorneys for Defendant Patricia Berry*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2018, the above and foregoing was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Jeff Cowger
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
Jeff.Cowger@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Sherri L. Price
Lansing Correctional Facility
301 E. Kansas Avenue
PO Box 2
Lansing, KS 66043
Sherri.Price@doc.ks.gov
*Attorney for Kansas Department of Corrections*

Leigh Ann Massey, KS No. 25959
Catherine A. Stevens, Fed. KS #78565
Baker, Sterchi, Cowden & Rice, LLC
9393 West 110th Street, Suite 500
Overland Park, KS 66210
lmassey@bscr-law.com
cstevens@bscr-law.com
*Attorneys for Defendants Aramark Correctional Services, LLC,
Julie Dockendorff, and Rabbi M. Fellig*

Elizabeth M. Phelps, S.Ct. #12285
3700 SW Churchhill Road
Topeka, Kansas 66604
lilybell@cox.net
*Attorney for Defendant Allen*

I also certify that a copy of the above was served via first-class mail, postage prepaid to:

Deron McCoy, Jr., #76894
El Dorado Correctional Facility
PO Box 311
El Dorado, KS  67042
*Pro se Plaintiff*

                                                s/ Natasha M. Carter
                                                Natasha M. Carter