Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DERON MCCOY, JR.,** <br> **Plaintiff,** <br> **v.** <br> **ARAMARK CORRECTIONAL SERVICES, et al,** <br> **Defendant.** | **Case No. 16-3027-CM-KGG** |

**DECLARATION OF RABBI BEN FRIEDMAN**

Comes now, Rabbi Ben Friedman, and declares under the penalty of perjury as follows:

1. I am an ordained Rabbi and I provide consultation to the Kansas Department of Corrections ("KDOC") as a rabbinical authority. I have been contracted with KDOC since 2006. I provide consultation with the KDOC with regard to Jewish religious issues, such as Kosher dietary requirements. I also consult with and provide advice to the KDOC with regard to Kosher requirements for foods and food production. I personally observe Jewish Kosher dietary law. I studied and was ordained at the Rabbinical College of America and have been a practicing Rabbi since July 1973.

2. As part of contracting with the KDOC, I may be involved in ongoing compliance and monitoring of issues related to the Certified Religious Diet, referred to as CRD, as requested by KDOC. On periodic occasions, I may be asked to inspect the kitchens within KDOC facilities, to monitor the administration of CRD in the kitchens, review policies, procedures and food labels, and kitchen operations, and to give advice to the KDOC and Aramark management, as may be required on how to comply with Jewish dietary laws. I reviewed the present procedures, menus and food labels in connection with preparing the Declaration in this case.

3.      I am familiar with the KDOC's CRD program having inspected the production kitchen at Lansing Correctional Facility ("LCF") on October 8, 2018, and the production kitchens at both El Dorado Correctional Facility ("EDCF") and Hutchinson Correctional Facility ("HCF") on October 10, 2018, and I have reviewed the procedures, menus, and food labels for all items on the CRD program.

4.      The CRD provides a completely acceptable menu for inmates wishing to observe Jewish dietary laws, also referred to as keeping Kosher. It is completely permissible for inmates wishing to observe Jewish dietary laws to eat all of the items on the CRD menu, including inmates wishing to meet strict Kosher laws under Orthodox Judaism.

5.      I am familiar with the requirements for maintaining a Kosher kitchen, including the requirements of keeping all Kosher items separate and apart from non-Kosher items. This includes separation in storage, handling, preparation and food service. I have consulted with KDOC and Aramark concerning these requirements.

6.      LCF, EDCF, and HCF maintain separate storage areas for CRD menu items. These items are stored on separate shelving units designated exclusively for CRD foods. Bulk items are stored in warehouses in their original packaging. It is not a violation of Kosher dietary laws for inherently Kosher items such as fruits and vegetables to be stored in bulk and portioned out as needed, which is the practice I observed at LCF, EDCF and HCF. This is also true of other Kosher items stored in bulk, such as pasta, rice, and beans. It is not a violation of Kosher dietary laws to store CRD menu items in the same room or cooler as non-CRD items.

7.      I reviewed the food labels and certificates of items used in the CRD program. The certificates I reviewed are attached hereto as Exhibit 1. All of the items on the CRD menu are Kosher. Many of the items used in the CRD program are shipped in bulk packaging and maintain

Kosher symbols on the shipping box itself. Other items have Kosher markings on the individual packages or on the certificates maintained by Aramark. It is not necessary for an individual package to bear a Kosher symbol for it to be or remain Kosher. For example, the sliced bread and milk used in the CRD program do not have Kosher symbols on the packaging. However, I have reviewed the sliced bread and milk certificates and find that these items are in fact Kosher. It is not a violation of Kosher dietary laws for these items to not have Kosher markings on the packaging.

8.      CRD-designated trays, pots and pans are stored in the CRD-designated rooms at LCF and HCF and are differentiated by a Teflon coating inside the pans or engravings on the outside of the pans. Trays are differentiated by color. These trays, pots and pans are cleaned separately from all others used in the kitchen in CRD-designated sinks. These trays, pots and pans are used only for the CRD program.

9.      EDCF uses disposable trays for all CRD meals. EDCF stores all CRD-designated pots and pans in a separate locked cabinet. These pots and pans are differentiated by engravings on the outside of the pans.

10.      EDCF, LCF, and HCF utilize separate CRD-designated cooking utensils. These utensils are stored in a separate locked cabinet and are differentiated as CRD by holes or engravings on the handles. These utensils are cleaned separately from all others used in the kitchen and are the only utensils used to prepare kosher meals.

11.      The KDOC utilizes disposable eating utensils for service of the CRD at LCF, EDCF, and HCF.

12.      LCF and HCF maintain CRD-designated sinks inside a separate CRD room. All items used in the CRD program are washed in these sinks.

13.     EDCF washes CRD items separately from all other kitchen items after the sink has been washed and sanitized, and has recently implemented the usage of plastic tubs inside the sinks. It is not a violation of Kosher dietary laws to use the same sinks to wash CRD-designated and non-CRD items, provided the sink is washed and sanitized between use, the dishes are washed separately, and plastic tubs are used inside the sinks.

14.     There are separate areas for Kosher food preparation at LCF, EDCF, and HCF. LCF and HCF maintain separate, locked, CRD-designated rooms. EDCF maintains a separate area of the kitchen for CRD preparation.

15.     LCF and EDCF utilize food preparation tables outside of a CRD room. It is not a violation of Kosher dietary laws for the CRD to be prepped outside of a CRD room.  Likewise, it is not a violation of Kosher dietary laws for these tables to be used for the preparation of other cold food items as they are either wrapped with plastic or sanitized before use.

16.     Warm CRD meals at LCF, EDCF, and HCF are prepared in CRD-designated stoves, ovens, or steam kettles. It is not a violation of Kosher dietary laws for these cooking appliances to be located next to other appliances that are used in non-CRD food preparation. The amount of separation distance is not an issue in terms of compliance with Jewish dietary laws.

17.     CRD meals for inmates in segregation are stacked together in a separate area of a food warmer. For example, medical and regular menu meals are stacked on one side of the food warmer, and CRD meals are stack together on the opposite side of the food warmer. It is not a violation of Kosher dietary laws for these separately stacked CRD meals to be transported with non-CRD meals.

18.     It is not a violation of Kosher dietary laws for CRD meals to be served on the same line and through the same window as non-CRD meals, provided they are plated on a

separate area of the line or are served at separate times. HCF and EDCF use separate, CRD-designated, areas of the serving line for the CRD program. LCF uses the same serving line but serves the CRD menu first. The service of the CRD at all three facilities meets Jewish dietary requirements.

19. It is not a violation of Kosher dietary laws for CRD-designated and non-CRD trays to be passed through the same tray slot after use, nor is it necessary to use two separate trash bins. This is because after being passed through the tray slot, CRD-designated trays are stacked separately, placed in rubber tubs, or are rinsed which eliminates any cross-contamination issues.

20. I have reviewed the CRD menu, policies, and the LCF, EDCF, and HCF kitchens and I advised KDOC and Aramark that the CRD as produced and served at LCF, EDCF and HCF conforms with Kosher requirements. The menu and policies that I reviewed are attached hereto as Exhibit 2.

21. In my opinion, to a reasonable degree of professional certainty, the CRD meals provided by KDOC and Aramark are prepared in such a manner as to maintain adequate separations and are in compliance with Kosher dietary requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2018.

Rabbi Ben Friedman

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DERON MCCOY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-3027-SAC-DJW |
| | ) | |
| ARAMARK CORRECTIONAL SERVICES, et al, | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

**EXHIBIT 1 TO DECLARATION**

**OF RABBI BEN FRIEDMAN**

**(Disk to be submitted conventionally)**

**FOOD SERVICE AMENDMENT NUMBER 12**
KANSAS DEPARTMENT OF CORRECTIONS-
ARAMARK CORRECTIONAL SERVICES, LLC.

This Amendment No. 12 made and entered into as of this 22nd day of February, 2011, by and between the DEPARTMENT of Corrections of the State of Kansas (hereinafter called the "DEPARTMENT") and ARAMARK Correctional Services, LLC, a Delaware Limited Liability Company (hereinafter called "CONTRACTOR");

WHEREAS, the DEPARTMENT desires to continue purchasing the professional food service management and administrative services and expertise of CONTRACTOR for those purposes and duties hereinafter enumerated below; and

WHEREAS, the parties amended the Original Contract by amendments dated November 4, 1997 (Amendment No. 1); August 31, 1998 (Amendment No. 2); August 31, 2000 (Amendment No. 3); January 31, 2001 (Amendment No. 4); April 2001 (Amendment No. 5); May, 2002 (Amendment No. 6); April 3, 2003 (Amendment No. 7); 2004 (Amendment No. 8); December 31, 2008 (Amendment No. 9); March 1, 2010 (Amendment No. 10); July 26, 2010 (Amendment No. 11), and

WHEREAS, CONTRACTOR is willing to continue providing such services on a regular basis under the terms and conditions hereinafter set forth;

NOW, THEREFORE, in consideration of the mutual promises herein contained, the parties have agreed and do hereby enter into this contract according to the provisions set out herein:

I. <u>GENERAL TERMS</u>

1. The CONTRACTOR shall perform and shall have the exclusive right (excluding those food programs where inmate vocational training activities are performed) to perform, all services which encompass the complete and full provision of food service, including all labor (other than inmate labor provided by the DEPARTMENT), food, supplies and other materials necessary to provide food services for inmates, staff and official visitors/guests at the following facilities, including all units comprising such facilities:

    - Ellsworth Correctional Facility (ECF);
    - El Dorado Correctional Facility (EDCF);
    - Hutchinson Correctional Facility (HCF);
    - Lansing Correctional Facility (LCF);
    - Larned Correctional Mental Health Facility (LCMHF);
    - Norton Correctional Facility (NCF);
    - Topeka Correctional Facility (TCF);
    - Wichita Work Release Facility (WWRF); and,
    - Winfield Correctional Facility (WCF).

Any future consolidation or separation of any of these facilities shall not affect the duty of CONTRACTOR to provide services pursuant to this contract in the same manner as though the consolidation or separation had not occurred; provided, however, that if such consolidation or separation materially adversely affects CONTRACTOR's cost to provide services, the parties will renegotiate the terms (including financial terms) and conditions of this contract. With respect to any facilities constructed and opened by the DEPARTMENT during the term of this contract that require additional kitchens, with the exception of private for-profit operated facilities, the CONTRACTOR shall provide services as described above in this paragraph at such facilities, on terms (including financial terms) and conditions to be negotiated and agreed upon by the parties prior to CONTRACTOR's commencement of operations at such facilities.

2. Performance of food service personnel and the administration and delivery of food service pursuant to this contract shall meet or exceed the applicable American Correctional Association (ACA) standards and the National Commission on Correctional Health Care (NCCHC) standards, including as they may from time to time be amended. If applicable,

   a. CONTRACTOR shall maintain ACA and NCCHC accreditation status at all facilities.

   b. At facilities where DEPARTMENT has or seeks ACA accreditation, CONTRACTOR shall comply with ACA accreditation standards for the food service and related areas. The DEPARTMENT will pay any accreditation fees and costs incurred in the accreditation process, such as reimbursement to the ACA and NCCHC of travel and lodging expenses during accreditation inspections.

   c. CONTRACTOR shall maintain and keep updated such documentation as may be necessary for ACA and NCCHC accreditation audits. All such documentation shall become the property of DEPARTMENT. CONTRACTOR shall fully cooperate in preparing for accreditation audits at such facilities as DEPARTMENT may schedule.

