IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DERON MCCOY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-3027-CM-KGG |
| | ) |
| ARAMARK CORRECTIONAL | ) |
| SERVICES, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant Patricia Berry's Motion for Leave to File Conventionally Exhibits to Defendant Berry's Motion for Summary Judgment (Doc. 131). As stated in the Motion, Defendant Berry seeks leave to file Exhibits on a disk/CD due to the size and ease of access to Exhibit 2 to the Declaration of Patricia Berry and Exhibit 1 to the Declaration of Rabbi Ben Friedman and the photographs of Lansing Correctional Facility and El Dorado Correctional Facility included in Exhibits 4-1 through 4-31 to the Declaration of Pat Berry and Exhibits 1-73 to the Affidavit of Evan Hitchcock, referenced in Defendant Berry's Motion for Summary Judgment and Memorandum (Docs. 132-33). Counsel for Defendant Berry acknowledge that a paper copy of the Exhibits will be provided to the Plaintiff. For good cause shown.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Defendant Berry's Motion for Leave to File Conventionally Exhibits to Defendant Berry's Summary Judgment Motion (Doc. 131) is **granted.** Exhibits 2 to the Declaration of Pat Berry and Exhibit 1 to Rabbi Ben

2

Friedman's Declaration, Exhibits 4-1 through 4-31 to the Declaration of Pat Berry and Exhibits 1-73 to the Affidavit of Evan Hitchcock shall be filed conventionally on a CD.

**IT IS SO ORDERED**.

Dated at Kansas City, Kansas, this 26th day of November, 2018.

/s/ Carlos Murguia
HON. CARLOS MURGUIA
United States District Judge