Deron McCoy Jr #76899
P.O Box 311
Eldorado, KS 67042

United States District Court For
The District of Kansas

Deron McCoy Jr.,
    Plaintiff,

v.

Aramark Correctional Services, et al.,
    Defendants.

Case No. 16-3027-CM-KGG

## Plaintiff's Motion For Summary Judgement and Motion in response to defendant Allens Motion for Summary Judgement

Comes now the plaintiff Deron McCoy Jr in a pro se motion pursuant to Fed R. Civ. P Rule 56.a and request this court grant his motion for summary judgement against defendant Allen and deny defendant Allens motion. As plaintiffs allegations have been proven.

Respectfully submitted,
Deron McCoy Jr
Deron McCoy Jr #76899
P.O Box 311
Eldorado, KS 67042

### Certificate of Service

I Deron McCoy Jr hereby certify that on this 6th day of December, 2018 I submitted the foregoing motion to E.D.C.F staff for e-filing of the same

s/ Deron McCoy Jr

(1)