Exhibit "E"
Affidavit of inmate
Daniel Wahquahbashkuk #87097
previously held Job of (CRDI)
Cook at H.C.F.

## Affidavit

State of Kansas     )
                    )
County of Reno      )

I DANIEL WAHQUAHBOSHKUK, #0087097 being of lawful age and being duly sworn upon oath, state the following:

1. I am currently incarcerated at Hutchinson Correctional Facility. (H.C.F)

2. I have previously held the posistion of Common fare (CRD) Cook at (H.C.F) from 01-15-2017 to 04-15-2017.

3. I was responsible for serving lunch and preparing and serving Dinner. 10 to 6 shift.

4. The following is how the Common fare (CRD) is prepared at (H.C.F).

5. When I would arrive at work the inmate who worked in the storgae room would already have the food components to be used for the preparation of Dinner already sitting in the (CRD) room.

6. Depending on the (CRD) menu I would be supplied with flavored soy meat (Chicken, turkey, or Beef)

(1)

in its own factory sealed package.

7. The factory sealed package bares no Kosher symbols or marking.

8. In a seperate factory sealed package with no Kosher symbols or markings would be the flavorings for the soy meat (Beef strogenoff, Ithian chicken, creamy chicken, etc... in accordance with (CRD) menu).

9. In a large plastic bag would be the first side item either noodles or rice these items are portioned out from a larger bag kept in dry storage and are ~~presented~~ Packaged / portioned out by a inmate working in dry storage.

10. The same procedure is used for the side items mixed vegetables and carrots. with a inmate in storage/prep packaging the side items in a large plastic sack from a larger box in the freezer.

11. The ~~Garden~~ salad is the same salad used for regular meals and has no Kosher symbols or markings on its clear plastic factory sealed package

12. The bread is sliced white bread in a clear plastic bag and niether the loaf or cardboard box that the sliced white bread comes in has any Kosher symbols or markings.

(2)

13. The flour tortillas also come in clear factory sealed packages and have no kosher symbols or markings on them.

14. I have not personally witnessed any kosher symbols or markings on any of the food items beside the margarine, jelly and sweetner and the peanut butter used for common fare sack lunches.

15. After I check the food items to be used for (CRD) Dinner to make sure all items match up with the menu. I would then proceed to the serving line to serve (CRD) lunch to general population.

16. The lunch items would already be prepared by the 2-10 A.M. (CRD) cook and would be in metal serving pans ready to be served.

17. I would take one serving pan each of the meal components to be served for lunch (CRD) from the hot storage and/or cold storage and take them to the serving line to be served to general population.

18. The (CRD) is served from the same areas and serving window as all other meals.

(3)

and whisk them together while cooking until cooking time was complete.

25. The same proceedure was used for Noodles, rice and/or vegtables.

26. Once the meal components were done cooking I would then laddle the completed meal items out of the steam kettle and into individual metal serving pans and then place the serving pans into the large food warmer to await service.

27. If salad was to be served I would pour the salad out of its package into a metal serving pan and then pour Italian dressing over the salad and toss it until salad greens were evenly coated. I would then cover pans and place them in cold storage to await service.

28. After all (CRDI) meal components were completed I then would begin to prepare the trays to be served to the inmates in restrictive housing (segregation).

29. I would place the required amount of food in accordance with the (CRDI) menu onto each section of the gray trays and then stack the trays on top of one another.

(5)

30. The same gray trays used for (CRD) are also used for veg meals at HCF.

31. The completed trays are then placed on a metal cart along with the other trays (Reg & veg) for inmates in restrictive housing.

32. After I completed restrictive housings trays for (CRD) and after count cleared I would then proceed back to the serving line to serve (CRD) Dinner to general population.

33. The same procedure for service of lunch (CRD) is the same procedure for service of Dinner (CRD) for general population. even the procedure for any (CRD) leftovers.

34. The utensils, serving pans and pots are washed in the same area as the utensils, serving pans and pots, as they all are used for prep and service for all meals

35. The gray trays are washed in the same dish washer as all the other trays used for service of every meal.

36. The foregoing description of preparation and service of (CRD) is how I was trained by Aramark to prepare and serve the (CRD) at

(6)

(H.C.F) and is also how I have seen the other (CRD) cooks be trained to prepare and serve the (CRD) meal and its meal components.

Further affiant saith not.

*Daniel W.* 7-12-17
Signature

Subscribed and sworn to before me on this 12TH day of ~~June~~ July 2017

JORDAN C. BELL
Notary Public - State of Kansas
My Appt. Expires 5/23/2021

Notary public

(7)