IN the United states District Court
For the District of Kansas

Derlan McCoy III,
    Plaintiff.

      v.

Aramark correctional services, et al
    Defendants

)
)
)
)
)   Case No. 16-3027-DA-KGG
)
)
)
)

Plaintiffs Exhibit I
Plaintiffs request for Kosher real
Kosher real instead being placed
on LCRD)

# CERTIFIED RELIGIOUS DIET & VEGETARIAN DIET REQUEST FORM

TO: McCoy #76894 A2-115

CELL:

FROM: HCF Pastoral Care Dept.

DATE:

```
┌─────────────────────────────────────────────────────┐
│           Chaplain's Office Use ONLY                  │
│  ☑ Approved                                           │
│  ☐ Denied - Not a significant Religious reason        │
│  ☐ Denied - waiting period in effect per IMPP 10-119 –│
│      eligible to re-apply after _____       │
└─────────────────────────────────────────────────────┘
```

The Pastoral Care Dept. has received your request for placement on a modified diet.

Please complete this form specifying which diet you desire and return it to the Chaplain's office.

I, DERON McCoy Jr                            KDOC# 76894
    (Printed Name)
Am requesting to be placed on a (check only one):

☑ **Certified Religious Diet** (Common Fare)

**\*\*Reason(s) for requesting CRD (Common Fare Diet)** (you must give a religious reason below or request will be denied automatically...please be specific):

Leviticus – 11   clean and unclean Animals (meats)
(I would like a real Kosher modified diet)

☐ **Vegetarian Diet**

☐ **Regular Diet** (requesting removal from CRD or Vegetarian diet)

**\*\*\*Please note diet changes are only processed once a week through Aramark\*\*\***
(You will need to continue with your current diet until you get a copy of this form back with effective date of diet change.  If your requested diet is denied, you will receive notification of this decision.)

I understand by submitting this form and signing it below, *that pursuant to IMPP 10-119, (II, C, 4 & III, B,2), failure to adhere to the modified diet may result in the removal from the modified diet program.  Failure to adhere to the modified diet shall include taking a meal tray from or eating items from the standardized menu, the vegetarian menu (if common fare), the common fare (if vegetarian), or any menu other than that of the modified diet.*  Should you choose to discontinue the modified diet, you must send a request to the chaplain's office.  Inmates who choose to withdraw or are removed from a modified diet must wait ninety (**90**) days before requesting readmission to the modified diet.  The third (**3rd**) time a given inmate is removed or elects to withdraw from the modified diet the inmate must wait **six (6) months** before requesting readmission to the modified diet.  The fourth (**4th**) time will be a waiting period of **one (1) year**.

Deron McCoy Jr                                    4-27-17
    (Inmate Signature)                              (Date)
                        **APR 27 2017**

DIET EFFECTIVE DATE: _____
                        (to be stamped by Pastoral Care ONLY)

In the united states District court
District of Kansus.

Deron Mroy Jr,
          Plaintiff,                          )
                                              )
                                              )
     v.                                       )
Acumach Correctional Medical Servces et al    | Cose No 16-3027-cm
          Defendants,                         )
                                              )
                                              )


          Plaintiffs Exhibit 2'
          Grievance response from LCF

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _DeRon McCoy JR_          Number _70894_

Facility _LCF_          Housing Unit _C2-313_          Work Detail _Clinic aide_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _(see attached pages) pg 1-3_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _March 25, 2014_

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

I have reviewed your complaint with the following findings:
Your grievance issue concerns being placed on a Modified Diet of Kosher, in accordance with your religious beliefs. Currently there is only a Certified Religious Diet (CRD). The term Kosher is recognized on many of the items that are served on the Certified Religious Diet. The cooking utensils used for the (CRD), meal preparation are cleaned and kept in the (CRD) Room, and two steam kettles have been identified and used solely for the (CRD) meal preparation. The dish washer machine is used for the cleaning of the trays but it is sanitized before its use in accordance with the reasonable accommodations clause. The soy based meals are all factory sealed as well as the tuna and eggs. No further action is deemed necessary at this time.

