DeRon McCoy Jr. #101914
P.O. Box 311
Eldorado, KS 67042

United States District Court
For the District of Kansas

DeRon McCoy Jr,
        plaintiff,

Vs,

                                        Case No. 16-3027-cm-KGG

Aramark correctional services. et al
        Defendants

## Plaintiffs additional Affidavits of truth

Comes Now the plaintiff DeRon McCoy Jr pro se
and submits to the court additional Affidavits
of truth concerning the service of (CRD) and
facts in support of plaintiffs complaint.

Date: 3-11-19

Respectfully,
DeRon McCoy Jr

## Certificate of service

I DeRon McCoy Jr hereby certify That on this 11th day March,
2019 I submitted the following and foregoing documents to staff at
2d.Cif for e-filing the same in the U.S Dist court for the Dist
of Kansas.

S/DeRon McCoy Jr

Affidavit of
Ramone Levy # 93076
3-11-19

county of Buter )
                  ) ss'
State of Kansas  )          Affidavit

    I Raymone Levy Sr. being of Lawful age and duly sworn upon oath state the following:

1. My full name is Raymone Levy Sr. Date of birth November 20, 1986

2. I currently reside at eldorado correctional facility in El dorado, Kansas Po Box 311 El Dorado, Ks 67042 and have been Since November 21, 2014

3. I'm currently being housed in Restrictive housing (segregation) B cellhouse at E.D.C.F. for Administrative Segregation have been Since 2-26-2019.

4. I have personally observed the service of meals to me and others Offenders housed in restrictive housing B-cellhouse.

5. I have ascertained the following concerning the service of the (CRD) certified religious diet.

6. The (CRD) trays are still transported along with the veg meal trays and regular trays in a large electric warmer they are not seperated at all.

7. When the large electric warmer arrives at BCH all the trays (CRD) (Vea) and (Regular) meal trays are stacked on to a rollable cart that is approx 3½ ft tall 2 ft wide and approx 4 ft long all the trays are stacked together.

8. The yellowish-tan trays used for (CRD) [as described in defendants motion] are being used as tray toppers at the top of stacks of Regular trays, veg trays, and special diet trays, as well as for CRD

9. The correctional officer working then hands out trays to each cell two to a cell (since there are two offenders to a cell) corresponding to the individual offenders diet.

10. After offenders are finished eating there meal the dirty trays are then picked up from each cell in the cellhouse and re-stacked on the rollable cart. There is no seperation of the trays CRD trays are stacked on-top of all the other dirty trays.

11. The trays are then placed back into the large electrical warmer which is then rolled into the hallway of BCH which is then picked up by officers who work for Aramark and aramark supervisor and taken back to Kitchen for washing

Subscribed and sworn before me on this ____11____ day of march 2019

_Raymone Levy Sr._
Raymone Levy SR 93076

_Roland Buchanan_
notary Public

NOTARY PUBLIC - State of Kansas
ROLAND BUCHANAN
My Appt Expires __12-21__

Affidavits of
DeRon McCoy, Jr
3-11-19

county of Butler )
                    ) ss:
state of Kansas    )              Affidavit

    I DeRon McCoy Jr being of Lawfull age and duly sworn
upon oath state the following:

1. My Full name is DeRon McCoy. Jr Date of birth march 2nd, 1983

2. I currently reside at eldorado correctional facility in eldorado,
   Kansas P.O Box 311 eldorado.KS 67042 and have been since Jan29,2018

3. Incurrently being housed in Restrictive housing(segregation)
   B-cellhouse at E.D.C.F for pre-hearing detention have been
   since  2-28-2019.

4. I have personally observed the service of meals to me and
   other Offenders housed in Restrictive housing B-cellhouse.

5. I have ascertained the following concerning the service of
   the (CRD) certified religious diet.

6. The (CRD) trays are still transported along with the veg meal
   trays and regular trays in two a large electric warmer they are
   not seperated at all.

7. when the large electric tray warmer arrives at BCH all the
   trays (CRD) (veg) and (Regular) Meal trays are stacked on-to

①

a rollable cart. ~~enclose~~ that is approx 3½ft tall; 2ft wide and approx 4ft long, all the trays are stacked together.

8. The yellowish-tan trays used for (CRD) [as described in defendants motion] are being used as tray toppers at the top of the stacks of Regular trays, veg trays, and special diet trays, as well as for CRD.

9. The correctional officer working then hands out trays to each cell two to a cell (since there are two offenders to a cell) corresponding to the individual offenders diet.

10. After offenders are finished eating there meal the dirty trays are then picked up from each cell in the cellhouse and restacked on the rollable cart. There is NO seperation of the trays CRD trays are stacked on top of all the other dirty trays.

11. The trays are then placed back into the large electrical warmer which is then rolled into the hallway of each ~~and~~ which's then picked up by offenders who work for culinary and culinary supervisor and taken back to kitchen ~~~~ for washing.

Deron McCoy Jr
Deron McCoy Jr #76894

Subscribed and sworn before me on
this 11 day of March, 2019

Roland Buchanan
Notary Public



NOTARY PUBLIC - State of Kansas
ROLAND BUCHANAN
My Appt Expires 2021

County of Butler )
                 ) SS:
State of Kansas  )

## Affidavit

I Delon McCoy Jr inmate # 76894 being of lawful age
and being duly sworn upon oath state the following:

1. I am a orthodox Jewish believer.

2. I wish to eat only Kosher food that meet all strict
   orthodox Jewish Dietary Guidelines.

3. If provided with meals that meet all Jewish Dietary
   guidelines. I will not purchase for my self or others
   any commisary Items that are not Kosher.

4. The previous Items that I purchased from commisary that
   were not Kosher was due to, One at time the
   items were not Marked in any way ^as Kosher or not Kosher on the commisary
   purchase List and offenders are not provided with pictures
   of said Items before purchase.

5. The other Items that I purchased ^That were not Kosher. I purchased for other
   offenders and I did not myself eat. As they were not Kosher

6. When I purchased a commisary item and determined it was
   not Kosher I gave that Item away and did not purchase
   it for Myself again.

7. Since being released to General population on January 29, 2018
   I have attended every ^weekly Jewish callout (Fri and Sat)
   up until The writing of this Affidavit except approx 3 times
   due to physical illness. Which can be proven by documentation

①

8. In chaplins possesion/care.

9. Since being released to General population on January 24, 2018 untill the day writting this affidavit I have attended every Judiac service for each Jewish High Holy day. and have participated in every Jewish Fast day.

10. I had also done so previously while in General population at lansing correctional facility and also while held in ad-seg for 22 months from 2016 - January 24th 2018.

11. I have to the best of my abilities since the year 2006 attempted to follow all (613) Mitzvot (commandments) of the Jewish faith. when I have broken any of the commandments I have asked Gods forgivness and tried to ensure I follow all the commandments when the next opportunity presented itself.


Further Affiant saith naught

s/ DeRon McCoy Jr
Affiant DeRon McCoy, Jr

Subscribed and sworn before me
on this 11 day of March, 2019

NOTARY PUBLIC - State of Kansas
ROLAND BUCHANAN
My Appt Expires 2021

Roland Buchanan
Notary Public