DeRon McCoy, Jr #107014
P.O Box 311
Eldorado, KS
67042

United States District Court
For the District of Kansas

DeRon McCoy, Jr, )
    Plaintiff, )
    )
vs. ) Case No. 16-3027-CM-KGG
    )
Aramark Correctional Services, et al., )
    Defendants. )

## Plaintiff's Additional Affidavit of truth

Comes now the plaintiff DeRon McCoy, JR in a pro se motion and submits to the court two additional Affidavits of truth concerning the facts pertaining to above captioned case and in support of his third amended complaint.

Date: 3-29-19

Respectfully submitted,
DeRon McCoy Jr
DeRon McCoy, Jr

## Certificate of service

I DeRon McCoy, Jr certify on this 30th day of March, 2019 I submitted the foregoing motion to staff at C.D.C.F for e-filing the same in the United States District court for the district of Kansas (1) Mail

/s DeRon McCoy Jr

(1)

Affidavit of Dellon McCoy II
Inmate # 76894

County of Butler  )
                  ) SS:
State of Kansas   )

## Affidavit

I Deron McCoy Jr inmate # 76894 being duly sworn upon oath and of lawful age state the following:

1. On 3-21-19 I was moved from B1 cellhouse cell 108 to what was supposed to be general population in A1 cellhouse cell 158 at Eldorado Correctional Facility P.O. Box 311 Eldorado, KS 67042.

2. Since being placed in A1-cellhouse cell 158 I and the other inmates in A-cellhouse have been on 24hr lockdown and only allowed out for 15min showers 3 times a week and to grab meals (in cellhouse) and to return to our cells to eat meals. We have not been allowed to go to religious callouts, law library, or to have one hour of outside recreation in any form.

3. On 3-27-19 I and the other inmates in A-1 were informed that A-1 cellhouse would now be segregation and treated as such.

4. Since being over in A-1 cellhouse I have not witnessed any disturbances or major disciplinary actions or heard of any of the inmates having major disciplinary actions or disturbances since being housed in ACH, despite many of their constitutional rights being violated.

5. Since 3-27-19 I and other inmates in A-1 cellhouse have been being served meals in our cells by Kansas correctional officers and have not even been allowed to walk out our cells to grab our meals from the dayroom area where the trays are located in a lower (elected).

6. The cell I'm located at currently is cell 158 (A-1) and from this cell I can see the front entrance and walkway up to ACH and the outside recreation area for the entire general population at E.D.C.F. from the windows at the back of cell 158.

(1)

7. I also from the front of my cell at the cell door am able to fully see the electric warmer completely when it is brought into the cellhouse and is left in the dayroom for service of meals. The electric warmer is only about 15 to 20 feet from my celldoor for the entire time it is in the cellhouse.

8. I have been able to ascertain the following concerning the service of the (CRD) certified religious diet in Act-ja Acumork supervisor, and two and sometimes three inmates transport the electric warmer from the E.D.C.F Kitchen to A+H A1 cellhouse. All the meal trays are contained within the same electric warmer (regular, vegetarian, CRD, and special medical diets) the electric warmer is then plugged into a electric outlet located in the front wall area of the officers desk area. The C.O's and Acumork supervisors then make sure the correct number of trays are present by opening the two doors of the electric warmer. I have personally witnessed that all the trays are stacked on top of one another and right next to one another touching (CRD, Reg, veg, medical,) there is no seperation.

9. After putting on gloves and proper head and beard nets, the correctional officers then take a roster of the inmates in the cellhouse that shows the inmates diet. The (C.O.'s) then take the meal trays that correspond to the inmates diet on the bottom tier and places the corresponding amount of meal trays that there are inmates on that diet, and places them on a plastic two tiered rollable cart (i.e. if there 10 CRD, 30 reg, & 20 medical diets) they will all be placed on the same rollable cart. These trays are often stacked on top on one another on the rollable cart.

10. The C.O's then pass out to each inmate on the bottom tier the meal tray that corresponds to there meal diet. I have personally witnessed CRD trays stacked on other meal trays in the warmer and on the rollable cart.

11. After the inmates are done eating a C.O then picks up the trays that are dirty from the inmates via the tray hatch and places them on the same rollable cart, and stack on top of one another with no seperation. And then places them dirty back into the electric warmer which is now unplugged.

