Deron McCoy Jr #76819
P.O Box 311
Eldorado, KS 67042

United States District Court
For the District of Kansas

Deron McCoy Jr, )
  Plaintiff, )
 )
vs. )  Case No. 16-3027-CM
 )
Aramark Correctional Services, et al, )
  Defendants )

<u>Plaintiffs additional affidavit.</u>

Comes now the plaintiff Deron McCoy Jr pro se and submits the following attached Affidavit of truth in support of his Third Amended Complaint in the above captioned case.

Respectfully submitted,
Deron McCoy Jr
Deron McCoy Jr

County of Leavenworth )
                      ) SS.
State of Kansas       )

## Affidavit of DeRon McCoy Jr

I DeRon McCoy, Jr being of lawful age and being duly sworn upon oath state the following facts:

1. On 5-17-19 I was transferred from Eldorado correctional facility general population to Lansing correctional facility segregation (Cell 103) on Holdover status so that I could attend trial in a unrelated civil action.

2. While housed in LCF segregation I was able to ascertain the following concerning the preparation and service of the (CRD) certified religious diet.

3. The (CRD) at (LCF) is still prepared in the same areas and places as outlined in my amended complaint and accompanied affidavit.

4) The (CRD) in segregation is served in the following manner: The (CRD) meal trays arrive in a large electric food warmer along with all the other meal trays regular, veg. Renal, and Gluten. All of the trays are stacked together inside the electric food warmer. There is no separation between the trays. (Lunch is a sack Lunch)

(1)

5. The (CRD) trays differ only in color from the regular meal trays the CRD trays are a yellowish colored stackable hard plastic tray while the regular meal trays are brownish in color.

6. Once the electric warmer arrives in C-1 cellhouse a correctional officers puts on gloves and a hair net then takes a ~~*****~~ rollable plastic cart that is approx 3ft by 2ft and approx 3ft tall and stacks the required number of meal trays (CRD, Regular, special diets, etc...) for the tier that C.O is handing out trays on. There is no seperation of the trays and CRD trays are often stacked on top of the other trays.

7. The correctional officer then passes out a tray to each offender corresponding to the diet he is on.

8. After the offender is done eating his meal a correctional officer then picks up the dirty meal trays from each one of the cells via the door hatch for trays.

9. There is no seperation of the dirty trays and the (CRD) trays are stacked ontop of the other dirty trays on the rollable plastic cart.

10. The dirty trays are then placed back into the electric food warmer and sent back to the kitchen to be washed.

11. The same meal compents as well as the same (cold) meal is used at LCF that is used for all the other K.D.O.C adult facilities. Same meals served on same days and same meal times Like Breakfast, Lunch, Dinner).

Further Affiant saith naught

DeRon McCoy, Jr
DeRon McCoy, Jr

Subscribed and sworn to me on this 31st day of May, 2019.

NATHANIEL S. BLANEY
Notary Public - State of Kansas
My Appt. Expires 1/6/21

Notary Public

(3)