## II. <u>RESPONSIBILITIES OF THE CONTRACTOR</u>

CONTRACTOR shall perform those duties, functions and tasks enumerated below:

1. a) CONTRACTOR will provide a food services training program for all inmates assigned to the food service area, consisting of orientation training and periodic training. Orientation training shall include, but not be limited to, basic sanitation and personal hygiene practices,

fire safety, emergency evacuation procedures, and fundamental occupational safety practices.

Periodic training shall include, but not be limited to, all topics covered in orientation training plus those topics selected by CONTRACTOR in the areas of food preparation and production, simple equipment maintenance, and operation of a food service line. All training shall be carefully and contemporaneously documented, and said documentation shall be made available upon request of the Contract Monitor or on-site field auditor. CONTRACTOR shall develop in cooperation with the DEPARTMENT of Corrections a written schedule for inmate training at all food preparation sites.

b) CONTRACTOR will provide training for its employees which includes as a minimum: For Management Personnel: 40 hours DEPARTMENT orientation prior to placement; and 40 hours annual training (24 hours of which to be determined and provided by DEPARTMENT; 16 hours determined and provided by CONTRACTOR. CONTRACTOR will document all training which it directly provides or arranges for its staff in fulfillment of this requirement, and shall assure that a portion of such training is provided by a licensed dietitian as required by DEPARTMENT'S policy (IMPP 10-106). All such training documentation shall be furnished annually to the DEPARTMENT Contract Monitor, or more frequently upon request of the Contract Monitor. CONTRACTOR shall develop in cooperation with the DEPARTMENT of Corrections a written schedule for annual training of all employees.

2. CONTRACTOR shall utilize all useable garden produce generated by DEPARTMENT and shall credit DEPARTMENT for the value of that garden produce, in the following manner: If the produce is an item found on the CONTRACTOR's menu, then the price the CONTRACTOR, would have paid for the item being replaced shall be credited; or, CONTRACTOR may provide catering services of a comparable value for the facility as approved by the warden. CONTRACTOR shall use garden produce grown by DEPARTMENT to provide food items designated on the standard menu, and shall use items of produce not so utilized to provide a supplemental salad bar. CONTRACTOR shall also confer with DEPARTMENT in a timely and effective way concerning what type of garden produce should be produced by DEPARTMENT so as to assure DEPARTMENT is growing garden produce that can be productively utilized by CONTRACTOR.

3.     Three Tiered Maintenance Pattern for Equipment Maintenance:

The parties' obligations for maintaining equipment at DEPARTMENT locations shall be as follows:

A.     Maintenance to be Performed by Food Service CONTRACTOR:
    i.     Cleaning of all equipment
    ii.    Sanitation
    iii.   CONTRACTOR shall sharpen all slicer blades
    iv.    CONTRACTOR shall notify DOC when equipment is in need of repair.

B.     After notification by CONTRACTOR that in its opinion equipment is in need of repair or other factors which cause CONTRACTOR to believe that the equipment needs evaluation, the DEPARTMENT personnel shall assess condition and determine it the repair is within their scope of abilities.  If so, the DEPARTMENT shall make repairs.  If not, go to C.

C.     The DEPARTMENT shall take appropriate steps to insure other repairs shall be performed by technical specialists (non-State staff). The cost of all food service equipment maintenance, repairs and replacements shall be paid in accord with Section VI, paragraph 11, of this contract.

4.     CONTRACTOR will own the food inventory and food service supplies inventory, including paper goods and cleaning supplies, excluding smallwares and cooking equipment.  CONTRACTOR shall be responsible to maintain adequate smallwares inventory levels during the term of the contract.  In the event this contract is terminated or not renewed, all food inventory and other food service supplies owned by CONTRACTOR at such time will be purchased by KDOC from CONTRACTOR at CONTRACTOR invoice price, at which time such inventory and supplies will become property of KDOC.  DEPARTMENT shall maintain ownership of smallwares and equipment at all times.

5.     CONTRACTOR shall provide for the delivery of food to all inmates in the custody of DEPARTMENT, including delivery of food to general population, segregation units, outside work crews, medical units, special religious meals, medical meals; inmates who reside/sleep outside correctional facility perimeters, and inmates who suffer from mental illness or developmental disabilities.  CONTRACTOR and the DEPARTMENT's designated representative at each facility shall negotiate and agree upon delivery points, times and procedures.  From time to time at some of DEPARTMENT's correctional facilities, outside organizations deliver donated food for purposes of religious meals and food service staff shall

then utilize that donated food to prepare religious meals.  CONTRACTOR will continue that practice.

When approved for individual cases by DEPARTMENT's medical provider and chaplaincy, CONTRACTOR shall provide religious meals modified to adhere to medical guidelines as set forth in a document entitled "KDOC Medical/Religious Diets", which is attached hereto and incorporated herein, marked "Appendix C" for purposes of identification.  Appendix C may be modified as necessary in response to evolving dietary needs by joint consent or the parties.

6.    DEPARTMENT does not anticipate employing additional security staff as a result of outsourcing food service management.  Therefore, CONTRACTOR shall provide staff that will be able to work in a secure environment and supervise inmate workers.

7.    CONTRACTOR shall utilize a standardized menu mutually agreed on by the CONTRACTOR and DEPARTMENT and updated seasonally (twice a year, a Fall-Winter season and a Spring-Summer season).
CONTRACTOR shall provide other special diets as mutually agreed on by the CONTRACTOR and DEPARTMENT to include, but not limited to a certified religious diet and certain standardized medical diets.
CONTRACTOR shall be responsible for obtaining review of the certified religious diet by appropriate religious advisor to insure that the diet meets the requirements of a certified religious diet as defined by the DEPARTMENT, and shall provide proof of the review to the DEPARTMENT.  The parties shall act in good faith to reach such mutual agreement as is set forth in this paragraph; however, in the event the parties cannot reach mutual agreement, KDOC shall have final approval rights of these menus.

8.    CONTRACTOR shall notify the DEPARTMENT's Contract Monitor, in writing, of any non-permanent proposed menu changes made during a month, at or within two weeks after the end of such month.  Any non-permanent substitutes must be appropriate to the menu relative to the type of food group substituted and be comparable.  Permanent menu changes (i.e., changes which will continue for more than two cycles) must be approved in advance, in writing by the DEPARTMENT's Contract Monitor.  CONTRACTOR will publish dated weekly menus at least ten (10) days in advance, for each correctional facility to distribute and post for the staff and inmate population.  Only wholesome, appropriately inspected foods will be used.  Foods outside of a normal stated shelf life date shall not be used.  CONTRACTOR shall be responsible for determining the number of meals to be served on a daily basis.

9.    CONTRACTOR shall be responsible for all food service area cleaning and sanitation, including food preparation and storage areas, dining areas, and kitchen dock areas, and shall assure compliance with all applicable federal, state, city and county health codes and requirements.

10.    CONTRACTOR shall provide all ancillary food service supplies and products, including but not limited to sacks, napkins, plastics, small utensils and office supplies.  With respect to ancillary food service supplies, CONTRACTOR is required to use available Kansas Correctional Industries products; provided that such products are of equal or similar quality and price to the products CONTRACTOR would have purchased. Such supplies will be purchased by the facility on behalf of the CONTRACTOR with the costs then to be deducted from contractual payments.

11.    Each DEPARTMENT correctional facility must receive food that is equal or better in quality when compared to that which was served immediately prior to the effective date of this contract.  Unpaid staff meals will be provided by CONTRACTOR in accord with the provisions of K.A.R. 1-19-4, and CONTRACTOR shall bill DEPARTMENT one hundred (100) meals per day at $1.25 per meal for these meals.

12.    CONTRACTOR will also provide paid staff meals, and the cost of such meals shall be the same as the per unit cost of inmate meals. CONTRACTOR will be fully responsible for charging for and receiving payment for paid staff meals directly from the participating staff members, which accounting process shall be separate and apart from the billing procedures set forth herein relating to inmate meals.

13.    CONTRACTOR shall provide for all storage of food necessary for the providing of food services to DEPARTMENT under the provisions of this contract.  DEPARTMENT shall make available storage space up to the storage space currently so utilized.  At LCMHF, additional storage space located on the premises of Larned State Hospital (LSH) shall be made available, subject to approval and as determined by the Kansas Department of Social and Rehabilitation Services [SRS].

14.    CONTRACTOR shall provide ice at DEPARTMENT's correctional facilities, when the ice-making equipment is located in the kitchen, provided the equipment is in good working order, and provided there is otherwise sufficient ice for purposes of operating the food service area. The DEPARTMENT shall be responsible for the cost of maintaining, repairing and replacing such equipment subject to the same conditions and provisions set forth in the equipment section of this contract.

15.     CONTRACTOR shall provide emergency plans to DEPARTMENT's
        Contract Monitor for weather and other natural disasters' utility failure,
        work stoppages and inmate disturbances, or any other disruptions to
        normal food service operations, and shall be prepared and able to carry
        out such emergency plans when necessary.  CONTRACTOR shall
        participate in all emergency preparedness training.  CONTRACTOR shall
        provide a minimum of one (1) hot meal for each twenty-four (24) hour time
        period during the emergency condition.

16.     CONTRACTOR shall comply with DEPARTMENT practices and
        procedures utilized to assure health and medical clearance of food service
        staff and inmate food service workers.

17.     CONTRACTOR shall cook and serve food on site at the facilities, other
        than the Larned Correctional Mental Health Facility.  With respect to the
        Larned facility, CONTRACTOR shall prepare and serve food provided by
        LSH.  CONTRACTOR shall bill, and the DEPARTMENT shall pay for
        meals at LCMHF at a fixed total daily rate.  The price per meal designation
        for LCMHF is set in the "Multi-Year Sliding Scale Table" (Appendix B).

        The fixed total daily rate shall be in effect irrespective of any change in the
        LCMHF population.  If the State discontinues provision of free food to
        CONTRACTOR, or if the DEPARTMENT requires CONTRACTOR to
        increase the number of CONTRACTOR staff assigned to duty at LCMHF
        above the current staffing level, the parties shall renegotiate in good faith
        a fixed total daily rate.

18.     CONTRACTOR shall keep all meat and vegetables required for the next
        two (2) days menu in-house at each DEPARTMENT correctional facility at
        all times.  (LSH shall be considered to be part of LCMHF for purposes of
        this Paragraph).  Additionally, a two-day supply of food for a mutually
        agreed on "lock down menu" shall be on hand or immediately available at
        each DEPARTMENT correctional facility at all times.

19.     CONTRACTOR shall provide a contract manager for Kansas on a full-time
        basis.

20.     CONTRACTOR shall provide a staff member at each DEPARTMENT
        correctional facility who will serve as a liaison with the warden or warden's
        designee and the classification administrator of each such facility
        regarding utilizing inmate staff for food service work as well as day-to-day
        operations of food service.

21.     CONTRACTOR shall be responsible for all long distance telephone
        expenses, additional telephone lines, copying expenses, office supply

expenses, and any other administrative expenses attendant to CONTRACTOR's performance of this contract.