_D Pattee UTM_  _04/02/2014_
Unit Team Signature                    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_DeRon McCoy JR 70894_          _4-4-14_
Inmate Signature                    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received **APR 0 8 2014** Date of Final Answer **APR 1 1 2014** Date Returned to Inmate _____

_____          _____
Inmate's Signature          Date     Unit Team Signature          Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _AA 20140433_

Type of Complaint (Item 4: Code 01-75) _01_

Cause of Complaint (Item 5: Code 01-30) _27_

Type of Response (Item 6a: Code 01,02,08 or 09) _01_

On approx March 13, 2014 I spoke to chaplin Dunn concerning being placed on a modified diet of Kosher to be in accordance with the practicing of my religious beliefs. I was told that there was no Kosher meal diet currently provided by aramark for K.D.O.C. I was told too by chaplin Dunn that the only modified diet currently provided was the Religious Diet Meals. I asked if the religious Diet was Kosher. chaplin Dunn told me that he was not even allowed able to say that the religious Diet was Kosher. I have personally observed the serving of the religious Diet by aramark. the Religious Diet Meal is served on Dark brown plastic trays. the food items are served from the same warmer were the regular Diet Meals are served. once a person on religious diet is finished eating the reusable trays are placed through the same dirty tray slot as regular diet trays these religious diet trays are then washd in the same dishwasher as all the other dirty diet trays. I have on more then one occassion personally witnessed a regular diet meal served on a tray that is supposed to be for only

①

religious diets per my religious beliefs once eating utensils, containers & cooking utensils come in contact, or touch, or are touched by things or foods that are unclean by scripture then they also become unclean and cannot be used for food preperation as the useing of unclean cooking containers or cooking or eating utensils make the food items unclean and no longer Kosher. I have also been told by aramark kitchen workers that the religious diet meals are prepared in the same areas as the regular diet meals and not in the room built for the preperation of Kosher diet meals. The food items served for religious diets are also not Kosher due to the food items not being factory packaged when a person on religious diet is served the food items. For all these reasons and more (i.e. the blessing of utensils by a Rabbi) the religious diet meals do not satisfy the Kosher modified diet requirements protected by Impp-10-110 attachment. I would like for Kosher meals to immediately be provided to me and for all religious callouts that are approved for Kosher modified diet requirements (H.O.Y., H.O.Y, & Judaic). To not do so is a direct violation of my

②

constitutional right to religious practice.

Respectfully submitted,
Delan McCoy, II

C - 3 13

# Grievance-Response on Appeal

**FACILITY:**      **Lansing Correctional Facility**

**INMATE:**      **McCoy, Deron #76894**

**GRIEVANCE NO.:  AA20140433**

**DATE:**      **April 25, 2014**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

The Religious Diet provided by the KDOC is based on the Common Fare diet, which has been reviewed and approved by the KDOC contracted religious advisor, as evidence by the Rabbi's signature on the menu, and has been found to be consistent with kosher requirements. Further inquiry to the contractor's Religious Diet food preparation indicates that expected procedures consistent with the Rabbi's recommendations, are being followed.

## ACTION TAKEN

None further.

*Patricia Berry*

Patricia Berry
Secretary of Corrections Designee

cc:    Grievance File, SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on APR 2 9 2014      .

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _DeRon McCoy Jr_      Facility: _LCF_

Inmate Number: _76894_      Grievance Serial No. _AA 20140433_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Secretary of Corrections      Date Mailed: _4/19-14_
           Landon State Office Building
           900 Jackson, 4th Floor
           Topeka, Kansas 66612

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.)

( See attached pages 1-2 )

_DeRon McCoy, Jr_
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)

If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____      Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

RECEIVED
APR 23 2014
DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b:  Code    Ø1,   Ø2,   Ø8   or   Ø9)   __ __

DC  Ø9Ø, Effective May 1, 1988

P-157a

I feel that the principal administrator should make Aramark provide me & the other inmates who are on a Judiac type callouts with proper Kosher meals year round. The certified religious diet is not Kosher when served to the inmates if it were Kosher it would be called Kosher diet & not certified religious diet. Portice states in his response that "the soy based meals are factory sealed as well as the tuna & eggs" That may be so when those items are recieved by Aramark but once these food items are to be served they are takken out whatever packaging the are in and cooked in the stem kettles then the open to the air food items are poured into a steel pan to be scooped onto the brown plastic trays. In order for the meal to be Kosher. The whole meal would have to be factory sealed and un-open when the inmate recieves it in his hand Just like the Kosher meals served during the passover celebation. To eat meals or food items that are not-Kosher is basically a sin & to be forced to have to eat unclean meals or unclean meals or starve, because the company supplying K.D.O.C with food doesn't want to serve Kosher meals is ludicris and I believe the secretary of

(1)

corrections should force Aramark to provide actual
Kosher meals to those (including myself) whose
are approved for Kosher Modified diet, or find
a different ~~to~~ company to serve K.D.O.C.