(2)

12. The same process is done for the top tier which the trays get to the top tier by the dollable cart berlows/trays being placed in a small elevator to make it to top tier.

13. After all trays that are dirty are placed in warmer two-three insulated arrive to transport electric warmer full of all the dirty trays back to EDCF kitchen.

14. The foregoing is how I have personally witnessed the CRD being served in A-1 Cellhouse at EDCF Eldorado Correctional Facility, K.D.O.C.

Further Affiant sayth naught


NOTARY PUBLIC - State of Kansas
PHILLIP A. PATTERSON
My Appt Expires 1/26/2022

s/ Deron McCoy Jr
Deron McCoy Jr
P.O. Box 311
Eldorado, Ks 67042

Notary Public

My appointment expires
1/26/2022

sworn before me this 29th day of March, 2019

(5)

County of Butler )
) SS.
State of Kansas )

## Affidavit

I Delon McCoy Jr inmate #76894 being of lawful age and being duly sworn upon oath state the following:

1. The same rollable carts used to place the meal trays on I have personally seen the same carts be used to transport inmates property to and from property and to and from other cellhouses. I further have personally witnessed laundry, cleaning supplies i.e. brooms, dust pans, mop sticks, buffer pads .. etc.) All be placed on the same rollable carts for transport and the handing out cleaning supplies. All of the items I have personally witnessed the foregoing things and items be placed on the same rollable carts that (CRA) meal trays and other meal trays are placed upon for service of meals in A1-cellhouse and B1 & B2 cellhouse.

2. From what I have been experiencing there is nothing that keeps me from being subjected to the same meal service process that I previously experienced in B-cellhouse because I can be placed in segregation either justly or unjustly. Further I also can be subjected to meal service that is the same as outlined in my previous Affidavits about service of meals at E.D.C.F. segregation (also called restrictive housing.) As recently I am in general population but am still being treated like a segregation inmate with meals served to me in a cell.

3. I also feel there is nothing to prevent me from being subject to service of meals as described as at given time the entire E.D.C.F facility could be placed on lock-down status (which has occurred several times) and then meals are brought to all inmates in there cells and the service of meals is the same as described in the previous Affidavits concerning service of (CRA) in segregation in E.D.C.F.

Further Affiant sayth naught

Notary Public

S/Delon McCoy Jr


NOTARY PUBLIC - State of Kansas
PHILLIP A. PATTERSON
My Appt Expires 1/26/2021

(1)

County of Butler  )
                 ) SS:
State of Kansas  )

## Affidavit of DeRon McCoy Jr

I DeRon McCoy Jr being of lawful age and being duly sworn upon oath states the following:

1. On or about October 23, 2018 I handed a Attorney-client privileged correspondence from my Attorneys at Shook, Hardy, and Bacon LLP 2555 Grand Blvd., Kansas City, MO 64108. That had already been opened by removing peel away cardboard strip. I immediatly asked who had done it and complained about my legal mail being opened outside my presence and was told that he had received with Patterson had received it opened.

2. On or about November 6, 2018 I again received a Attorney-client privileged correspondence from my Attorneys office that when it was handed to me had already been opened outside my presence I again complained again then noticed there was a note stated "Opened by mistake in mailroom".

3. On or about Mar 13, 2019 I again received a Attorney-client privileged correspondence from my Attorneys office when I was handed the correspondence It was also already opened with a note attached stating "opened by mistake".

4. On or about March 28, 2019 I was again given a Attorney-client privileged correspondence from my Attorney at Shook, Hardy, and Bacon, LLP that was already opened outside my presence. one Phillip Patterson, who is a Correctional Counselor in the cellhouse I currently reside at handed it to me.

5. When I complained about my properly marked legal mail being continually opened outside my presence he then told me that as long as my Attorneys continued to

(1)

send me legal mail. That my legal mail would continue to be opened outside my presence when it was received. I then wrote a grievance about my legal mail being opened outside my presence.

Further Affiant saith nought.

/s/ Deron McCoy Jr

Subscribed and sworn before me this 2nd day of April, 2019

(s) _____
Notary Public

NOTARY PUBLIC - State of Kansas
PHILLIP A. PATTERSON
My Appt Expires 1/26/2022

(2)