22. CONTRACTOR shall provide full-time site managers who are "on call" for each DEPARTMENT correctional facility when not in attendance, during all hours the food service section is in operation.. With respect to such full-time site managers, CONTRACTOR's staff liaisons, and CONTRACTOR's contract manager, the DEPARTMENT acknowledges that CONTRACTOR has invested considerable amounts of time and money in training its supervisory employees in systems, procedures, methods, forms, reports, formulas computer programs, recipes, menus, plans, techniques and other valuable information which is proprietary and unique to the CONTRACTOR's manner of conducting its business and that such information is available on a confidential basis, to the CONTRACTOR's supervisory employees. Therefore, the DEPARTMENT agrees that supervisory employees of CONTRACTOR shall neither be hired by the DEPARTMENT for the term of this contract and six (6) months thereafter nor shall the DEPARTMENT permit supervisory employees of CONTRACTOR to be employed at the DEPARTMENT's facilities for a period of six (6) months subsequent to the termination of this contract (unless such employees were formerly employees of the DEPARTMENT or who desire to maintain residency in the local area). For the purposes of this prohibition "supervisory employees" shall mean those persons who have directly or indirectly performed management or professional services at the DEPARTMENT's facilities at any time during the twelve (12) month period immediately preceding termination of this contract.

23. CONTRACTOR will obtain and maintain OSHA approved first-aid equipment and supplies in all DEPARTMENT food production and service areas.

24. CONTRACTOR may not use DEPARTMENT facilities or equipment for other individuals, groups or organizations for any purpose other than contract performance, without written approval of DEPARTMENT's Deputy Secretary of Programs, Research and Support Services. From time to time, DEPARTMENT has made its correctional facility food service facilities and equipment available to charitable community organizations. DEPARTMENT desires to continue that practice and CONTRACTOR shall facilitate that custom so long as such practice does not prevent CONTRACTOR from carrying out its duties under this contract and does not cause CONTRACTOR to incur additional costs.

25. CONTRACTOR shall ensure that all meat utilized in performing the food services called for in this contract shall meet the USDA specifications and all raw foods used shall meet the following specifications:
    a.    Beef-USDA Inspected

    b.      Pork-USDA No. 1;

    c.      Veal and Lamb-USDA Choice;

    d.      Poultry-USDA Inspected;

    e.      Seafood- USDA Inspected;

    f.      Eggs-USDA Grade A;

    g.      Fresh fruits and vegetables-No. 1 Quality or comparable quality;

    h.      Canned fruits and juices-light syrup or natural juice, USDA choice, extra standard or better grade or comparable quality.

    i.      Canned vegetables-Extra Standard Grades or comparable quality;

    j.      Frozen fruits, vegetables, juices-USDA Extra Standard or comparable quality;

    k.      Milk, cheese-USDA Grade A.

    l.      Imitation or cheese substitute will rate a USDA 3 for meltability when applicable to the menu.

26.    All meat cuts utilized by CONTRACTOR in performing the food services called for this in the contract shall be in accordance with USDA specifications. To the extent CONTRACTOR utilizes processed meat products, all such products shall be manufactured in USDA inspected facilities. The above-indicated grades are intended as minimum standards only. All other food stuffs not included in the above listing shall be of comparable quality.

27.    CONTRACTOR shall ensure that meals dispensed pursuant to this contract shall provide sufficient variety to include:

    a.      Ethnic foods consistent with the population of each DEPARTMENT correctional facility;

    b.      Flavor, texture and color balance;

    c.      Seasonal menus that reflect availability of seasonal foods, traditional holiday menus and heavier foods during the colder weather and light, cool and crisp foods during warmer weather;

    d.      Color contrast to provide eye appealing combinations;

    e.      Avoidance of repetitious servings;

    f.      Food at temperatures in accordance with public health requirements.

CONTRACTOR shall provide well balanced meals that provide caloric values of not less than a weekly average of 2900 calories per day for men and a similarly computed average of 2200 calories per day for women.

28. The menus rendered by CONTRACTOR pursuant to this contract shall provide a weekly average of a minimum of 25 grams of dietary fiber per day. The menus shall be comprised of no more than 31% fat and with no more than 10% saturated fat per day on a weekly average, and shall contain no more than 4000 mg sodium per day based on a weekly average. CONTRACTOR may, with approval of the DEPARTMENT contract manager, utilize vegetable filler.

29. The daily menus supplied by CONTRACTOR pursuant to this contract shall consist of the following number of minimum servings per day from the indicated food groups:

   a. Meats, poultry, fish or protein alternatives such as eggs, nuts, or beans – two (2) to three (3) servings per day equivalent to six (6) to eight (8) ounce total for the day;

   b. Vegetables and fruits – four (4) servings per day (to include two yellow or leafy green vegetables);

   c. Dairy products – minimum sixteen (16) oz. fluid milk or nutritional equivalent per day;

   d. Bread and cereals – four (4) servings per day; and,

   e. Fats and oils – at least .35 ounces per day.

   In any event, daily menus supplied by CONTRACTOR shall satisfy the current nutritional requirements for adult men and women as called for by the National Academy of Sciences.

30. CONTRACTOR shall ensure that adequate quantities of food are prepared for each and every meal so that all inmates receive the same meal items in essentially the same portions and so that CONTRACTOR does not run out of food during the meal service.

31. CONTRACTOR shall institute a quality assurance program that encompasses all levels of the food service operation. This program will be applied to all steps of the food service procurement, preparation and service system. As a minimum, this program shall address and assess:
   - Meal planning
   - Subsistence and supply ordering
   - Receiving/storage
   - Pre-preparation of raw products
   - Food preparation
   - Refrigeration and potentially hazardous foods handling
   - Meal service

- Therapeutic diet preparation and service
- Satellite meal service
- Ware washing
- Sanitation
- Customer satisfaction
- Training program

Documentation of implementation and continuing use of the quality assurance program shall be made carefully and contemporaneously, and shall be provided to the Contract Monitor or on-site field auditors upon request.

One complete meal tray from each meal served must be made up at the end of the meal service period, dated, frozen and stored in one location for a minimum of three days. These samples shall be available for microbiological testing in the event of a suspected case of food borne illness.

32. CONTRACTOR shall have a policy providing for response to inmates and staff menu suggestions and food service program comments. CONTRACTOR shall cooperate with DEPARTMENT personnel in responding to inmate and staff grievances submitted in accord with DEPARTMENT's grievance procedures. CONTRACTOR shall provide the initial response to each grievance.

33. Designated members of CONTRACTOR staff and DEPARTMENT staff (including the contract manager for both CONTRACTOR and DEPARTMENT) will meet on a monthly basis or as needed to evaluate the food service program, identify problem areas and develop and implement solutions.

34. As to each DEPARTMENT correctional facility, a formal food service meal acceptance survey will be performed annually by CONTRACTOR with results consolidated and reported by the CONTRACTOR to designated DEPARTMENT central office staff and correctional facility management staff.

35. Food portions to be served by CONTRACTOR under the terms of this contract will be strictly observed and monitored by CONTRACTOR and DEPARTMENT.

36. As to food served by CONTRACTOR under the terms of this contract, food temperatures will be carefully monitored by CONTRACTOR through each meal period and recorded to assure proper serving temperatures. Food temperatures of food for delivery to special needs or special

circumstances inmates will also be recorded for each meal at or immediately before departure from the kitchen.

37.    CONTRACTOR shall effectively supervise food service inmates, requiring a minimum amount of time on the part of DEPARTMENT supervisory and management staff to settle disputes regarding day to day issues. DEPARTMENT shall supply inmate labor at levels mutually agreed to by the DEPARTMENT and the CONTRACTOR.

38.    CONTRACTOR shall gather, sort and put into containers trash, garbage and grease generated by the food service operation, and move it to sites identified by each DEPARTMENT correctional facility for pick-up. CONTRACTOR agrees to participate in the DEPARTMENT's recycling initiative.

39.    CONTRACTOR shall comply with all occupational safety and health standards and regulations as promulgated by federal, state and local authority. Any unsafe practices observed by DEPARTMENT will be corrected by CONTRACTOR within five (5) days of discovery and notice to Site Manager. If such practices are not corrected by CONTRACTOR within five (5) days after receipt of such notice, DEPARTMENT will make corrections and the cost of such corrections will be deducted from payments due CONTRACTOR. Failure on the part of CONTRACTOR to comply with all applicable safety and health standards and regulations will be grounds for contract termination.

40.    CONTRACTOR shall promulgate and observe specific policies relative to food service inmate supervision, key control, knife control, yeast control, control of cleaning agents and chemicals, and protection of food, supplies and equipment from damage or loss.

41.    CONTRACTOR shall also provide coffee, tea, doughnuts, rolls, and other snack foods and beverages for such functions upon advance arrangement by the individual facility warden, who shall present payment for the same on or before the date of the function in question. Payment for such beverages and snack food shall not be made from appropriated state funds.

42.    With respect to provision of services at Larned Correctional Mental Health Facility (LCMHF), CONTRACTOR shall provide personnel necessary for operation of current LCMHF serving kitchen, and delivery of inmate meals using food prepared by Larned State Hospital (LSH) with charges for said service made pursuant to Appendix B. For billing purposes, the inmates served at LCMHF shall not be included as part of the total census.

43. In addition to providing coffee at breakfast and evening meals, the CONTRACTOR shall provide coffee as a beverage only when requested by the facilities for work details or crews during the winter season, defined as the period beginning October 1st and ending March 31st during each year during the term of this contract.

## III. RESPONSIBILITIES OF THE DEPARTMENT

DEPARTMENT shall perform those duties, functions and tasks enumerated below:

1. DEPARTMENT shall be responsible for all utility costs associated with food service. DEPARTMENT shall be responsible to provide adequate kitchen, preparation and storage facilities, equipped and ready to operate.

2. DEPARTMENT shall be responsible for all needed building renovations and building code violation corrections with food service.

3. DEPARTMENT shall provide administrative oversight to assure contract compliance, which may include on site field auditors as well as a central administrator.

4. DEPARTMENT shall be responsible for pest control in all food service areas.

5. DEPARTMENT shall assign necessary security staff to the food service areas as determined by the warden or the warden's designee at each DEPARTMENT correctional facility.

6. DEPARTMENT shall pay the cost of 'medical screening' for food service employees and inmates assigned to work in the food service area.

7. DEPARTMENT shall provide laundry services for food service programs, including but not limited to, inmate uniforms, towels and rags.

   CONTRACTOR staff uniforms are excluded from DEPARTMENT laundry services.

8. DEPARTMENT will provide refuse disposal service for trash, garbage and grease processed by CONTRACTOR in compliance with the terms of this contract.

9. DEPARTMENT will be responsible for all maintenance to all building structures, including utilities, ventilation, fire suppression/fire safety systems, air conditioning, heating, duct work, floor coverings, and wall and ceiling surfaces.

## IV. STAFFING RESPONSIBILITIES OF THE CONTRACTOR

1. All CONTRACTOR employees and subcontractors must pass a background investigation conducted by DEPARTMENT or its designee to be eligible for employment by the CONTRACTOR within a DEPARTMENT correctional facility. Such investigations shall be the equivalent of investigations required of all DEPARTMENT personnel, except to the extent limited by applicable law, including but not limited to, the Federal Employee Polygraph Protection Act, as amended.

2. If any employee hired by CONTRACTOR is disapproved by DEPARTMENT, a written summary of the reasons for the disapproval shall be presented to CONTRACTOR.