Respectfully submitted,
Dorian McCay, Jr

Dated 4-15-14

(2)



**KANSAS**
Department of Corrections
*Lansing Correctional Facility*

P. O. Box 2
301 East Kansas
Lansing, KS  66043

Phone:  (913) 727-3235
Fax:  (913) 250-2762
www.doc.ks.gov/facilities/lcf

Ray Roberts, Secretary
Rex Pryor, Warden

Sam Brownback, Governor

**DATE:**       April 9, 2014

**TO:**          Deron McCoy #76894

**FROM:**      Rex Pryor, Warden

**SUBJECT:**   Grievance # AA20140433

**Findings of Fact:**   Your grievance was received and an investigation into your allegations has been completed.

**Conclusions Made:**   After an investigation by the Grievance Officer, and a complete review of the applicable documentation, it was determined the response provided by Unit Team Manager Portice is appropriate regarding your issues.

**Action Taken:**   No further action is deemed necessary.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections.

RP: CBR/cr

Cc: File

picture from LCF
Kitchen







Pictures from L.D.C.F
Kitchen





Pictures of HCCIF
Kitchen areas



















Picture of breadline from UCIF and letter of Kosher cechfilation from Cincinnati Kosher and orthadox union greetined that a Kosher symbol is required on box in order for bread to be certified Kosher



No Kosher Symbol

Item # 1018        PERISHABLE - FRAGILE STORE FROZEN

24oz White Pullman Bread 26+2        10 per Case

Net Weight: 15 lbs

INGREDIENTS: Enriched Wheat Flour (Wheat Flour, Barley Malt, Niacin, Iron, Thiamin Mononitrate, Riboflavin, Folic Acid), Water, High Fructose Corn Syrup, Yeast, Contains 2% or less of the following: Soybean Oil, Salt, Dough Conditioners (Monoglycerides, Calcium Peroxide), Wheat Gluten, Yeast Nutrients (Calcium Sulfate, Ammonium Chloride), Corn Starch, Calcium Propionate (Preservative)

Baked on: 04/16/18

Contains:Wheat
Klosterman Baking Co.
Cincinnati, OH 45229
513-242-1004
Made in the USA

Use by: 10/13/18

KLOSTERMAN
SINCE
1892
BAKING CO.



# ORTHODOX UNION

## LETTER OF KOSHER CERTIFICATION

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA    איחוד קהילות האורתודוקסים באמריקה
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

בס"ד

October 24, 2018

Flowers Foods, Inc., 1919 Flowers Circle, Thomasville, GA 31757

This is to certify that the following Private Label product(s) are manufactured under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

**Private Label Company:**    **Sysco Corporation, Corporate Offices, Houston, TX 77077-2027**

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:   Sysco Classic-327766** | | | |
| · 54316730 Pullman White Bread-8386765 | OUV7-1C454EA | Pareve | Ⓤ Symbol required. |

**Placing the OU logo on products not listed above constitutes an unauthorized use of the OU symbol, which is a federally registered trademark.**

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

This certification is valid through 01/31/2019

Page 1 of 1

# Cincinnati CK Kosher

2445A Section Road
Cincinnati OH 45237
(513) 549-0450 • (513) 631-4900 fax
cincinnatikosher@gmail.com

Kosher Food Consulting

January 1, 2018

This is to certify that the following products produced by Klosterman Bakery located at 1000 E. Ross Ave, St. Bernard, OH, 508 Main St, Springfield, OH, 350 S. Pioneer Blvd. Springboro, OH and 837 Green Crest Drive Westerville, OH  are under the supervision of Cincinnati Kosher/Vaad Hoier of Cincinnati.

Please note the following conditions of certification:

**All products are Pareve.**
**All products are certified only when bearing the Cincinnati Kosher symbol.**
**All products are certified year-round, excluding Passover.**
**This certification is valid through December 31st 2018 and is subject to renewal at that time.**

**Brand:**
Klosterman

**Product Name:**
Hot Dog Bun
Individual Rye Slice
Individual Wheat Slice
Individual White Slice
Individual Whole Wheat Slice
Irish Potato Soft Roll
Jumbo Hamburger Bun
Jumbo Poppy Hot Dog
Jumbo Yellow Hot Dog Bun
Kimmel Rye Bread
King Challah Bread
Knotted Roll Cut-top Bun
Large Breadstick
Large Whole Grain Hot Dog Bun
Light Rye

Rabbi Avrohom Weinrib -Rabbinic Administrator-Cincinnati Kosher

Dr. Ned Mehlman
PRESIDENT

Rabbi Avrohom Weinrib
RABBINIC ADMINISTRATOR

4

BEJS DIN / RABBINIC BOARD
Rabbi Ezra Goldschmiedt
Rabbi Stuart Lavenda
Rabbi David Spetner
Rabbi Avrohom Weinrib