3. In recognition of the sensitive nature of penal institutions, CONTRACTOR agrees that in the event that DEPARTMENT, in its discretion, is dissatisfied with any of the personnel provided under this contract, DEPARTMENT may deny access of such personnel to the DEPARTMENT correctional facility. DEPARTMENT shall give written notice to CONTRACTOR of such fact and the reasons therefore and the CONTRACTOR shall remove the individual in question from the services covered herein and cover with other appropriate personnel until an approved replacement is found.

   a. Decisions regarding the employment status of such personnel elsewhere in the CONTRACTOR's organization outside DEPARTMENT facilities shall be at the CONTRACTOR's discretion.

   b. If DEPARTMENT's decision to deny access results in the termination of an employee by CONTRACTOR, DEPARTMENT shall provide CONTRACTOR's employee an opportunity for a denial-of-access hearing. The Warden of the correctional facility shall notify CONTRACTOR's employee, in writing, of the opportunity for the hearing and the basis for the decision to deny access. Following such hearing the Warden of the correctional facility shall determine whether to continue or modify the decision to deny access.

4. CONTRACTOR shall insure that all food service staff meet or exceed qualifications appropriate to their level of responsibility.

5. All CONTRACTOR personnel shall be required to have a medical screening as a condition of employment and shall be free of any communicable disease or other health problem that could impact the health and safety of food service provided by CONTRACTOR.

6.    CONTRACTOR shall conduct performance evaluations of the food service staff in accordance with its established policies and procedures.  Copies of such evaluations shall be furnished to DEPARTMENT's Contract Monitor upon request.

7.    CONTRACTOR, its employees, and others acting under its direction or control, shall at all times, observe and comply with all applicable DEPARTMENT rules and regulations, including DEPARTMENT Internal Management Policies and Procedures, and general orders of DEPARTMENT correctional facilities, as well as all laws and pertinent regulations of the state of Kansas and the United States that are generally applicable, now existing or hereafter adopted, respecting operations and activities in and about property occupied by DEPARTMENT, CONTRACTOR agrees that its personnel will assist DEPARTMENT by reporting violations of inmate rules to DEPARTMENT, writing disciplinary reports regarding such violations as appropriate, and testifying in judicial or administrative hearings as requested by DEPARTMENT regarding such violation.  CONTRACTOR's personnel shall adhere to the same standards of personal appearance as are applicable to non-uniformed staff of DEPARTMENT.  CONTRACTOR shall specifically inform its employees of the provisions of K.S.A. 21-3826; K.A.R. 44-2-103; and K.S.A. 21-3520. DEPARTMENT shall provide CONTRACTOR with copies of DEPARTMENT rules, regulations and other materials referred to above in this Paragraph.

8.    Each site CONTRACTOR Food Service Manager shall participate in correctional facility management meetings and other meetings as may be required.

9.    CONTRACTOR staff shall wear a uniform which is different from inmate food service staff while on duty and the type of uniform is to be proposed by CONTRACTOR and approved by DEPARTMENT.

10.   CONTRACTOR shall provide an employee relief plan that addresses issues such as employee illness, vacation, holidays and absence due to training.  All CONTRACTOR food service site managers employed by CONTRACTOR shall have at least two years prior food service experience.

11.   CONTRACTOR shall provide, at a minimum, the staffing levels (excepting inmate workers) as set forth in Appendix A to this contract, which is attached hereto and made a part of this contract by this reference. CONTRACTOR shall provide a monthly status report on staffing levels which includes a staffing inventory utilizing position numbers. CONTRACTOR shall provide job descriptions and position numbers to DEPARTMENT for each position in the staffing plan.  Job descriptions

shall be tailored for use throughout the DEPARTMENT and shall reflect appropriate lines of authority and reporting hierarchy consistent with Appendix A hereto. CONTRACTOR agrees to maintain employed staff at not less than the minimum staffing levels provided in Appendix A hereto. In the event CONTRACTOR allows the staffing level to fall below the minimum staffing levels provided in Appendix A hereto, and that failure endures for more than thirty (30) calendar days (and is not the result of the DEPARTMENT's delay in the grant of a security clearance or orientation training related to CONTRACTOR's replacement personnel), the salary value of each such vacant position shall be deducted from the compensation due CONTRACTOR under this contract on the 31st day from which the vacancy occurs. The salary value of such position shall equal (a) the total annual salary offered by CONTRACTOR for such position, divided by (b) 261, multiplied by, (c) the number of work days such position is vacant. CONTRACTOR shall make a good faith effort to fill all vacant positions with a qualified employee at the earliest possible opportunity and shall not require or allow employees to work so much overtime so that their performance is less effective, substandard or in any way compromised.

12. CONTRACTOR may employ selected inmates to hold low level CONTRACTOR jobs (in lieu of civilian workers), such inmates to be paid by CONTRACTOR at no lower than minimum wage rates. Inmate employment is subject to approval of DEPARTMENT, and with the understanding that all assignment decisions are to be made by DEPARTMENT with consultation of CONTRACTOR to provide minimal interruption in labor coverage. DEPARTMENT's security interest may require curtailing Inmate Industry workers. CONTRACTOR agrees to pay said wages to the DEPARTMENT for the account of the inmates employed by CONTRACTOR. In conjunction with Facility Wardens, CONTRACTOR shall have the right to select and reject inmate applicants. CONTRACTOR reserves the right to reject and to request the DEPARTMENT to remove inmate workers who perform unsatisfactorily. Industry inmate workers shall not be subject to the training required of civilian workers. Medical care will be provided by the DEPARTMENT for the entire period for which inmates who are assigned to duty in the food services are incarcerated. Inmates will not be eligible to receive unemployment compensation benefits while incarcerated. Inmates shall not be provided vacation leave, sick pay, holiday pay, health or life insurance, or any benefits of any kind from CONTRACTOR unless required by law.

The DEPARTMENT shall provide up to fifteen (15) inmate industry workers as requested by CONTRACTOR. Vacancies due to the unavailability of inmate industries workers, for 30 calendar days shall, on the 31st day, result in the CONTRACTOR receiving credit for the salary

and benefit value of a civilian position pursuant to the same formula for DEPARTMENT credit for vacant civilian CONTRACTOR positions. If said industry workers are subject to DEPARTMENT re-assignment for non-security reasons, DEPARTMENT will attempt to give CONTRACTOR a minimum of seven (7) calendar days notice to insure continuity in service.

V. TERM OF CONTRACT

1. In consideration for the extension of the contract for an additional ten (10) years beyond the term of the current contract which expires June 30, 2012, CONTRACTOR will provide the DEPARTMENT with a financial commitment of Three Million, Five Hundred Thousand Dollars ($3,500,000.00) payable upon execution of this contract. That financial commitment will be subject to straight amortization over the term of the 10-year contract extension. This amendment shall be effective as of July 1, 2011 and the term shall continue through June 30, 2022.

2. Effective October 1, 2011, CONTRACTOR will reduce the per meal price for food service by Eleven Cents ($0.11) which reduction will apply through June 30, 2022.

3. Funding for the continuation of this program is dependent upon successful compliance with standards established for the program, the availability of funds appropriated to continue the program and the DEPARTMENT's review of the program's performance. Annual increases to the per meal price will be determined based upon the CPI. Annual increases will be adjusted based on the following formula.

   a. If the CPI is equal to or less than 1.5 percent, the increase will reflect the actual CPI;
   b. If the CPI is greater than 1.5 percent and equal to or less than 2.5 percent, the increase will be 2.0%;
   c. If the CPI is greater than 2.5 percent, the increase will reflect the actual CPI.

   The DEPARTMENT may exceed the "not to exceed" amounts set forth in this contract due to increased inmate populations, or an increase in the CPI Index if the resulting price change is excess of the "not to exceed" amounts.

4. This extended contract may be terminated under the following conditions:

   (a) **Termination for Convenience.** DEPARTMENT may terminate performance of work under this contract in whole or in part

whenever, for any reason, DEPARTMENT shall determine that the termination is in the best interest of the State of Kansas. In the event that DEPARTMENT elects to terminate this contract pursuant to this provision, it shall provide the CONTRACTOR written notice at least thirty (30) days prior to the termination date. The termination shall be effective as of the date specified in the notice. CONTRACTOR shall continue to perform any part of the work that may have not been terminated by the notice.

(b) **Termination for Cause.** DEPARTMENT may terminate this contract for cause under any of the following circumstances:

- ✓ CONTRACTOR fails to make delivery of goods or services as specified in this contract;
- ✓ CONTRACTOR fails to perform any of the provisions of this contract, or so fails to make progress as to endanger performance of this contract in accordance with its terms; and/or,
- ✓ CONTRACTOR fails to comply with all applicable safety and health standards and regulations.

DEPARTMENT shall provide CONTRACTOR with written notice of the condition(s) constituting a serious deficiency in performance, as provided in Section VII, Paragraph 6. If the CONTRACTOR fails to remedy the condition(s) within 30 days of the receipt of the notice, the DEPARTMENT may, with sole discretion, assess liquidated damages as provided in Section VII, Paragraph 6, or issue an order to stop work 30 days from the date of receipt of the notice, or both. Receipt of the notice shall be presumed to have occurred within three (3) days of the date of the notice. If CONTRACTOR remedies the condition to DEPARTMENT'S satisfaction before the stop work order is to become effective, the stop work order shall become null and void and the contract shall continue uninterrupted.

(c) **Mutual Agreement**. With the mutual agreement of DEPARTMENT and CONTRACTOR upon receipt and acceptance of not less than thirty (30) days written notice, the Contract may be terminated at an agreed date prior to the end of the Contract period without penalty to either party.

5. In the event this contract is terminated for convenience prior to the end of the amortization period of ten (10) years, the DEPARTMENT will

reimburse CONTRACTOR for the unamortized balance of the initial financial commitment of $3,500,000.00 as of the date of such termination.

6. In the event this contract is terminated for cause prior to the end of the amortization period of ten (10) years, the DEPARTMENT shall not be obligated to reimburse CONTRACTOR any of the initial financial commitment of $3,500,000.00 as of the date of such termination.

7. This contract shall, at the sole discretion of DEPARTMENT, automatically terminate at such time as CONTRACTOR shall become a debtor-in-bankruptcy either by voluntary or involuntary petition, and no notice of such termination shall be required. All payments to CONTRACTOR's trustee in bankruptcy shall be paid pursuant to the provisions of this contract. In the event the contract is terminated under this circumstance, the DEPARTMENT will not be required to repay the unamortized amount of initial financial commitment of $3,500,000.00.

8. In the event this contract is terminated for convenience or for cause, all finished or unfinished documents, data, studies and reports prepared by CONTRACTOR under this contract shall, at the option of the DEPARTMENT, become its property. CONTRACTOR shall retain title to CONTRACTOR's software and manuals.

9. Monies saved as a result of relieving CONTRACTOR to maintain a performance bond shall be applied to and expended by CONTRACTOR to maintain and operate vocational food service programs at the following facilities: Ellsworth Correctional Facility, El Dorado Correctional Facility, Hutchinson Correctional Facility, Lansing Correctional Facility, Norton Correctional Facility, Topeka Correctional Facility, Winfield Correctional Facility, and Wichita Work Release Facility. No additional payments will be made to CONTRACTOR for the operation of the vocational programs.

## VI. BASIS OF PAYMENT

1. Pricing levels for the period January 1, 2011 through June 30, 2022 and for fiscal year (FY) 2012 are set forth in the 1-page document entitled "ARAMARK Correctional Services, LLC., Kansas Department of Corrections, Multi-Year Sliding Scales", which is attached hereto and incorporated herein, marked Appendix B for purposes of identification. The pricing levels set forth therein may be modified on an annual basis as set forth in Section V.3.

2. CONTRACTOR shall bill the state on July 1 of each contract year $300,000 for capital outlay items and similar expenditures described in Paragraph VI (11).

3. At each facility, the DEPARTMENT will provide CONTRACTOR with an inmate count as of midnight of each day. CONTRACTOR will bill the DEPARTMENT, and the DEPARTMENT will pay CONTRACTOR based on such count, at the price per meal set forth on Appendix B. CONTRACTOR shall bill the DEPARTMENT at the end of each month during the term, for services rendered during such month. The maintenance, repair and replacement (including capital outlay item) costs incurred under Section II, Paragraph (3) shall be reconciled each month.

4. The annual costs will be paid by DEPARTMENT to CONTRACTOR on a monthly basis for the contract period but such monthly payments will be subject to adjustment for payment of any liquidated damages, set-off(s), penalty(s) or credit(s) as set forth within the terms and provisions of this contract.

5. DEPARTMENT shall pay CONTRACTOR's invoices on or within 15 days after DEPARTMENT's receipt thereof. Payments pursuant to this contract shall be subject to the Kansas Prompt Payment Act, K.S.A. 75-6401 et seq., and amendments thereto.

6. On July 1, of each fiscal year, CONTRACTOR shall submit to DEPARTMENT, and the DEPARTMENT shall pay, an invoice in the amount of 1/12th of the total allocation set forth in the contract, minus the $300,000 equipment fund and $36,500 for monitor meals (the "Initial Payment"). For each subsequent month, the CONTRACTOR shall bill the DEPARTMENT, by actual inmate census, and credits and deductions relative to the previous month. The CONTRACTOR shall credit such initial payment to the actual inmate census, and credits and deductions experienced in the tenth month (April) of each fiscal year when CONTRACTOR submits CONTRACTOR's invoice in the eleventh month of each fiscal year (May).

7. The payment due CONTRACTOR for the final month of each DEPARTMENT fiscal year shall be split with one half paid according to the schedule provided herein and the other one half retained by DEPARTMENT until all applicable deductions or additions can be calculated. The remaining balance shall then be paid to CONTRACTOR by the 15th day of the following month.

8. DEPARTMENT shall not be liable for and shall not reimburse CONTRACTOR for any expenses incurred by CONTRACTOR except as provided for by the terms and provisions of this contract.

9. If any statute, rule or regulation, or court order is adopted, enacted or entered after the contract date which materially increases the services to

be provided to inmates and the subsequent cost to CONTRACTOR of providing such additional services, CONTRACTOR and DEPARTMENT will negotiate an additional compensation to be paid by DEPARTMENT to CONTRACTOR as a result of such changes.

10. In addition to Paragraph 9, the fiscal arrangements in this CONTRACT are based on and reliance is placed upon the conditions existing on the date CONTRACTOR commences operations regarding the number of facilities in operation on such date, the facilities' inmate and staff populations, the ability of suppliers to deliver inside secured perimeters, the availability of inmate and Industries labor and the cost thereof, and any State assessed tax applied to outsourcing of services not now assessed which may become applicable to this CONTRACT. In the event of a change in such conditions set forth above or the inaccuracy or breach of, or failure to fulfill, any representations made by the DEPARTMENT, the financial terms and other obligations assumed by the CONTRACTOR shall be renegotiated on a mutually agreeable basis to reflect such change, inaccuracy or breach. In addition, the DEPARTMENT will work with the CONTRACTOR to change or replace menu items which may have cost increases which were not foreseen by the parties.

11. The parties agree that the annual amount specified in Article VI, Paragraph 2, i.e., the sum of $300,000.00 per year shall be utilized only for the acquisition and/or reimbursement to CONTRACTOR of the costs to maintain, repair and replace food service equipment and to acquire other capital outlay items deemed necessary by mutual agreement of the parties for the delivery of services pursuant to the terms and provisions of this contract. Capital outlay items are defined as equipment with a purchase price of $300.00 or more and a life expectancy of three years or more. CONTRACTOR shall obtain DEPARTMENT's approval from the Deputy Secretary of Programs, Research and Support Services or designee prior to obtaining any capital outlay items pursuant to this Paragraph. Such approval shall not be unreasonably withheld. All items acquired with these funds shall become the property of DEPARTMENT. At the end of each month during the term, CONTRACTOR shall provide to DEPARTMENT a report summarizing expenditures for maintenance, repairs and replacements, and capital outlay item purchases, and identifying the remaining available funds for the then-current contract year. In the event that all of the above-enumerated monetary allowance is not expended within a contract year, the balance shall be carried over to the next contract year. At the termination of the contract, any remaining balance of the total pursuant to this Paragraph shall be deducted from the final payment to CONTRACTOR. If all of the above-enumerated monetary allowance is expended during a contract year, the DEPARTMENT and CONTRACTOR shall work together to determine a mutually agreed upon plan of action to address maintenance, repair and replacement issues.

VII. MISCELLANEOUS TERMS

1. DEPARTMENT neither assumes nor accepts any liability for the acts or failures to act, professionally or otherwise, of CONTRACTOR, its agents, servants or employees.

2. CONTRACTOR neither assumes nor accepts any liability for the acts or failures to act, professionally or otherwise, of the DEPARTMENT or its agents, servants or employees.

3. CONTRACTOR will indemnify and shall keep, save and hold harmless DEPARTMENT and the State of Kansas from and against loss and any and all claims, demands, causes of actions, damages, costs or liability arising from or out of any allegation of or actual negligence, gross negligence, willful or wanton conduct, or intentional act or omission on the part of CONTRACTOR's employees, or disregard of proper lawful instructions from DEPARTMENT. This provision shall remain in effect after the termination of the contract with respect to any matter arising from CONTRACTOR's activities during the term of the contract. CONTRACTOR further agrees to make its personnel available to assist in the defense of any action arising from or involving CONTRACTOR's activities during the term of the contract, including actions filed after the termination of the contract, without additional cost to DEPARTMENT.

4. At all times during its performance hereunder, CONTRACTOR shall be an independent CONTRACTOR and shall not become or be deemed to become an agent, servant or employee of DEPARTMENT or the State of Kansas.

5. CONTRACTOR shall be responsible for all FICA, Federal and State withholding taxes, for worker's compensation coverage, and for any and all employment benefits due its employees, excluding Industry inmate workers to the extent as previously set forth in this contract.

6. Should DEPARTMENT determine that CONTRACTOR's services as required under this contract are seriously deficient, DEPARTMENT shall notify CONTRACTOR in writing of the serious deficiency. A serious deficiency shall include, but not be limited to:

   a. Staffing levels falling below 90 percent of minimum levels.

   b. Failure to maintain ACA or NCCHC accreditation at any DEPARTMENT correctional facility (if applicable), or

    c.      Any other material breach of this contract by CONTRACTOR that materially adversely affects food services to inmates or staff or the security of any facility.

CONTRACTOR shall have 30 days from the date of the notification to rectify the serious deficiency. If, after the 30 days, CONTRACTOR has not resolved the serious deficiency, CONTRACTOR agrees, notwithstanding any other provision of this contract, to pay DEPARTMENT the sum of $2,000 per calendar day for each day that CONTRACTOR's services are seriously deficient. This amount shall be paid for each separate serious deficiency. It is understood and agreed that said amount is to be paid as liquidated damages, and not as a penalty, in view of the difficulty of affixing actual damages under this contract. The liquidated damages provided for in this Paragraph shall be in addition to any other set-off, credit or penalty to be paid DEPARTMENT by CONTRACTOR pursuant to the terms and provisions of this contract. DEPARTMENT may withhold the amount to be paid by CONTRACTOR pursuant to this Paragraph from subsequent payments due CONTRACTOR pursuant to this contract. CONTRACTOR shall not be liable for liquidated damages when CONTRACTOR's failure to provide acceptable services under the contract arises as a result of any reason beyond its control, including inmate disturbances, acts of God, or any other similar causes beyond the reasonable control of either party or if the serious deficiency is not capable of rectification within 30 days and CONTRACTOR, in good faith, is diligently pursuing rectification, as determined by DEPARTMENT. In any case, however, CONTRACTOR shall be obligated to notify DEPARTMENT in writing immediately upon its determination that it cannot provide said services. Nothing in this Paragraph shall be interpreted to preclude DEPARTMENT from recovering damages from CONTRACTOR under any other provision of this contract or exercising any other remedy at law or equity; nor shall DEPARTMENT be precluded from terminating this contract for breach.

7.    At all times during the term of this contract, CONTRACTOR shall maintain insurance coverage for all services provided pursuant to the terms and provisions of this contract as required by Request for Proposal #31575 Section 4.7,p. 16 and as set forth by CONTRACTOR in its Proposal. CONTRACTOR shall notify DEPARTMENT of any renewal, non-renewal, cancellation or material changes in insurance coverage.

8.    In the event of a strike, slowdown or full or partial work stoppage of any kind by the employees of CONTRACTOR, CONTRACTOR hereby acknowledges its responsibility to continue to perform its obligations under this contract and will indemnify DEPARTMENT for any reasonable losses it may incur in the event of a strike, slowdown, full or partial work stoppage by CONTRACTOR's employees.

9. The waiver of any breach of this contract by either party shall not operate as a waiver by such party of any of its rights or remedies as to any other breach.

10. CONTRACTOR agrees not to seek, whether by suit or other means, payment of any monies due CONTRACTOR under this contract from any individual officers or employees of DEPARTMENT of the State of Kansas. The parties acknowledge that::
    (a) Past, present and future officers of DEPARTMENT and the State of Kansas are entitled to enforce the undertaking set forth herein; and,

    (b) Inmates are not third party beneficiaries of this contract and are not entitled to enforce the undertaking set forth herein.

11. All food service records prepared pursuant to this contract shall be within the possession, custody and control of CONTRACTOR. CONTRACTOR shall not release or deliver any of the food service records generated as a result of its services required hereunder to the general public or local officials unless authorized in writing to do so by DEPARTMENT or by court order or in accordance with applicable law. CONTRACTOR shall not deny to DEPARTMENT access to such records for examination and photocopying. Requests to CONTRACTOR for food service records shall be made b y the Deputy Secretary of Programs, Research and Support Services or designee, the warden of each facility or the warden's designee, or by counsel for DEPARTMENT. At the expiration of the contract, all such records shall become the sole and exclusive property of the DEPARTMENT. At all times during the performance of its functions hereunder, and for a reasonable time after termination of this contract, CONTRACTOR shall have full access to all records relating to its performance hereunder and shall have the right to make and to take copies of any and all such records as it shall deem necessary for the performance of its duties hereunder and for the investigation or defense of any and all actions or incidents related to said performance. Any reports, information, data, etc. given to or prepared or assembled by CONTRACTOR under the terms and provisions of this contract which DEPARTMENT requests to be kept confidential shall not be made available to any individual or organization by CONTRACTOR without the prior written approval of DEPARTMENT or by court order in accordance with applicable law. In the event any record is maintained in an electronic file, CONTRACTOR shall use only software which is compatible with the software utilized by DEPARTMENT or provided by CONTRACTOR to DEPARTMENT for generation and maintenance of such electronic records.

12. If any provisions contained in this contract are held to be unenforceable by a court of law or equity, this contract shall be construed as if such

provision did not exist, and the unenforceability of such provisions shall not be held to render any other provision or provisions of this contract unenforceable.

13. The parties do not enter into this contract for the benefit of any person other than the parties to this contract. The parties do not intend that any person other than the State of Kansas be or become a third party beneficiary to this contract.

14. This contract and the covenants and agreements contained herein shall be binding upon and inure to the benefit of the successors and assigns of the parties hereto and may not be assigned by either party hereto without the prior written consent of the other party. Any attempts to assign this contract in violation of this Paragraph is void and of no effect. CONTRACTOR shall not subcontract with any other entity relative to the provisions and requirements of this contract without prior written approval from DEPARTMENT.

15. Upon the expiration or termination of this contract, should DEPARTMENT award any succeeding contract for food service to a contractor other than CONTRACTOR, CONTRACTOR agrees to cooperate fully and in all respects with DEPARTMENT and the new contractor in accomplishing an efficient and effective transfer of responsibilities.

16. All notice or other communications required or permitted to be given under this contract shall be in writing and shall be deemed to have been duly given if delivered personally by hand or mailed certified mail, return receipt requested, postage prepaid on the date posted and addressed to the appropriate party at the following address or such other address as may be given in writing to the parties:

(a) DEPARTMENT:
Secretary of Corrections
State of Kansas
900 S.W. Jackson, 4th Floor
Topeka, Kansas 66612;

With copy to:
Chief Legal Counsel
Kansas Department of Corrections
900 S.W. Jackson, 4th Floor
Topeka, Kansas 66612.

(b) CONTRACTOR:
Vice President - Finance
ARAMARK Correctional Services, LLC
ARAMARK Tower 1101 Market Street
Philadelphia, PA 19107

With copy to:
Paul D. Church
District Manager, Kansas
2500 Warrenville Road
Downers Grove, IL 60515

17. In addition to inspecting and reviewing CONTRACTOR's services in order to determine their acceptability upon CONTRACTOR's requisition for payment DEPARTMENT shall be empowered to inspect and review

CONTRACTOR's services in progress at such reasonable times as desired by DEPARTMENT.

18. No reports or other documents produced in whole or in part under this contract shall be the subject of an application for copyright by or on behalf of CONTRACTOR, with all rights reserved for DEPARTMENT.

19. CONTRACTOR covenants that it presently has no interest and shall not acquire any interest, direct or indirect, which would conflict in any manner or degree with the performance of its services hereunder.  CONTRACTOR further covenants that in the performance of this contract no person having such interest shall be employed.  CONTRACTOR, its agents and employees agree to comply with K.S.A. 46-215 et seq., and amendments thereto, which govern conflicts of interest of persons who do business with State of Kansas, and will not be violated by this contract or CONTRACTOR's performance hereunder.

20. Neither party to this contract shall prohibit or prevent the Legislative Division of Post Audit from having access pursuant to K.S.A. 46-1101, et seq. to any records, documents or other information – confidential or otherwise – regarding or relating to the execution and/or performance of this contract.

21. This contract represents the sole and exclusive agreement between the parties hereto and this contract shall not be changed, modified or amended except by a written agreement executed by the parties hereto.

22. This contract shall be governed and construed under the laws of the State of Kansas, without regard to its conflicts or choice of laws rules.  Any litigation of this contract between the parties shall be commenced and maintained in Federal District Court sitting in the State of Kansas, or in the Kansas State Court, the parties waiving any objection that venue in any such forum is inconvenient or improper, and the parties further consenting to, and waiving any objection to, jurisdiction (subject matter or personal) of such courts.

23. The provisions found in the Contractual Provisions Attachment (Form DA-146a), which is Appendix D attached hereto and executed by the parties to this contract, are hereby incorporated in this contract and made a part hereof.

24. Except as herein above provided, the Contract is hereby in all other respects ratified and confirmed.

IN WITNESS WHEREOF, the parties have caused this contract to be executed on the day and year first above mentioned.

KDOC

By: ________________ 2-14-11
Ray Roberts
Secretary of Corrections

ARAMARK CORRECTIONAL SERVICES, LLC

By: ________________
David Kimmel
Vice President - Finance

DIVISION OF PURCHASES

By: ________________ 2/22/11
Chris Howe
Director of Purchases

APPENDIX A

ARAMARK MINIMUM STAFFING LEVELS

| Facility | Administration Managers | Food Service Supervisors | Industries Inmates |
|---|---|---|---|
| | | | |
| **District Office** | 2 | 0 | |
| | | | |
| **Ellsworth** | 2 | 6.5 | |
| | | | |
| **El Dorado CF** | 3 | 14 | 1 |
| | | | |
| **Hutchinson CF** | | | |
| Central | 3 | 12 | |
| South | 0 | 3 | |
| East | 1 | 5 | |
| TOTAL HCF | 4 | 20 | 3 |
| | | | |
| **Lansing CF** | | | |
| Maximum | 3 | 12 | |
| Medium | 1 | 5 | |
| Minimum | 1 | 3 | |
| TOTAL LCF | 5 | 20 | 3 |
| | | | |
| **Larned CMHF** | 1 | 2 | |
| | | | |
| **Norton CF** | 2 | 11 | 1 |
| Stockton | 1 | 2 | |
| | | | |
| **Topeka CF** | | | |
| Central | 2 | 9 | |
| I-Max | 0 | 0 | |
| Total TCF | 2 | 9 | 1 |
| | | | |
| **Wichita WRF** | 1 | 2 | |
| | | | |
| **Winfield CF** | 2 | 4.5 | 6 |
| | | | |
| **STATE TOTAL** | 25 | 91 | 15 |

APPENDIX B

ARAMARK Correctional Services, LLC
Kansas Department of Corrections
Multi-Year Sliding Scales

Average Monthly
Inmate Census

| Low | High | 2011 | 2012 (7-1-2011 to 9-30-2011) | 2012 (10-1-2011 to 6-30-2012) | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|
| | | | 2.0% | $0.11 reduction | 2.0% | 2.0% | 2.0% | 2.0% |
| 7,001 | 7,200 | $1.504 | $1.534 | $1.424 | $1.452 | $1.481 | $1.511 | $1.541 |
| 7.201 | 7,500 | 1.487 | 1.517 | $1.407 | $1.435 | $1.464 | $1.493 | $1.523 |
| 7,501 | 8,000 | 1.463 | 1.492 | $1.382 | $1.410 | $1.438 | $1.467 | $1.496 |
| 8,001 | 8,200 | 1.448 | 1.477 | $1.367 | $1.394 | $1.422 | $1.451 | $1.480 |
| 8,201 | 8,300 | 1.442 | 1.471 | $1.361 | $1.388 | $1.416 | $1.444 | $1.473 |
| 8,301 | 8,400 | 1.435 | 1.464 | $1.354 | $1.381 | $1.409 | $1.437 | $1.466 |
| 8,401 | & above | 1.428 | 1.457 | $1.347 | $1.374 | $1.401 | $1.429 | $1.458 |
| Larned – rate/day | | $506.51 | $521.70 | $521.70 | $532.13 | $542.77 | $553.63 | $564.70 |

| Low | High | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|
| | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| 7,001 | 7,200 | $1.572 | $1.603 | $1.635 | $1.668 | $1.701 | $1.735 |
| 7.201 | 7,500 | $1.553 | $1.584 | $1.616 | $1.648 | $1.681 | $1.715 |
| 7,501 | 8,000 | $1.526 | $1.557 | $1.588 | $1.620 | $1.652 | $1.685 |
| 8,001 | 8,200 | $1.510 | $1.540 | $1.571 | $1.602 | $1.634 | $1.667 |
| 8,201 | 8,300 | $1.502 | $1.532 | $1.563 | $1.594 | $1.626 | $1.659 |
| 8,301 | 8,400 | $1.495 | $1.525 | $1.555 | $1.586 | $1.618 | $1.650 |
| 8,401 | & above | $1.487 | $1.517 | $1.547 | $1.578 | $1.610 | $1.642 |
| Larned – rate/day | | $576.00 | $587.52 | $599.27 | $611.26 | $623.49 | $635.96 |

APPENDIX C

# Kansas DOC

Medical & Religious Diet Combination Matrix
Proposed 7/08
Revised 1/9/10, 1/21/10, 1/27/10, 3/29/10

ARAMARK

(c) 2004 ARAMARK Correctional Services, LLC (ARAMARK). All rights reserved. Confidential and proprietary to ARAMARK. Unauthorized use or copying will subject user or copier to civil and/or criminal penalties and enforcement.

| | CRD + 1500 cal Diabetic Diet | CRD + 1800 cal Diabetic Diet | CRD + 2300 cal Diabetic Diet | CRD + 2800 cal Diabetic Diet | CRD + Cardiac Diet | CRD + Pregnancy Diet | CRD + Hi Calorie / Hi Protein Diet | CRD + Clear Liquid Diet |
|---|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | | | |
| Fresh Fruit | same as std CRD | same as std CRD | same as std CRD | same as std CRD | same as CRD + 2300 Diabetic Diet | same as FEMALE CRD menu, except beverage | same as MALE CRD menu, except beverage | 16 oz Fat Free Beef Broth -OR- Chicken Broth |
| LF Hot Cereal | | | | | | | | |
| Unsweetened Dry Cereal | 1 c toasted oats | 1 c toasted oats | 1 1/2 c | 1 1/2 c | | | | |
| Muffin or Coffeecake | | | | | | | | |
| Wheat Rolls | 2 oz | 2 oz | 3 oz | 3 oz | | | | 8 oz Apple Juice (50%) |
| Jelly | | | | | | | | |
| Sugar | | | | | | | | 2 @ Sugar Pkt |
| Coffee | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | | 8 oz Coffee |
| Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk | 16 oz LF Milk | | 16 oz LF Milk | 16 oz LF Milk | |
| **LUNCH** | | | | | | | | |
| Fresh Fruit | same as std CRD | same as std CRD | same as std CRD | same as std CRD | same as CRD + 2300 Diabetic Diet | same as FEMALE CRD menu, except beverage<br>note restrictions below | same as MALE CRD menu | 16 oz Fat Free Beef Broth -OR- Chicken Broth |
| Meat / Meat Equivalent | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 3 oz Peanut Butter - all else same as std CRD | 3 oz Peanut Butter - all else same as std CRD | | | | |
| All Vegetables (hot/cold) | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | | |
| Wheat Rolls -OR- Tortillas | 2 oz -OR- 2 @ | 2 oz -OR- 2 @ | 4 oz -OR- 4 @ | 4 oz -OR- 4 @ | | | | 8 oz Apple Juice (50%) |
| Mustard or Mayo (only if on menu) | 1 @ mustard | 1 @ mustard | same as std CRD | same as std CRD | | | | |
| Jelly | | | | | | | | 2 @ Sugar Pkt |
| Unsweetened Tea | 8 oz | 8 oz | 8 oz | 8 oz | | 8 oz Fruit Drink w/ C | | 8 oz Coffee |
| **DINNER** | | | | | | | | |
| Fresh Fruit | | | | | same as CRD + 2300 Diabetic Diet | same as FEMALE CRD menu, except beverage<br>note restrictions below | same as MALE CRD menu | 16 oz Fat Free Beef Broth -OR- Chicken Broth |
| Meat / Meat Equivalent | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 2 oz Peanut Butter, Tuna, & Eggs - all else same as std CRD | 3 oz Peanut Butter - all else same as std CRD | 3 oz Peanut Butter - all else same as std CRD | | | | |
| All Vegetables (hot/cold) | same as std CRD | same as std CRD | same as std CRD | same as std CRD | | | | |
| Wheat Rolls -OR- Tortillas | 1 oz -OR- 1 @ | 1 oz -OR- 1 @ | 4 oz -OR- 4 @ | 4 oz -OR- 4 @ | | | | 8 oz Apple Juice (50%) |
| Mustard or Mayo (only if on menu) | 1 @ mustard | 1 @ mustard | same as std CRD | same as std CRD | | | | |
| Jelly | | | | | | | | 2 @ Sugar Pkt |
| Sugar | | | | | | | | |
| Unsweetened Tea | 8 oz | 8 oz | 8 oz | 8 oz | | 8 oz Fruit Drink w/ C | | 8 oz Coffee |
| Coffee | 8 oz | 8 oz | 8 oz | 8 oz | | | | |
| **SNACK** | | | | | | | | |
| Meat / Meat Equivalent | | 1 oz Peanut Butter | | 2 oz Peanut Butter | | 16 oz LF Milk | 16 oz LF Milk | |
| Wheat Rolls | | 2 oz | | 4 oz | | 1 @ Citrus Fruit | 1 @ Fresh Fruit | |

CRD + Pregnancy: ALL cold cuts MUST be served hot. Fish is limited to once per week. Replace 3 oz Tuna with 3 oz Scrambled Eggs, 4 oz Peanut Butter, 4 oz Kosher Turkey Cold Cuts (SERVED HOT), or 4 oz Kosher Chicken.

All entree portions purchased fully cooked, within manufacturer tolerance specifications, are weight measurements prior to reheating. Weights on rolls made from mix or scratch are prior to baking. Side dishes are volume measurements. All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat).

NUTRITION STATEMENT: *This menu meets the nutritional guidelines of the American Correctional Association which are based upon the current DRI's for males and females 19 to 50 years and juveniles 9 to 18 years as established by the Food and Nutrition Board of the Institute of Medicine, National Academy of Sciences. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.*

ARAMARK Dietitian's Signature: [signature] Client Approval:

Reviewed 3/10

State of Kansas
Department of Administration
DA-146a (Rev. 1-01)

APPENDIX D

# CONTRACTUAL PROVISIONS ATTACHMENT

Important: This form contains mandatory contract provisions and must be attached to or incorporated in all copies of any contractual agreement. If it is attached to the vendor/contractor's standard contract form, then that form must be altered to contain the following provision:

"The Provisions found in Contractual Provisions Attachment (Form DA-146a, Rev. 1-01), which is attached hereto, are hereby incorporated in this contract and made a part thereof."

The parties agree that the following provisions are hereby incorporated into the contract to which it is attached and made a part thereof, said contract being the _____ day of ___________________, 20_____.

1. Terms Herein Controlling Provisions: It is expressly agreed that the terms of each and every provision in this attachment shall prevail and control over the terms of any other conflicting provision in any other document relating to and a part of the contract in which this attachment is incorporated.

2. Agreement With Kansas Law: All contractual agreements shall be subject to, governed by, and construed according to the laws of the State of Kansas.

3. Termination Due To Lack Of Funding Appropriation: If, in the judgment of the Director of Accounts and Reports, Department of Administration, sufficient funds are not appropriated to continue the function performed in this agreement and for the payment of the charges hereunder, State may terminate this agreement at the end of its current fiscal year. State agrees to give written notice of termination to contractor at least 30 days prior to the end of its current fiscal year, and shall give such notice for a greater period prior to the end of such fiscal year as may be provided in this contract, except that such notice shall not be required prior to 90 days before the end of such fiscal year. Contractor shall have the right, at the end of such fiscal year, to take possession of any equipment provided State under the contract. State will pay to the contractor all regular contractual payments incurred through the end of such fiscal year, plus contractual charges incidental to the return of any such equipment. Upon termination of the agreement by State, title to any such equipment shall revert to contractor at the end of State's current fiscal year. The termination of the contract pursuant to this paragraph shall not cause any penalty to be charged to the agency or the contractor.

4. Disclaimer Of Liability: Neither the State of Kansas nor any agency thereof shall hold harmless or indemnify any contractor beyond that liability incurred under the Kansas Tort Claims Act (K.S.A. 75-6101 et seq.).

5. Anti-Discrimination Clause: The contractor agrees: (a) to comply with the Kansas Act Against Discrimination (K.S.A. 44-1001 et seq.) and the Kansas Age Discrimination in Employment Act (K.S.A. 44-1111 et seq.) and the applicable provisions of the Americans With Disabilities Act (42 U.S.C. 12101 et seq.) (ADA) and to not discriminate against any person because of race, religion, color, sex, disability, national origin or ancestry, or age in the admission or access to, or treatment or employment in, its programs or activities; (b) to include in all solicitations or advertisements for employees, the phrase "equal opportunity employer"; (c) to comply with the reporting requirements set out at K.S.A. 44-1031 and K.S.A. 44-1116; (d) to include those provisions in every subcontract or purchase order so that they are binding upon such subcontractor or vendor; (e) that a failure to comply with the reporting requirements of (c) above or if the contractor is found guilty of any violation of such acts by the Kansas Human Rights Commission, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration; (f) if it is determined that the contractor has violated applicable provisions of ADA, such violation shall constitute a breach of contract and the contract may be cancelled, terminated or suspended, in whole or in part, by the contracting state agency or the Kansas Department of Administration.

   Parties to this contract understand that the provisions of this paragraph number 5 (with the exception of those provisions relating to the ADA) are not applicable to a contractor who employs fewer than four employees during the term of such contract or whose contracts with the contracting state agency cumulatively total $5,000 or less during the fiscal year of such agency.

6. Acceptance Of Contract: This contract shall not be considered accepted, approved or otherwise effective until the statutorily required approvals and certifications have been given.

7. Arbitration, Damages, Warranties: Notwithstanding any language to the contrary, no interpretation shall be allowed to find the State or any agency thereof has agreed to binding arbitration, or the payment of damages or penalties upon the occurrence of a contingency. Further, the State of Kansas shall not agree to pay attorney fees and late payment charges beyond those available under the Kansas Prompt Payment Act (K.S.A. 75-6403), and no provision will be given effect which attempts to exclude, modify, disclaim or otherwise attempt to limit implied warranties of merchantability and fitness for a particular purpose.

8. Representative's Authority To Contract: By signing this contract, the representative of the contractor thereby represents that such person is duly authorized by the contractor to execute this contract on behalf of the contractor and that the contractor agrees to be bound by the provisions thereof.

9. Responsibility For Taxes: The State of Kansas shall not be responsible for, nor indemnify a contractor for, any federal, state or local taxes which may be imposed or levied upon the subject matter of this contract.

10. Insurance: The State of Kansas shall not be required to purchase, any insurance against loss or damage to any personal property to which this contract relates, nor shall this contract require the State to establish a "self-insurance" fund to protect against any such loss or damage. Subject to the provisions of the Kansas Tort Claims Act (K.S.A. 75-6101 et seq.), the vendor or lessor shall bear the risk of any loss or damage to any personal property in which vendor or lessor holds title.

11. Information: **No provision of this contract shall be construed as limiting the Legislative Division of Post Audit from having access to information pursuant to K.S.A. 46-1101 et seq.**

12. The Eleventh Amendment: "The Eleventh Amendment is an inherent and incumbent protection with the State of Kansas and need not be reserved, but prudence requires the State to reiterate that nothing related to this contract shall be deemed a waiver of the Eleventh Amendment."

Proposed 11/11
Implemented 1/12
Revised: 10/12, 10/15, 10/16, 4/18

# KANSAS DEPARTMENT OF CORRECTIONS

## RELIGIOUS MEALS MALE MENU

Weekly average 2900 calories per day

**Week: 1**

### Meal Name: Breakfast

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup |
| Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Corn Flakes 2 cup | Kosher Sweetened Corn Grits 2 cup |
| Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw |
| Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice |
| Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each |
| Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet |
| Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each |
| Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet |

### Meal Name: Lunch

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Chunky Beef Stew* -D 3/4 cup | Kosher Sloppy Joe* 3/4 cup | Kosher Turkey A La King* -D 3/4 cup | Kosher Taco Meat* 3/4 cup | Kosher Turkey Tetrazzini* -D 3/4 cup | Kosher Peanut Butter 3 ozw | Kosher Turkey A La King* -D 3/4 cup |
| Kosher Rice 1 1/2 cup | Kosher Bread 2 slice | Kosher Rice 1 1/2 cup | Kosher Pinto Beans 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Jelly, pc 2 packet | Kosher Rice 1 1/2 cup |
| Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Pinto Beans 1 1/2 cup | Kosher Garden Salad 1 cup | Kosher Rice 1 cup | Kosher Garden Salad 1 cup | Kosher Bread 2 slice | Kosher Garden Salad 1 cup |
| Kosher Bread 2 slice | Kosher Garden Salad 1 cup | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Shredded Lettuce 1/2 cup | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Macaroni Salad 1 1/2 cup | Kosher Scratch Italian Salad Dressing 1 fl oz |
| Kosher Margarine, pc 2 each | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Bread 2 slice | Kosher Flour Tortilla (6") 2 each | Kosher Bread 2 slice | Kosher Garden Salad 1 cup | Kosher Bread 2 slice |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Margarine, pc 2 each |
| | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |

### Meal Name: Dinner

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Italian Meat Sauce* 3/4 cup | Kosher Sweet & Sour Chicken* 3/4 cup | Kosher Italian Chicken* 3/4 cup | Kosher Creamy Chicken Dinner* -D 3/4 cup | Kosher Beef Stroganoff* 3/4 cup | Kosher Rinsed Tuna 2 ozw | Kosher Pulled BBQ Chicken* 3/4 cup |
| Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Bread 2 slice | Kosher Mayo Dressing 2 packet | Kosher Rotini 1 1/2 cup |
| Kosher Green Beans 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Pinto Beans 1 1/2 cup | Kosher Bread 2 slice | Kosher Carrots 1/2 cup |
| Kosher Garden Salad 1/2 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Marinated Rice Salad 1 1/2 cup | Kosher Bread 2 slice |
| Kosher Scratch Italian Salad Dressing 1/2 fl oz | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Margarine, pc 2 each |
| Kosher Bread 2 slice | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| Kosher Margarine, pc 2 each | | | | | | |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | | | | |

This menu contains only food items that are kosher and halal. Side dishes are volume measurements. All entrees made with Texturized Vegetable Protein (TVP) are noted with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). All eggs are pre-cooked hard boiled eggs. No pork is used. Menu items containing a dairy source are denoted as "-D"

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking, cutting and serving must be dedicated for kosher food use ONLY and stored in a special area. No meal is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware. Substitutions must be approved by a regional Aramark Dietitian to ensure Kosher certification.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

Reviewed 4/18 Aramark Dietitian's Signature: [signature] Croegaert, RD, LDN #851228

Aramark Religious Authority's Signature of Approval: [signature]
*This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such, cannot confirm that each meal being served is Kosher.*

**FLM QUARTERLY MENU REVIEW (initial/date) Q1__________ Q2__________ Q3__________ Q4__________**

In accordance with ACA Standard (ref. 4-ALDF-4A-07) (MANDATORY) Menu evaluations are conducted at least quarterly by food service supervisory staff to verify adherence to the established daily servings.



Proposed 11/11
Implemented 1/12
Revised: 10/12, 10/15, 10/16, 4/18

# KANSAS DEPARTMENT OF CORRECTIONS

## RELIGIOUS MEALS MALE MENU

Weekly average 2900 calories per day

**Week: 2**

### Meal Name: Breakfast

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup |
| Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Corn Flakes 2 cup | Kosher Sweetened Corn Grits 2 cup |
| Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each |
| Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice |
| Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each |
| Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet |
| Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each |
| Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet |

### Meal Name: Lunch

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Creamy Chicken Dinner* -D 3/4 cup | Kosher Sweet & Sour Chicken* 3/4 cup | Kosher Italian Meat Sauce* 3/4 cup | Kosher Sloppy Joe* 3/4 cup | Kosher Turkey Tetrazzini* -D 3/4 cup | Kosher Peanut Butter 3 ozw | Kosher Taco Meal* 3/4 cup |
| Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Jelly, pc 2 packet | Kosher Pinto Beans 1 1/2 cup |
| Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Garden Salad 1 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Garden Salad 1 cup | Kosher Bread 2 slice | Kosher Rice 1 cup |
| Kosher Bread 2 slice | Kosher Scratch Italian Salad Dressing 1 floz | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Scratch Italian Salad Dressing 1 floz | Kosher Macaroni Salad 1 1/2 cup | Kosher Shredded Lettuce 1/2 cup |
| Kosher Margarine, pc 2 each | Kosher Bread 2 slice | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Bread 2 slice | Kosher Garden Salad 1 cup | Kosher Flour Tortilla (8") 2 each |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Scratch Italian Salad Dressing 1 floz | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | |

### Meal Name: Dinner

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Italian Chicken* 3/4 cup | Kosher Beef Stroganoff* 3/4 cup | Kosher Chunky Beef Stew* -D 3/4 cup | Kosher Beef Stroganoff* 3/4 cup | Kosher Pulled BBQ Chicken* 3/4 cup | Kosher Rinsed Tuna 2 ozw | Kosher Creamy Chicken Dinner* -D 3/4 cup |
| Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Mayo Dressing 2 packet | Kosher Rotini 1 1/2 cup |
| Kosher Green Beans 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Carrots 1/2 cup | Kosher Bread 2 slice | Kosher Mixed Vegetables 1/2 cup |
| Kosher Garden Salad 1/2 cup | Kosher Bread 2 slice | Kosher Garden Salad 1/2 cup | Kosher Garden Salad 1/2 cup | Kosher Bread 2 slice | Kosher Marinated Rice Salad 1 1/2 cup | Kosher Bread 2 slice |
| Kosher Scratch Italian Salad Dressing 1/2 floz | Kosher Margarine, pc 2 each | Kosher Scratch Italian Salad Dressing 1/2 floz | Kosher Scratch Italian Salad Dressing 1/2 floz | Kosher Margarine, pc 2 each | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Margarine, pc 2 each |
| Kosher Bread 2 slice | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| Kosher Margarine, pc 2 each | | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | | | |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | |

This menu contains only food items that are kosher and halal. Side dishes are volume measurements. All entrees made with Textured Vegetable Protein (TVP) are noted with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). All egg are pre cooked hard boiled eggs. No pork is used. Menu items containing a dairy source are denoted as "-D"

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking, cutting and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware. Substitutions must be approved by a regional Aramark Dietitian to ensure Kosher certification.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

Reviewed 4/18 Aramark Dietitian's Signature: [signature] Croegaert, RD, LDN #851228

Aramark Religious Authority's Signature of Approval: [signature]
*This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such, cannot confirm that each meal being served is Kosher.*



Proposed 11/11
Implemented 1/12
Revised: 10/12, 10/15, 10/16, 4/18

# KANSAS DEPARTMENT OF CORRECTIONS

## RELIGIOUS MEALS MALE MENU

Weekly average 2900 calories per day

**Week: 4**

### Meal Name: Breakfast

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup |
| Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Corn Flakes 2 cup | Kosher Sweetened Corn Grits 2 cup |
| Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each |
| Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice |
| Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each |
| Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet |
| Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each |
| Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet |

### Meal Name: Lunch

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Creamy Chicken Dinner* -D 3/4 cup | Kosher Sweet & Sour Chicken* 3/4 cup | Kosher Italian Meat Sauce* 3/4 cup | Kosher Creamy Chicken Dinner* -D 3/4 cup | Kosher Turkey Tetrazzini* -D 3/4 cup | Kosher Peanut Butter 3 ozw | Kosher Taco Meat* 3/4 cup |
| Kosher Rice 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Jelly, pc 2 packet | Kosher Pinto Beans 1 1/2 cup |
| Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Garden Salad 1 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Garden Salad 1 cup | Kosher Garden Salad 1 cup | Kosher Bread 2 slice | Kosher Rice 1 cup |
| Kosher Bread 2 slice | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Bread 2 slice | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Macaroni Salad 1 1/2 cup | Kosher Shredded Lettuce 1/2 cup |
| Kosher Margarine, pc 2 each | Kosher Bread 2 slice | Kosher Margarine, pc 2 each | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Flour Tortilla (6") 2 each |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | |

### Meal Name: Dinner

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Beef Stroganoff* 3/4 cup | Kosher Turkey A La King* -D 3/4 cup | Kosher Chunky Beef Stew* -D 3/4 cup | Kosher Sloppy Joe* 3/4 cup | Kosher Italian Chicken* 3/4 cup | Kosher Rinsed Tuna 2 ozw | Kosher Pulled BBQ Chicken* 3/4 cup |
| Kosher Rotini 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Mayo Dressing 2 packet | Kosher Rotini 1 1/2 cup |
| Kosher Green Beans 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Green Beans 1/2 cup | Kosher Bread 2 slice | Kosher Carrots 1/2 cup |
| Kosher Garden Salad 1/2 cup | Kosher Bread 2 slice | Kosher Garden Salad 1/2 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Marinated Rice Salad 1 1/2 cup | Kosher Bread 2 slice |
| Kosher Scratch Italian Salad Dressing 1/2 fl oz | Kosher Margarine, pc 2 each | Kosher Scratch Italian Salad Dressing 1/2 fl oz | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Garden Salad 1/2 cup | Kosher Margarine, pc 2 each |
| Kosher Bread 2 slice | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Bread 2 slice | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| Kosher Margarine, pc 2 each | | Kosher Margarine, pc 2 each | | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | | |

This menu contains only food items that are kosher and halal. Side dishes are volume measurements. All entrees made with Textured Vegetable Protein (TVP) are noted with an asterisk (*). All starches, vegetables, and cooked cereal are prepared with margarine unless indicated as LF (Low Fat). All eggs are pre-cooked hard boiled eggs. No pork is used. Menu items containing a dairy source are denoted as "-D"

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking, cutting and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware. Substitutions must be approved by a regional Aramark Dietitian to ensure Kosher certification.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

Reviewed 4/18 Aramark Dietitian's Signature: [signature] Croegaert, RD, LDN #851228

Aramark Religious Authority's Signature of Approval: [signature]

*This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such, cannot confirm that each meal being served is Kosher.*



Proposed 11/11
Implemented 1/12
Revised 10/12, 10/15 10/15, 4/15

# KANSAS DEPARTMENT OF CORRECTIONS

## RELIGIOUS MEALS MALE MENU

Weekly average 2900 calories per day

**Week: 5**

### Meal Name: Breakfast

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup | Kosher Fruit Juice (50%) 1 cup |
| Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Sweetened Corn Grits 2 cup | Kosher Sweetened Whole Grain Oatmeal 2 cup | Kosher Corn Flakes 2 cup | Kosher Sweetened Corn Grits 2 cup |
| Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each | Kosher Peanut Butter 2 ozw | Kosher Hard Cooked Egg 1 each |
| Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice | Kosher Bread 3 slice |
| Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each |
| Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet | Kosher Jelly, pc 2 packet |
| Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each | Kosher 1% Milk (Half Pint) -D 1 each |
| Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet | Kosher Sugar Sub 2 packet |

### Meal Name: Lunch

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Chunky Beef Stew* -D 3/4 cup | Kosher Sloppy Joe* 3/4 cup | Kosher Turkey A La King* -D 3/4 cup | Kosher Taco Meat* 3/4 cup | Kosher Turkey Tetrazzini* -D 3/4 cup | Kosher Rinsed Tuna 2 ozw | Kosher Italian Chicken* 3/4 cup |
| Kosher Rice 1 1/2 cup | Kosher Bread 2 slice | Kosher Rice 1 1/2 cup | Kosher Pinto Beans 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Mayo Dressing 2 packet | Kosher Rice 1 1/2 cup |
| Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Pinto Beans 1 1/2 cup | Kosher Garden Salad 1 cup | Kosher Rice 1 cup | Kosher Garden Salad 1 cup | Kosher Bread 2 slice | Kosher Bread 2 slice |
| Kosher Bread 2 slice | Kosher Garden Salad 1 cup | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Shredded Lettuce 1/2 cup | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Marinated Rice Salad 1 1/2 cup | Kosher Garden Salad 1 cup |
| Kosher Margarine, pc 2 each | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Bread 2 slice | Kosher Flour Tortilla 10" 2 each | Kosher Bread 2 slice | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Scratch Italian Salad Dressing 1 fl oz |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Margarine, pc 2 each | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | |

### Meal Name: Dinner

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| Kosher Italian Chicken* 3/4 cup | Kosher Creamy Chicken Dinner* -D 3/4 cup | Kosher Italian Meat Sauce* 3/4 cup | Kosher Beef Stroganoff* 3/4 cup | Kosher Sweet & Sour Chicken* 3/4 cup | Kosher Peanut Butter 3 ozw | Kosher Pulled BBQ Chicken* 3/4 cup |
| Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rotini 1 1/2 cup | Kosher Rice 1 1/2 cup | Kosher Jelly, pc 2 packet | Kosher Rotini 1 1/2 cup |
| Kosher Green Beans 1/2 cup | Kosher Coleslaw Vinaigrette 1/2 cup | Kosher Carrots 1/2 cup | Kosher Green Beans 1/2 cup | Kosher Mixed Vegetables 1/2 cup | Kosher Bread 2 slice | Kosher Carrots 1/2 cup |
| Kosher Garden Salad 1/2 cup | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Bread 2 slice | Kosher Macaroni Salad 1 1/2 cup | Kosher Bread 2 slice |
| Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Margarine, pc 2 each | Kosher Garden Salad 1/2 cup | Kosher Margarine, pc 2 each |
| Kosher Bread 2 slice | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | Kosher Scratch Italian Salad Dressing 1 fl oz | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup |
| Kosher Margarine, pc 2 each | | | | | Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | |
| Kosher Fruit Drink w/ Vitamins B12, C, D, E & Calcium 1 cup | | | | | | |

This menu contains only food items that are kosher and halal. Side dishes are volume measurements. All entrees made with Textured Vegetable Protein (TVP) are noted with an asterisk (*). All starches, vegetables, and cooked cereals are prepared with margarine unless indicated as LF (Low Fat). All eggs are pre-cooked hard boiled eggs. No pork is used. Menu items containing a dairy source are denoted as "-D"

General Guidelines: Follow all kosher preparation instructions in recipes for Entrees, Starches and Salads. Utensils used for scooping, cooking, cutting and serving must be dedicated for kosher food use ONLY and stored in a special area. No meat is served. Serve meal on disposable or designated kosher trays with disposable or kosher only tableware. Substitutions must be approved by a regional Aramark Dietitian to ensure Kosher certification.

NUTRITION STATEMENT: This menu meets the nutritional guidelines of the American Correctional Association. Adequate levels of protein, vitamin A, vitamin C, calcium, and iron are included.

Reviewed 4/18 Aramark Dietitian's Signature: [signature] Croegaert, RD, LDN #851228

Aramark Religious Authority's Signature of Approval: [signature]

*This menu, its meal components and preparation processes follow Jewish dietary laws. It is understood that I am not overseeing the preparation of these meals and as such, cannot confirm that each meal being served is Kosher.*