DeRon McCoy,Jr #76894
P.O. Box 311
eldorado,Ks 67042

## UNITED STAES DISTRICT COURT FOR
## THE DISTRICT OF KANSAS 10THCir

| | | |
|---|---|---|
| DeRon McCoy,Jr, | ) | |
| plaintiff. | ) | |
| | ) | |
| V. | ) | Case no. 16-3027-HLT-Kgg. |
| | ) | |
| Aramark correctional services | ) | |
| et al., | ) | |
| Defendants. | ) | |

## PLAINTIFFS RESPONSE TO DEFENDANTS
## MOTION REQUESTING SUMMARY JUDGEMENT

   Comes now the plaintiff DeRon McCoy,Jr in a Pro se motion and
request this court deny the defendants motion.The plaintiff proff
ers that there are general issue of material fact that bar summa-
ry judgement.As the CRD policy for meal items served for CRD,the
preparation of the CRD,and the service of the CRD does not meet
the jewish dietary laws in order to be certified as kosher.The
defendants are not entitled to judgement as a matter of law,as
the plaintiiffs claims are not moot,and the the plaintiff did
exhaust his administrative remedies by filing a grievance high-
lighting the shortcomings of the CRD due to the CRD policyand
procedure that is statewide for K.D.O.C.Plaintiff respectfully
request that the defendants motion be denied in its entirety
and ofers the accompanying memorandum of law in support of
his response motion.

                                    s/ DeRon McCoy Jr
                                    DeRon McCoy,Jr

## CERTIFICATE OF SERVICE
I DeRon McCoy,Jr here by certify that on this 21th day ofjuly,2020
I submitted the foregoing response motion to E.D.C.F staff
for e-filling the same in the U.S. district court for the distric
of kansas 10th Cir.
                                    S/DeRon McCoy,Jr

DeRon mcCoy,Jr #76894
p.o box 311
Eldorado,Ks 67042

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

DeRon McCoy,Jr,                )
      Plaintiff.          )

Vs.                        ) )      case no.16-cv-3027-
                         ) )

Aramark correctional services,et al,  ) )
      Defendant.            )

## PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF HIS RESPONSE MOTION TO DEFENDANTS MOTION REQUESTING SUMMARY JUDGEMENT

Comes now the Plaintiff DeRon McCoy,Jr and submits this memorandum of law in supportof his motion in response to defendants motion requesting summary judgement.The plaintiff request this court deny the defendants motion as there are genuine issues of material fact. The plaintiffs claims are not moot as the CRD menu and its procedure for storage,preparation, and service at each K.D.O.C facility is the same,the CRD is not Kosher ,and the defendants are not entitled to judgement as a matter of law.The plaintiff respectfully ask the court deny defendants motion for summary judgement.

## NATURE OF THE CASE

The plaintiff a inmate currently housed at eldorado correction facilty,brought this civil action pursuant to 42 U.S.C § 1983 and under the religious land use and institutionalized person act (R.L.U.I.P.A). The plaintiff asserts that the named defendants acting jointly with one another violated the plaintiffs by implementing the CRD menu and its source,preparation,and service procedure into polcy&practice.Then adopting the custom of attempt ing to pass the CRD off as a kosher meal by placing any inmate who request a kosher diet on CRD,when the CRD is not kosher due to its many violation of ortodox jewish dietary laws.

## PLAINTIFFS RESPONSE TO DEFENDANTS STATEMENT OF FACTS

(L.L.C) from 2013-2016

1. uncontested.

2. contested.(plaintiff requested to receive a kosher diet by way inmate request form and instead was placed on CRD (Plaintiffs AFFA) Plan #-B & Exhibit D

3. uncontested.

4. contested.(to the extent that defendants are attempting to imply that CRD is kosher or meets orthodox jewish dietary

1

the plaintiff asserts that the CRD is not kosher Due to the many
sort comings due to violations of jewish dietary laws as highligh
ted by the facts in plaintiffs complaint and accompanying affidav
its of truth (Affidavit of Plaintiff (A-G) Aff of D.Wahawaika Para 1-36 Aff
of Je Hill Para 1-8 & Aff of Moses Para 1-9

5.uncontested.

6.uncontested.

7.contested. plaintiff never requested nor submitted any request
  to be changed to protestant.(

8.uncontested.

9.uncontested.

10.contested. Plaintiff oreder non-kosher items from commisary
   due to there being no listing of what items were kosher on
   the commisary and plaintiff had to eat something
   from meal line in oreder to not starve to death as none of the
   diets provided currently are fully kosher.(See Memorandum order of
   Carlos Murguia

11.uncontested.

12.contested. The CRD menu does not provide kosher food due to it
   preparation process rendering any food items that may have been
   kosher, no longer kosher due to preparing them in a non-kosher
   kitchen.(Affidavit of Plaintiff (A)-(G) all Paras ; Aff of D.Wahawaika para
   1-36 Aff of Je Hill Para 1-8 & Aff of Moses Para 1-9.

13.contested.the chaplin is the person who approves request for
   kosher diets.Per the contract between Aramark and K.D.O.C
   Aramark is supposed to provide inmates of K.D.O.C with
   diets that meet there religious requirements.(I.nf.p 10-100n)

14.uncontested.

15contested.the supplied certificates provided by Aramark only
  certify that the food items are kosher for the dates listed
  only from begining date through what ever date listed "good
  through".there kosher certification only is good for that time
  frame not before or after( Exhibit A & B)

16.uncontested.This is what makes them no longer kosher.

17.uncontested.

18.contested.the sliced bread is only kosher certified when
   packaging bares a kosher symbol as "kosher symbol required.
   ( Exhibit A & B Attached )

19.uncontested.

20.contested.CRD at L.C.F uses a table outside CRD room which
   is in general area to prepare CRD trays on.

21.contested.The CRD trays are washed in same dishwashing machine
   that all trays are washed.( Plaintiff Affidavit (A)-(G) all Paras ; response to
   Grievance Written by Plaintiff

22. contested. The CRD trays are washed in the same dishwasher as trays used for regular, medical, and vegetarian trays (Aff of Plt (A)-(C) all prghs and response to grievance attached to complaint)

23. contested. the steam kettle used for CRD is also used for other meals. (

24. uncontested.

25. uncontested.

26. uncontested.

27. uncontested.

28. uncontested.

29. contested. the same pans used for regular meals are also used for CRD. (Plt Aff (A) (C) all prghs ; and grievance response

30. uncontested.

31. contested. Cookware for CRD is often used to prepare and serve other food items that are not kosher as well, as well as other non kosher meals. (Plt Aff (A) (C) all prghs ; grievance response

32. contested. CRD is plated in same area as regular meals on serving line at l.c.f the tray s come in contact with cookware that has come in contact with non kosher food items and therefore cross contaminated rendering the trays and CRD food items also non-kosher. (Affidavit of plaintiff (A)-(C) all prghs

33. uncontested.

34. contested. CRD trays are washed in the same dishwasher as all other meal trays. (Aff of Plt (A)-(C) all prghs ; grievance response

35 contested. CRD trays are stored along with other meal trays. (Aff of Plt (A)-(C) all prghs

36. uncontested.

37. contested. CRD meal trays are stored in the same warmer where it is immpossible to not touch other meal trays. (Aff of Plt (A) (C) all prghs

38. contested. CRD uses the same steam table used for other meals. (Aff of Plt (A)-(C) all prghs

39. contested. CRD menu items are stored in the same room as other meal items. (Aff of Plt (A)-(C) all prghs

40. contested. CRD trays and cookware is washed in the same dish washer as all other trays and cookware. (Aff of plaintiff # (A) (C) all prgh grievance response

41. contested. CRD is not KOsher and does not meet the requirement for source, storeage, preparation and servce in order to certified it as kosher. (Plt Aff (A)-(C) all prghs

3

42. uncontested.

43. uncontested.

44. uncontested.

45. contested.Akosher diet cannot be prepared in a standard prison kitchen.(

A.c.f

46. uncontested.

47. contested plaintiff applied for kosher diet and was instead placed on CRD.The plaintiff consumed CRD meals the entire time after placed on CRD untill his transfer on 1/29/18 to E.D.C.F ( Aff of PIH (A) prgh 1-5 : Exhibit C )

48. contested. the plaintiff filed a grievance at L.C.F attacking the CRD policy,procedure,and custom for K.D.O.C.(Aff of Plaintff all prghs #1(A) -16) and Grilevence response

49. the lacks information to confirm or dent this.

50. contested. The CRD in it's entirety is not kosher and does not meet jewish dietary laws.( Aff of PIt #(A) -LC) all prghs. Aff of D.Wahquah # D16A),

51. contested defendant berry and aramark correctonal services are also responsible for supplying the plaintiff with a diet that meets his religious beliefs.( I.M.D. A 10-100 iN Martinez report

52. contested. it also contains a disclaimer stating that he is no certifying that the prepartion or service meets jewish dietary laws.( see Martinez report

53. uncontested.

54. contested.the kosher certification is only valid for the dates that are on certificates and subject to the conditions stated. ( Exhibit A&B)

55. uncontested.

56. uncontested.

57. contested.kosher certificates are only valid for the dates and subject to the conditions to be kosher certified.( Exhibit A&B)

58. uncontested.,

59. uncontested.

60. contested.the cookware is washed in the same area as regular meals cookware(affidavit of D.wahquahboshkuk#87097 prgh 34&35)

61. uncontested.

62. uncontested.there is a steam kettle used for CRD(aff of D. Wahquahboshkuk #87097 prgh 23).

63. uncontested.

64. uncontested.

4

65. uncontested.

66.  contested. All trays that are dirty get passed through the same dirty tray slot window when inmates are through eatting.

67. contested the trays are all stacked ontop of a rollable metal cart( Aff of n.wahquah prgh 3)

68. contested the meal components are kept in the same areas as regular meals(aff of wahquahboshkuk prgh 9-10).

69. contested. The cookware for CRD is washed in the same area as other cookware (aff of wahquah #87097 prgh34-35).

70. contested the CRD is not kosher nor meets jewish dietary laws. ( Aff of PH (A)-(G) all prghs)

71. contested .The CRD is notkosher nor does it meet jewish dietar laws.( Aff of PH (A)-(G) all prghs)

9.DCF
6-16-16-
3-22-17, 72. uncontested.

-29-18-
2-18-19  73. uncontested.

74. contested. plaintiff requested kosher meals and was instead placed on CRD (see attached document for CRD(common fare) request form approval and plaintiffs affdavit prgh 1-4 ) Exhibit C

75. uncontested.

76. uncontested.

77. contested. plaintiff filed a grievance concernibg the CRD poli and procedure in its entirety.(plaintiff compliant and attache grievance forms. respose

78. contested.The CRD is not kosher nor does it meet jewish laws to certified as kosher(Plts Aff #(A) (G) all prghs

79. contested.Aramark and K.D.O.C is responsible for supplying plaintiff with kosher meals as its a centrel tenant of his religion ( see Mortinez report . I.no.p 10-100 0

80. uncontested.

81, uncontested.

82. contested.iems are only kosher during times specified and subject to conditions cited on certificates.( Exhibit A&B

83. uncontested.

84. contested the sliced bread have no symbols certifying them as kosher. Exhubit A&B

85. contested. the certificate for the bread states that the bread is only kosher when bearing kosher symbod(see attched document ( exhibit A&B

86. uncontested.

87. contested the same oven was used for CRD as other meals (Aff of
    Moses prgh 1-9; Aff of PH (A)-(C) all prghs

88. uncontested.

89. contested. (a steam kettle is used to obtain hot water for cook
    ing CRD foods (aff of Inmate HIll#90373 andInmate Moses#56669
    prgh 6 and 7.)

90. contested. reusable red trays are used for service of CRD(
    plaintiffs affidavit #(C) prgh 8 ); Aff of T. Hill prgl 8

91. contested the same cookware is used for CRD and other diets
    Aff of hill prgh 8; inmate moses 56669 prgh 6)

92. contested the CRD is prepared in the same area as regular diet
    (Aff of Moses prgh 3-5; Aff of T. Hill prgh 3-5)

93. uncontested.

94. Crd items and completed trays are transported and kept in same
    area as regular items. (Aff of T. Hill prah 7-9; Aff of Moses
    prgh 7-a)

94. contested the same stem well is used for all meals. (Aff of T. Hill
    prgh 6; Aff of moses prgh 7

95. contested. The meals for CRD are prepared in the same area
    as regular meals the trays are stored in the same warmer
    where it is immpossible for them not to come in contact with
    other meal trays and also come in contact with the warmer
    which is render non kosher due being in contact with the non k
    regular meal trays. (Aff of T. Hill prah 1-8 and Aff of Moses
    prgh 1-a)

96. contested. the Menu items are stored in the same room as other
    diets meal items. (Aff of T. Hill prgh 4-7; Aff of moses prgh
    3-8)

97. contested. The CRD cookware and trays are washed in the same
    dishwasher as all other cookware and trays are. (Aff of T. Hill prgh 8;
    Aff of Moses prgh 9

98. contested. THe CRD is not A kosher diet and meets non of the
    jewish dietary laws. (Aff of PH # (A)-(C) all prghs

**Facts**

1. On 7-5-2016 the plaintiff filed his second amended complaint in the United States District Court for the District of Kansas (DOC#15).

2. On 8/31/2016 the plaintiff second amended complaint was screened pursuant to process under 25 U.S.C. § 1915A and waivers of service forms order served on the defendants as well as directly K.D.O.C. To prepare and file a Martinez report. (DOC #17).

3. Service by mail made on defendants Aramack, Dockendoff, Mifellig, and Church (DOC # 24, 25, 27). On 4-5-17 the plaintiff filed a amended complaint. On 7- -17 the plaintiff's motion to amend was granted in part and denied in part (DOC #48, )

4. Aramack, Dockendoff, Mifellig and Church are all named as defendants as well as participants in the development, implementation and enforcement of the (CRD) into policy, practice and custom in K.D.O.C. (DOC #48).

5. The plaintiff attempted to get placed on a Kosher modified diet by putting in a request form to the chaplin (R. Dunn) and personally speaking with the chaplin. (DOC# 48)

6. After being told by the chaplin that there was no longer a Kosher modified diet offered and only a (CRD) diet. The plaintiff the began to do his

7. I asked chaplin Dunn if the (CRD) was kosher to which he replied that he "was not even allowed to say that the (CRD) was Kosher). (plt aff prgh 9, DOC # 48)

8. On or about March 15, 2014 I went through the serving line at L.C.F.'s Max Dinning hall in order to observe what was served for (CRD) and how it was served. I did this during lunch service as well as service for dinner (CRD). (plt aff prgh 10, DOC # 48)

9. During the service of lunch (CRD) I was handed a empty dark brown reusable plastic tray. It was similar to the plastic reusable trays used for service of regular meals only different in color (light brown is used for serving regular meals). (plt aff prgh 11, DOC# 48)

10. As I proceeded in the meal line different inmates placed different meal components onto the various sections of the Dark-brown plastic reusable trays. (plt aff prgh 12, DOC# 48)

11. The meal components for (CRD) were scooped from metal serving pans that were sitting in a metal "steam well" with colored plastic ladles. (plt aff prgh 13, DOC# 48)

12. None of the meal components that were served for (CRD) were served in unopened, factory sealed packages (except for the margarine) and appeared to have been made from scratch. (plt aff prgh 14, DOC# 48)

13. None of the meal components (besides margarine) had any Kosher certification symbols on them. (plt aff prgh 15, DOC# 48)

14. After (CRD) meal time was complete I followed the other inmates who had completed eating (CRD) out of the L.C.F. Dinning hall with my tray in hand. I observed the other (CRD) inmates placing their (CRD) trays through the same dirty tray slot that I know to be the same dirty tray slot used for all the other dirty trays used for service of meals at L.C.F. Max. (plt aff prgh 16, DOC# 48)

15. As I got to the "dirty tray slot" I peeked in the "dirty tray slot" opening and I observed a inmate dumping the dirty trays left overs into a trash can near him then placing the (CRD) trays onto the conveyor rack of the industrial dish washer. (plt aff prgh 17, DOC# 48)

16. I then proceeded out of the dinning hall at L.C.F. Max. (plt aff prgh 18, DOC# 48)

17. I then returned to the L.C.F. Max Dinning hall for the dinner service of (CRD). (plt aff prgh 19, DOC# 48)

18. I observed the same things at dinner service of the (CRD) that were observed by myself at lunch service of the (CRD). Only with slightly different food items served. The food items for (CRD) were still not served in factory sealed unopened packages and none besides margarine had

kosher certification. (plt aff prgh 20, DOC# 48)

19. For the next approx ten (10) days I began to ask various inmates who worked in the L.C.F. Max kitchen if they had observed how the (CRD) meal was stored, cooked, and where the serving pans and serving utensils were kept at. (plt aff prgh 21, DOC# 48)

20. I was told basically the same information from each inmate, "that the (CRD) was not cooked or prepared in the (CRD) rood. That the (CRD) is prepared and cooked at the same areas as regular meals, and that the same metal serving pans that are used for service of regular meals are the same serving pans used for service of (CRD). (plt aff prgh 22, DOC# 48)

21. It was after the initial investigation that I filed the initial grievance. (plt aff prgh 23, DOC# 48)

22. I appealed the denial of that grievance all the way to the Secretary of Corrections. (plt aff prgh 24, DOC# 48)

23. I continued my investigation into the proper Kosher food requirements and Hebrew dietary laws by reading and studying several books dedicated to Kosher food requirements. (plt aff prgh 25, DOC# 48)

24. Hebrew Kosher dietary laws can be found in The Torah (first five books of the Old Testimony) but most are contained in the Talmud (Misinah). (plt aff prgh 26, DOC# 48)

25. On or about Dec. 5, 2014 (which could have been Nov. 6, 2014) I began work as a electrical engineer on the L.C.F. Max Electrical crew. (plt aff prgh 27, DCO# 48)

26. Myself along with other members of the electric crew completed several work orders in the L.C.F. Max kitchen. While I was working on the electric crew. (plt aff prgh 28, DOC# 48)

27. During the several visits into the L.C.F. Max kitchen to complete work orders. I took the opportunity to observe the storage of the (CRD), how the (CRD) was prepared, and the packages of the (CRD) meal components with my own eyes. (plt aff prgh 29, DOC# 48)

28. During one of these visits to the L.C.F. Max kitchen to complete work orders (which could have been on Nov. 21, 2014) I completed electrical work on the electrical cord of the "steam well" food warmer and turned off the power to the electrical range top in the (CRD) room at the circuit breaker. (plt aff prgh 30, DOC# 48)

29. During that maintenance visit the electrical crew boss was informed also about the problem with the electrical range top. (plt aff prgh 31, DOC# 48)

30. I first made my way to the (CRD) room to determine the electrical problem with the electrical range top. (plt aff prgh 32, DOC# 48)

31. Once I got into the (CRD) room I immediately looked around the (CRD) room to see what I could ascertain about the (CRD). (plt aff prgh 33, DOC# 48)

32. Immediately to the upper left of the (CRD) room was a cage on the wall I looked into the cage and observed a mixer but no other utensils in the cage. (plt aff prgh 34, DOC# 48)

33. There was already a inmate I knew to be Antwan Peppers in the (CRD) room I asked him if his job was (CRD) cook to which he replied "yes". (plt aff prgh 35, DOC# 48)

34. I then asked inmate Peppers what the electrical problem was he pointed at the electrical range top and stated "it's broke". (plt aff prgh 36, DOC# 48)

35. I then walked over to the electrical range top to determine the electrical problem with it. From my observation I could tell that the range top had not been used in a very long time, all the knobs and shafts that the knobs are supposed to be connected to were missing, rendering the range top inoperable. (plt aff prgh 37, DOC# 48)

36. I the relayed the information about the range top to the electric crew boss. The electric crew boss went and verified the problem and advised that the range top should be turned off at the circuit breaker to alleviate a fire hazard. Which me and him then both went to do, as I had previously worked on the kitchen renovation electrical crew and am very familiar with all the

electrical components of the L.C.F. Max kitchen. (plt aff prgh 38, DOC# 48)

37. I was next directed to go fix the electrical cord on the "steam well" on the serving line, I then proceeded to the serving line. (plt aff prgh 39, DOC# 48)

38. When I got to the serving line area I observed a "stem well" warmer turned over so that the electrical wires underneath were visible. As I got all the way up to the "steam well" I observed cockroaches crawling all over the "steam well" from underneath the "steam well", as well as what appeared to be cockroach excrement and leftover food particles. (plt aff prgh 40, DOC# 48)

39. I ascertained that the "steam well" in question was the same "steam well" referenced by me in paragraph 13 and was the only "steam well" located in the serving line room. (plt aff prgh 41, DOC# 48)

40. I proceeded to fix the electrical power cord to the "steam well" in question. Once I was finished a African American Aramark worker with dread locks checked to make sure the "steam well" warmer was operable by having the inmates near by put water in the "steam well" and turn it on. The "steam well" did work after I fixed it. (plt aff prgh 42, DOC# 48)

41. I then waited a few seconds to see if the Aramark staff mentioned was going to have the inmates properly clean it before use for serving. When I ascertain that no such directive was forth coming. I then asked the Aramark staff if he was going to have the inmates or he himself clean the "steam well". To which he replied "no". I then stated "man there's roaches all over it though". He shrugged his shoulders and directed the inmates to set the "steam well" up for service of (CRD). (plt aff prgh 43, DOC# 48)

42. I then observed the mentioned Aramark staff walk over to a multi purpose use steel table and grab several different color plastic food scoops off the steel table. I was able to ascertain that the food scoops that he picked up were the same as the scoops mentioned by me in paragraph 13 used for (CRD). (plt aff prgh 44, DOC# 48)

43. Food scoops used for regular meals as metal. (plt aff prgh 45, DOC# 48)

44. I then proceeded back to the area where the electric crew boss was. He was busy talking so I took the opportunity to continue look around. (plt aff prgh 46, DOC# 48)

45. I noticed a inmate stirring food in a large "steam kettle". I walked over to him and asked him if one of the steam kettles was used to prepare (CRD). The inmate pointed to the right of the "steam kettle" he was at, to another "steam kettle" approx 2-3 ft away. The "steam kettle" he pointed at was approx 2-3ft away from the grill and deep fryers. (see exhibit b2) (plt aff prgh 47, DOC# 48)

46. Aramark inmate cooks prepare various pork products (pork chops, bacon), and shellfish (shrimp) on the grill and deep fryers as well as other non kosher foods on the grill and deep fryer mention in paragraph 47. (plt aff prgh 48, DOC# 48)

47. I then walked over to a inmate I knew to be Antwan Peppers who was cutting up white turkey for Gluten free meals (which I determined from him placing the turkey meat into styrofoam trays marked gluten free). He was doing this on steel table located directly outside the (CRD) room I then asked him where were (CRD) meals prepared. He then pointed down at the tables he was cutting up the turkey on and replied "here but there already done." (plt aff prgh 49, DOC# 48)

48. I then observed a big brown cardboard box that was opened with a loaf of white sliced bread sitting directly beside the box. (plt aff prgh 50, DOC# 48)

49. I was able to identify that the white sliced bread was the same white sliced bread used for (CRD) from the clear plastic package the loafs were in. Where the same package type of loafs that I had observed while going through (CRD) meal line. Plus due to the fact that regular meals

are only served homemade rolls and not sliced bread. (plt aff prgh 51, DOC# 48)

50. I then began to closely inspect the open cardboard box. I observed serveal loafs of unopened sliced white bread inside the box. The loafs were that same see through (clear) plastic package as the one laying beside the box. (plt aff prgh 52, DOC# 48)

51. the loafs themselves had no kosher symbols or markings or any labels at all. (plt aff prgh 53, DOC# 48)

52. I then began to inspect the outside of the box. The box had no kosher symbols or markings and only had a brand name in red with no nutritional facts affixed. (plt aff prgh 54, DOC# 48)

53. I then re-joined the electric crew and I left the L.C.F. Max kitchen along with the other members of the electric crew. (plt aff prgh 55, DOC# 48)

54. On December 12, 2014 the electric crew was once again called to the L.C.F. Max kitchen in order to fix a circuit board sensor that was shooting sparks out of it (this sensor was located near the steam kettles). (plt aff prgh 56, DOC# 48)

55. While the electric crew boss determined the electrical problem with the sensor, I once again took the opportunity to look around the L.C.F. Max kitchen and investigate the (CRD). (plt aff prgh 57, DOC# 48)

56. I once again observed a inmate I knew to be Antwan Peppers in the (CRD) room , so I walked over to the (CRD) room. (plt aff prgh 58, DOC# 48)

57. I asked inmate Peppers if he could show me what the package of the main entree used for (CRD) looked like. He told me that (CRD) had "already been cooked". I replied that I was really only interested in seeing the package of the (CRD) main entree. (plt aff prgh 59, DOC# 48)

58. inmate Peppers then reached into the trash can near him and grabbed a clear plastic empty package out of it and held it out for me to inspect. (plt aff prgh 60, DOC# 48)

59. I then began to closely inspect the clear empty package. The package was approx 8 inches by 10 inches. (estimate) The clear empty package had no kosher symbols or kosher certification affixed to it. The clear empty package had only the words "beef stroganoff" written across it in what appeared to be red marker and nothing else. (plt aff prgh 61, DOC# 48)

60. I then asked inmate Peppers if all the other (CRD) main entrees were marked the same and if any additional markings or labels. He repiled that all the (CRD) main entrees packages looked the same way as the one he was holding only some had different writing on them identifying the contents of the clear plastic packages. (plt aff prgh 62, DOC# 48)

61. I then asked him if he could show me where it was that they kept the serving pans used for (CRD). To which he replied "right out there". While exiting the (CRD) and turning to his right (my left) to the area directly by the pots and pans area where a rack of metal serving pans were stack on top of one another and pointed at stacks of metal serving pans. (plt aff prgh 63, DOC# 48)

62. I knew this stack of metal serving pans to be the same stack of metal serving pans to be the same ones used for serving regular meals. (plt aff prgh 64, DOC# 48)

63. I then thanked inmate Peppers and returned to the area the electric crew was at and exited the L.C.F. Max kitchen with them. (plt aff prgh 65, DOC# 48)

64. I have previously held the position of kosher cook for Aramark during the years of 2004-2005 (while serving a prior sentence) at L.C.F. Max. (plt aff prgh 66, DOC# 48)

65. I recall clearly what the job duties of a kosher cook were and what foods were served and how kosher meals were prepared. (plt aff prgh 67, DOC# 48)

66. during the time I was a kosher cook for Aramark, for kosher meals only, pre-packaged kosher t.v. Dinners were served. They were stored, cooked and served sealed. (plt aff prgh 68, DOC# 48)

67. On June 16, 2017 I was moved from (L.C.F.) to (E.D.C.F.). (plt aff prgh 1, 2)

68. Once at E.D.C.F. I observed the service of (CRD). (plt aff prgh 67)

69. The same meal components that are served for (CRD) at L.C.F. Are served for (CRD) at E.D.C.F. (plt aff prgh 78)

70. Light-brown reusable stackable trays are used for service of the (CRD) at (E.D.C.F.).( (plt aff prgh 77)

71. at (E.D.C.F.) "Special Management" two or three (C.O.) hand out meal trays to inmates. The C.O. first take all the trays out of the food warmer and place all trays on top of one another (regular, veg., and (CRD) trays) on a plastic cart that is used for various things, passing out cleaning supplies, moving inmates and various other purposes. (plt aff prgh 77, 79)

72. After inmates in there cells are done eating a C.O. picks up all the trays from the inmates and once again stack all the trays on top of one another and then places the trays back into the food warmer. (plt aff prgh 80)

73. On 4-22-2017 I was transported fro (E.D.C.F.) to (H.C.F.). (plt 2nd affidavit prgh 1, 2)

74. The (CRD) at H.C.F. is served similarly to the way the (CRD) is served at (E.D.C.F.) the only difference is that gray trays are used for (CRD). (plt 2nd aff prgh 6-11)

75. The same gray trays that are used for service of (CRD) are also used for service of veg. Meals. (plt 2nd aff prgh 7, 8)

76. The (CRD) served at (E.D.C.F.) is not kosher and meets none of the Jewish dietary laws. (plt 1st aff, DOC# 48)

77. the (CRD) served at H.C.F. is not kosher and meets none of the Jewish dietary laws. (plt 2nd aff prgh 5-11)

78. The plaintiff was able to come in contact with one inmate named Daniel Wahquahboshkuk #87097.

79. Inmate Wahquahboshkuk #87097 was a (CRD) cook at H.C.F. from about 1-15-2017 until 4-15-2017. inmate Wahquahboshkuk informed the plaintiff that the source, storage, preparation of the (CRD) at H.C.F. is identical to the source, storage, preparation and service of the (CRD) at L.C.F. He further informed the plaintiff that he was directed by Aramark workers to keep leftovers that are stored in the same cold storage as non-kosher foods. (Affidavit of Daniel Wahquahboshkuk #87097 prgh 1-36)

80. The plaintiff was housed in Restrictive housing (segregation) B- Cellhouse at E.D.C.F. For pre-hearing detention on 2/28/19. (plaintiff affidavit dated 3/11/19) Aff (3(1)prgh 3

81. Plaintiff personally observed the service of meals to himself and other offenders housed in restrictive housing B-Cellhouse. Aff of Plt #(B) prgh 4-5 \

82. The plaintiff has ascertained the following concerning the service of the (CRD) certified religious diet.

83. The (CRD) trays are still transported along with the very meal trays and regular trays in a large electric warmer they are not separated at all. Aff of Plt # (B) prgh 7

84. When the large electric tray warmer arrives at BCH all the trays (CRD) (Veg) (Regular) Meal trays are stacked onto a rollable cart that is approx 3 ½ ft tall, 2 ft wide and approx 4 ft long, all the trays are stacked together. Aff of Plt #(B) prgh 7 #

85. The yellowish-tan trays used for (CRD) (as described in defendant's motion) are being used as tray toppers at the top of the stacks of regular trays, veg trays, and special diet trays, as well as for CRD. Aff of Plt (B) prgh #9

Plt Aff #B 86. The correctional officer working then hands out trays to each cell two to a cell (since there are two offenders to a cell) corresponding to the individual offenders diet.

87. After offenders are finished eating there meal the dietary trays are then picked up from each cell

warmer completely when it is brought into the cellhouse and is left in the dayroom for service of meals. The electric warmer is only about 15 to 20 feet from my cell door for the entire time it is in the cellhouse. (prgh #6)

106.  The plaintiff has been able to ascertain the following concerning the service of the (CRD) certified religious diet on ACH; a Aramark supervisor and two and sometimes three inmates transport the electric warmer from the E.D.C.F kitchen to A1 Cellhouse. All the meal trays are contained within the same electric warmer. (regular, vegetarian, CRD, and special medical diet) The electric warmer is then plugged into a electric outlet located in the front wall area of the officers desk area; the C.O.s and Aramark supervisor then make sure the correct number of trays are present by opening the two doors of the electric warmer. Plaintiff has personally witnessed that all trays are stacked on top of one another and right next to one another touching (CRD, Reg., Veg., Medical) there is no separation. (prgh 7+8)

107.  After putting on gloves and paper head and beard nets, the correctional officers then take a roster of the inmates in the cellhouse that shows the inmates diet. The (C.O.'s) then take the meal trays that correspond to that inmates diet on the bottom tier and places the corresponding ammount of meal trays that there inmates on the diet, places them on a plastic two tier rollable cart. (i.e., if there 10 CRD, 30 Reg, and 20 Medical diets) they will all be placed on the same rollable cart. These trays are often stacked on top one another on the rollable cart (prgh #9)

108.  The C.O.'s then pass out to each inmate on the bottom tier the meal trays that corresponds to their diet. Plaintiff has personally witnessed CRD trays stacked on other meal trays in the warmer and on the rollable cart. (prgh 10)

109.  After the inmates are done eating a C.O. then picks up the trays that are dirty from the inmates via the tray hatch and places them on the same rollable cart, stacked on top of one another with no separation, And then places them dirty back into the electric warmer (which is unplugged). (prgh 11)

110.  The same process is done for the top tier which the trays get to the top tier by the rollable cart with trays being placed in a small elevator to make it to top tier. (prgh 12)

111.  After all trays that are dirty are placed in warmer two-three inmates arrive to transport electric warmer full of all the dirty trays back to E.D.C.F. Kitchen. (plaintiff affidavit dated 3/29/19) (prgh 13)

112.  On or about 4/2/2019 while housed in A cellhouse one-side cell 158 at Eldorado Correctional Facility in Eldorado, Kansas, Plaintiff ascertained that there was a small change in the service of the (CRD). These changes are as follows: The service of (CRD) to inmates in segregation (A) trays are now disposable trays. (B) disposable trays are disposed of after use. (prgh 14)

Pit Aff(B)  113.  The (CRD) disposable are still transported in the electric warmer from E.D.C.F. Kitchen to Seg. Cellhouses along with all the other meal trays. (prgh # 3)

114.  The plaintiff has witnessed the (CRD) disposable trays stacked on top of other non-kosher trays and/or touching other meal trays that are non-kosher. (prgh #4).

115.  The (CRD) disposable trays are still handed out in the same way as outlined in the above (numbers 107 thru 111) on the rollable cart (prgh # 5)

116.  The foregoing still does not meet the plaintiffs religious requirements out to the (CRD) meals being prepared in a standard non kosher poison kitchen from scratch. (prgh #6

117.  Plaintiff's strict orthodox Jewish dietary laws require that kosher food not be prepared or processed in a restaurant/eating house, kitchen, or lunchroom that serves, cooks or prepares non-kosher foods. (prgh #7)

118.  This is outlined in <u>As. helman v. Wawrzaszek</u>, 111 F.3d 674, 675 note 2 (9th Circuit) and <u>Beerhiede v. Suthers</u>, 286 F.3d 1179, 1189 (10th Cir 2002) note 4. "A Kosher diet cannot be

prepared in standard prison kitchen". (pg ¶ 8),

119.    Plaintiff's orthodox Jewish beliefs require that he be served a kosher diet that meets all Jewish dietary laws pertaining to source, storage, preparation, and service, one of those being that the Kosher diet cannot be prepared in a standard non-kosher prison kitchen. (pg ¶ #9)

120.    One way to correct this current problem is to build a completely different separate kosher kitchen (pg ¶ 10)

121.    Another way to correct the current problem is to (1) serve prepackaged kosher meals from kosher vendors around the country (eg. Airline dinners or shelf stable packaging) and/or (2) obtain fresh products through retail outlets and kosher food purveyors (while also) meeting nutritional requirements of at least 2900 calories along with other nutritional requirements pertaining to other nutritional intake. (pg ¶ 11)

**Dit Aff (A)**

122.    On or about April 23, 2017, Plaintiff requested via form-9 to the Chaplins office at Hutchinson correctional facility (while then housed at H.C.F.) to be placed on Kosher modified diet. (pg ¶ 1)

123.    Plaintiff was sent a request for Certified religious diet instead. (pg ¶ # 2),

124.    Plaintiff then in the lines available again in writing request "I would like a real Kosher modified diet." without checking the box for (CRD). (pg ¶ #3)

125.    On or about April 27, 2017 I received a copy of request form back with the CRD box check by a X and a stamp for effective date and signature at the bottom. (Pg ¶ 4),

126.    Plaintiff stayed on (CRD) for the remainder of my time at H.C.F. on Jan 19, 2018 (pg ¶ #5)

127.    On Jan 29, 2018 Plaintiff was transferred to Eldorado Correctional Facility General Population. (Pg ¶ #6)

128.    After not being listed on CRD which should have followed him. Plaintiff again on or about 4/2/149 requested to be placed on a kosher modified diet via form-9 request form. (Pg ¶ # 7)

129.    On or about 4/11/2019 I received a response back stating that I had been placed on (CRD) certified religious diet. (Pg ¶ # 8)

**PH Aff (F)**

130.    On 5/17/19 I was transferred from Eldorado Correctional facility general population to Lansing correctional facility segregation cell 103 on holdover status so that I could attend trial in a unrelated civil action. (Pg ¶ #1)

131.    While housed in L.C.F. Segregation I was able to ascertain the following concerning the preparation and service of the (CRD) certified religious diet. (Pg ¶ #2),

132.    The (CRD) at (L.C.F.) is still prepared in the same areas and places as outlined in the amended complaint and accompanied affidavit. (Pg ¶ # 5)

133.    The (CRD) in segregation is served in the following manner. The (CRD) meal trays arrive in a large electric food warmer along with all the other meal trays regular, veg., renal, and gluten. All of the trays are stacked together inside the electric food warmer. There is no separation between the trays. (lunch is a sack lunch). (Pg ¶ 4),

134.    The (CRD) trays differ only in color from the regular meal trays. The (CRD) trays are a yellowish colored stackable hard plastic tray while the regular meal trays are brownish in color (Pg ¶ 5)

135.    Once the electric warmer arrives in C-1 cellhouse a correctional officer puts on gloves and a hair net then takes a rollable plastic cart that is approx 3 ft by 2 ft and approx 3 ft tall and stacks the required number of meal trays (CRD, regular, special diets etc..) for the tier that C.O. Is handing out trays on. There is no separation of the trays and (CRD) trays ae often stacked on top of the other trays. (Pg ¶ 6),

136.    The correctional officer then passes out a tray to each offender corresponding to the diet they are on. (Pg ¶ 7),

137.    After the offender is done eating his meal, a correctional officer then picks up the dirty meal

trays from each one of the cells via the door hatch for trays. (garyn 8)

138.    There is no separation of the dirty trays and the (CRD) trays are stacked on top of the other dirty trays on the rollable cart. (garyn 9),

139.    The dirty trays are then placed back into the electric food warmer and sent back to the kitchen to be washed  (garyn 10),

140.    the same meal components as well as the same (CRD) menu is used at L.C.F. That is used for all the other K.D.O.C. Adult facilities, same meals served on same days and same meal times (i.e. breakfast, lunch, dinner). (garyn 11)

Plt AFF (G)

141. on or about Sept 10 2018 while having a conversation with severa inmates.A inmate mentioned to the plaintiff that he and the other inmates who worked in the kitchen at e.d.c.f were having to deep clean the kitchen to get ready for a inspection from the Kansas Attorney Generals office.(plain tiffs Aff G;prgh 3)

142.After the inspection(about a week later)the plaintiff notic a change in the service of the CRD in the form of Aramark no longer using re-usable plastic trays and insted using styrofoam trays wrapped in plastic for general population and segregation cell houses.(plaintiffs Aff (G) prgh 5).

143. As of the creation of this affidavit of truth on 7/9/20 the CRD has went back to being served the way it was prior to the inspection by the kansas attorney generals office The CRD is once again being served on non-disposable trays which are redish in color.(plaintiffs Aff (G) prgh 6-10; aff of inmate moses prgh 9;and aff of j.Hill prgh 8.)

144. The CRD trays are washed in the same dishwasher as all the other meal trays.(plaintiffs aff (G) prgh11;aff of j.Hill 8;and aff of Moses prgh 9).

145. there is no seperation of pots and pans used for CRD the pots and pans used for regular meals are also used for CRD.(aff of moses prgh 6).

146. Inmate moses #56669 held the position of CRD cook for nearly two years at E.D.C.F (aff of moses prgh11).

147. there is no seperation of pots used for preparation or service of CRD,the same potes and pans are used for all meals.(AFF OF moses prgh 3 & 6)

148 there is no seperate room for CRD there is only a area within the kitchen (Aff of moses 3&5;aff of j.Hill prgh 3&5.)

149.Inmate J.Hill is the current CRD cook at E.D.C.F(Aff of hil prgh 1).

150. the CRD trays are kept in the same warmer as other meal trays (aff of hill prgh7;aff of moses prgh8).

15

Standard of review

"[S]ummary judgement is proper if,viewing the evidence in the li
light most favorable to the non-moving party,there is no genuine
dispute as to any material fact and the movant is entitled to
judgement as a matter of law" patel v. Hall,849 F.3d 970,978
(10th cir.2017)(quatations omitted);see Fed R.Civ.P.56(a). "[a]ll
disputed facts must be resolved in favor of the party resisting
summary judgement." White V.Gen.motors Corp.,908 F.2d 669,670
(10th Cir 1990). "The nonmoving party is entitled to all reasonab
le inferences from the record;patel,849 F.3d at 978 (quatations
omitted).


## ARGUEMENTS AND AUTHORITIES
I.Plaintiffs claims are not moot as the policy and procedure for
   the Certified religious diet CRD(also known as Common fare)
   is the same at every K.D.O.C kitchen operated by Aramark.

   INtially the plaintiff would like to clarify to the court
that he is only bringing claims agaist the policy and procedure
for the (CRD) and the poiicy makers of the(CRD).For the sake of
clarity the CRD menu operates and is a POLICY ON WHAT mealitems
are served to inmates on CRD and the wieght of the meal items
served to inmates.The CRD procedure dictates how the CRD is
souced,prepared,stored,served to inmates on CRD.The CRD is the
same at every K.D.O.C facilty kitchen operated by Aramark.Which
is the reason the plaintiff brought claims against the policy
and procedure of the CRD as well as the policy makers of the
CRD. THe plaintiff further brought claims against defendant Church
for is part in sourcing the CRD meal items.The plaintiff went
through the process of detailing how the CRD policy and operates
for meal items served,and how said items are souced,prepared,&
served at evry K.D.O.C kitchen plaintiff has reside at.submitting
affidavits from his own personal observations as well as other
inmates who held the postion of CRD cooks (see exhibits A& .Anti-
cipating tactical transfers of his person the plaintiff further
brought his civil action against the policy and procedure of the
CRD and policy makers.THe CRD policy only offers one optional
section in its body and that is whether or not disposable or re-
usable trays are used in service of CRD meals,other than that
option the policy and procedure is identical (see exhibit F ).
In a effort to muddy the water the defendants conducted what was
called a "suprise inspection" that was widely known was coming
amoung the inmate workforce at E.D.C.F. Said "surprise inspection
occured immediately before the defendants intial motion requesting
summary judgement. After the so called "surprise inspection" the
prepartion,storage,and service went back to being completed in
the same manner that it was prior to the "inspection"(see aff of
plt (G) prgh 1-12;Aff of J.Hill prgh 1-8;Aff of Moses prgh1-9.

   Secondly the procedure for has no date of Enactment and it is
apparent to the plaintiff from the affidavits submitted by the
defendants,grievance reponse,and martinez report that if the alleg
ed CRD policy was in place at the time of the martinez report that
it was not being followed.Which highlights that defendants were
winging it or just did'nt care that the were violating

AS discussed above the policy and procedure for the CRD is the same at every K.D.O.C facilty kitchen.When the plaintiff intially requested to be placed on a kosher diet he was informed that there was only a  CRD meal offerd by Aramark.The plaintiff then investigated the source,storage,preparation,and service of the CRD.After said investigation (as detailed in grievance and complant)the plaintiff was able to conclude that the CRd does not meet jewish dietary laws to be able to be certified as kosher.He also concluded that the shortcomings of the CRD were not merely just the inmate workforce not properly following proper procedure for preparation,storagge,and service,but were results of CRD policy procedure not being in tune with jewish dietary laws.THe plaintiff then went through the task of detailing the effects of the CRD in his grievance and then following through with the grievanc procedure exhausting his available renedies when nothing was correctd.After filing his intial civil action in this matter.The plaintiff was then transferred to E.D.C.F from L.C.Fand ultimately bening transferred going three K.D.O.C facilities and back to LC.F in2019 for a month.All three facilitied employee the same CRD policy and procedure for source,storage.preparation,and service of the CRD and only offer CRd meals to inmates who requset kosher meals.To require the plaintiff to file three diffent grievances then exhaust administrative remedies and then file three seperate civil actions for the same exact violations of his right to religious practice would be highly prejudicial,would cause a undue burden upon him financially as each lawsuit cost $350.00 to file irregardless of in forma pauperis status.and would cause a undue burden on the court system from several differnt civil actions against the same defendants for creating the same policy, that caused the same violations of plaintiffs constitutional rights . The defendants have already enjoyed be allowed to file piece meal dispotive motion(over the objection of the plaintiff invoking res judicata and collateral estopell)in the form of a motion to dismiss and then a motion requesting judgement on the pleadings which are are basically the same motion.then the plaintiffs were allowed to then file a motion requesting summary judgement.all based upon the same legal issues already raised previously.The plaintiff repectfully request this court deny the defendants motion in its entirety litigation be allowed to progress to the next stage and discovery be allowed to commence.


                         CONCLUSION
     For all the forgoing reasons the defendant request the court deny the defendants motion in its entirety and allow the litigation to proceed to the next stage of litigation so the the violation of the plaintiffs rights can be brought to a end.

                                   Respectfully
                                   submitted,
                                   DeRon McCoy,Jr


                    Certificate of service
I hereby certfy that on this 12 day of july,2020 I submitted the foregoing motion to E.D.C.F staff for e-filling the same in the U.S district court for the district of kansas

                                   S/DeRon McCoy,Jr
                          18

Affidavit of Daniel
Wahquahboshkuk#87097

## affidavit

State of Kansas )
)
)
County of Reno )

I DANIEL WAHQUAHBOSHKUK , #0087097 being of lawful age
and being duly sworn upon oath, state the following:

1. I am currently incarcerated at Hutchinson
correctional facility. (H.C.F)

2. I have previously held the posistion of common
fare (CRD) cook at (H.C.F) from 01-15-2017 to 04-15-2017.

3. I was responsible for serving lunch and preparing
and serving Dinner. 10 to 6 shift.

4. The following is how the common fare (CRD)
is prepared at (H.C.F).

5. When I would arrive at work the inmate
who worked in the storgae room would already
have the food components to be used for the
preparation of Dinner already sitting in the (CRD)
room.

6. Depending on the (CRD) menu I would be supplied
with flavored soy meat (Chicken.turkey..or Beef)

(1)

in its own factory sealed package.

7. The factory sealed package bares no kosher symbols or marking.

8. In a seperate factory sealed package with no kosher symbols or markings would be the flavorings for the soy meat (Beef Strogenoff, Itlian chicken, creamy chicken, etc... in accordance with (CRD)menu).

9. In a large plastic bag would be the first side item either noodles or rice these items are portioned out from a larger bag kept in dry storage and are ~~Re-Bised~~ Packaged/portioned out by a inmate working in dry storage.

10. The same procedure is used for the side items mixed vegetables and carrots. with a inmate in storage/prep packaging the side items in a large plastic sack from a larger box in the freezer.

11. The ~~Garden~~ salad is the same salad used for regular meals and has no kosher symbols or markings on its clear plastic factory sealed package

12. The bread is sliced white bread in a clear plastic bag and niether the loaf or cardboard box that the sliced white bread comes in has any kosher symbols or markings.

(2)

13. The flour tortillas also come in clear factory sealed packages and have no Kosher symbols or markings on them.

14. I have not personally witnessed any Kosher symbols or markings on any of the food items beside the margarine, jelly and sweetener and the peanut butter used for common fare sack lunches.

15. After I check the food items to be used for LCRD) Dinner to make sure all items match up with the menu. I would then proceed to the serving line to serve LCRD) lunch to general population.

16. The lunch items would already be prepared by the 2-10 am LCRD) cook and would be in metal serving pans ready to be served.

17. I would take one serving pan each of the meal components to be served for lunch LCRD) from the hot storage and/or cold storage and take them to the serving line to be served to general population.

18. The LCRD) is served from the same areas and serving window as all other meals.

(3)

19. The same metal serving pans used for preparation and service of regular and veg meals are the same metal serving pans used for LCRD meals

20. The same utensils used for preparation and service of regular and veg meals are the same utensils used for prep and service of LCRD meals. (except for one whisk).

21. After service of LCRD meals is complete I would then cover and date any leftovers (in accordance with my training and as I was directed by the Aramark supervisors) and then place those leftovers in the cold storage with all other meals leftovers for service on another day. I then would proceed to the LCRD room to start prep of LCRD dinner.

22. I would then get all the items to be used for preparation of Dinner and in accordance with my training take these items from the LCRD room out into the steam kettle area so that I could cook them.

23. There is a steam kettle designated for LCRD, but it is directly next to the other steam kettle(s) used for preparation of regular meals.

24. I would basically put the contents from the two factory sealed meal components for the main entree in warm water

(4)

and whisk them together while cooking until cooking time was complete.

25. The same procedure was used for Noodles/rice and/or vegtables.

26. Once the meal compouents were done cooking I would then laddle the completed meal items out of the steam Kettle and into individual metal serving pans and then place the serving pans into the large food warmer to await service.

27. If salad was to be served I would pour the salad out of its package into a metal serving pan and then pour italian dressing over the salad and toss it until salad greens were evenly coated. I would then cover pans and place them in cold storage to await service.

28. After all (CRD) meal components were completed I then would begin to prepare the trays to be served to the inmates in restrictive housing (segregation).

29. I would place the required amount of food in accordance with the (CRD) menu onto each section of the gray trays and then stack the trays on top of one another.

30. The same gray trays used for (CRD) are also used for veg meals at HCCF.

31. The completed trays are then placed on a metal cart along with the other trays (Reg & veg) for inmates in restrictive housing.

32. After I completed restrictive housings trays for (CRD) and after count cleared I would then proceed back to the serving line to serve (CRD) Dinner to general population.

33. The same procedure for service of lunch (CRD) is the same procedure for service of Dinner (CRD) for general population, even the procedure for any (CRD) leftovers.

34. The utensils, serving pans, and pots are washed in the same area as the utensils, serving pans and pots, as they all are used for prep and service for all meals

35. The gray trays are washed in the same Dish washer as all the other trays used for service of every meal.

36. The foregoing description of preparation and service of (CRD) is how I was trained by Aramark to prepare and serve the (CRD) at

(6)

(H.C.F) and is also how I have seen the other (CRD) cooks be trained to prepare and serve the (CRD) meal and its meal components.

Further affiant saith not.

_Daniel W._ 7-12-17

Signature

Subscribed and sworn to before me on this 12ᵀᴴ day of 2017
~~June~~ July

JORDAN C. BELL
Notary Public - State of Kansas
My Appt. Expires 5/03/2031

Notary public

(7)

Affidavit A
Plaintiff DeRon McCoy,Jr#76894

County of Butler )

) SS:

State of Kansas )

## Affidavit of DeRon McCoy Jr

I DeRon McCoy, Jr being of lawful age and being duly sworn upon oath state the following.

1. On or about April-23-2017 I requested via form-9 to the chaplins office at Hutchinson correctional facility (While then housed at HCCF) to be placed on a Kosher Modified diet.

2. I was sent a request for certified religious diet instead.

3. I then in the Lines available again in writing request "I would like a real Kosher Modified diet" without checking the box for (CRD)

4. On or about April 27, 2017 I received a copy of the same request form back with the CRD box checked by a X and a stamp for effective date and signature at the bottom (see attached exhibit A)

5. I stayed on (CRD) for the remainder of my time at HCCF on Jan 29, 2018

6. On Jan 29, 2018 I was transferred to Eldorado correctional facility General population

7. After Not being Listed on CRD which should have followed Me, I again on or about 4-2-19 requested to be placed on a Kosher Modified diet via form-9 request form.

8. On or about 4/11/2019 I received a response back stating that I had been placed on (CRD) certified religious diet. (see attached exhibit "B")

(1)

Furthe Affiant saith Naught

Deron McCoy Jr

Rure D Hoon
Notary public

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires _____

Dates   9/16/2022

(2)

Affidavit B
plaintiff DeRon McCoy,Jr#76894

county of Butler )
                    ) SS:
state of Kansas    )        Affidavit


I, DeRon McCoy Jr being of Lawful age and duly sworn upon oath state the following:

1. My Full Name is DeRon McCoy. Jr Date of birth March 2nd, 1983

2. I currently reside at Eldorado correctional Facility in Eldorado, Kansas P.O BOX 311 Eldorado. KS 67042 and have been since Jan 29, 2018

3. I'm currently being housed in Restrictive housing (Segregation) B-cellhouse at E.d.C.F for pre-hearing detention, have been since 2-28-2019.

4. I have personally observed the service of meals to me and other Offenders housed in Restrictive housing B-cellhouse.

5. I have ascertained the following concerning the Service of the (CRD) certified religious diet.

6. The (CRD) trays are still transported along with the veg meal trays and regular trays in a large electric warmer they are not seperated at all.

7. When the large electric tray warmer arrives at BCH all the trays (CRD) (veg) and (Regular) Meal trays are stacked ON-to

(1)

a  Rollable cart, earrex that is approx 3½ft tall, 2ft wide and
approx 4ft long, all the trays are stacked togethor

8. The yellow-tan trays used for (CRD) [as described in defendents
   motion] are being used as tray toppers at the top of the
   stacks of Regular trays, veg trays, and special Diet trays,
   as well as For CRD.

9. The correctional officer working then hands out trays to each
   cell two to a cell (since there are two offenders to a cell)
   corresponding to the individual offenders diet.

10. After offenders are finished eating there meal the dirty trays
    are then picked up from each cell in the cellhouse and restacked
    on the rollable cart. There is NO seperation of the trays
    CRD trays are stacked on-top of all the other dirty trays.

11. The trays are then placed back into the large electrical warmer
    which is then rolled into the hallway of each which's then picked
    up by offenders who work for animal and animal supervisor and
    taken back to kitchen for washing.

                                         DeRon McCoy Jr
                                         DeRon McCoy Jr # 76594

subscribed and sworn before me on
this  11  day of March  2019
   Roland Buchanan
   Notary Public

NOTARY PUBLIC - State of Kansas
ROLAND BUCHANAN
My Appt Expires  2021

⑤

County of Butler )
                 ) SS:
State of Kansas )

## Affidavit

I DeRon McCoy, Jr inmate # 76894 being of lawful age and being duly sworn upon oath state the following:

1. I am a orthodox Jewish believer.

2. I wish to eat only Kosher food that meet all strict orthodox Jewish dietary Guidelines.

3. If provided with meals that meet all Jewish dietary guidelines. I will not purchase for my self or others any commisary items that are not Kosher.

4. The previous items that I purchased from commisary that were not Kosher was due to, at one time the [as Kosher or not Kosher] items were not Marked in anyway on the commisary purchase list and offenders are not provided with pictures of said items before purchase.

5. The other items that I purchased. [That were not Kosher] I purchased for other offenders and I did not myself eat. As they were not Kosher

6. When I purchased a commisary item and determined it was not Kosher I gave that Item away and did not purchase it for myself again.

7. Since being released to General population on January 29, 2018 I have attended every weekly Jewish callout (Fri and Sat) up until the writting of this Affidavt except approx 3 times due to physical illness. Which can be proven by documentation

①

8. In chaplins possesion/care.

9. Since being released to General population on January 29, 2018 untill the day writting this affidavit I have attended every Judicia service for each Jewish High Holly day. and have participated in every Jewish Fast Day.

10. I had also done so previously while in General population at Lansing correctional facility and also while held in ad-seg for 22 months from 2016 - January 29th 2018

11. I have to the best of my abilities since the year 2006 attempted to follow all (613) mitzvot (commandments) of the Jewish faith. when I have broken any of the commandments I have asked Gods forgivness and tried to ensure I follow all the commandments when the next opportunity presented itself.


Further Affiant sayth naught


                                        s/ Deron McCoy Jr
                                        Affiant Deron McCoy, Jr

Subscribed and sworn before me
on this 11 day of March, 2019

NOTARY PUBLIC - State of Kansas
ROLAND BUCHANAN
My Appt Expires 2021

Roland Buchanan
Notary public

Affidavit C
Plaintiff DeRon McCoy,Jr#76894

in the in the cellhouse and re-stacked on the rollable cart. There is no separation of the trays, (CRD) trays are stacked on top of all the other dirty trays. Laff of Plt (B) prgh 9-11).

88. The trays are then placed back into the large electric warmer which is then rolled into the hallway of BCH, which is then picked up by offenders who work for Aramark and Aramark supervisor and taken back to kitchen for washing. (plaintiff affidavit dated 3/11/19) Aff prgh 9-11)

Plt Aff #B(A) 89. Plaintiff is a Orthodox Jewish believer. Aff of Plt II B(A) prgh 1

90. Plaintiff wishes to eat only Kosher food that meet all strict Orthodox Jewish dietary guidelines. Aff prgh 2

91. If provided with meals that meet all Jewish dietary guidelines, plaintiff will not purchase for himself and others any commissary items that are not Kosher. Aff of Plt # B(A). prgh 3

92. The previous item that I purchased from commissary that were not kosher was due to at one time the items were not marked in anyway as Kosher or not Kosher on the commissary purchase list and offenders are not provided with pictures of said items before purchase. prgh 4

93. The other items that plaintiff purchased that were not kosher, he purchased for other offenders and did not eat himself. As they were not Kosher. Laff of Plt P(A) prgh 5

94. When the plaintiff purchased a commissary item and determined it was not kosher, he gave that item away and did not purchase it for himself.( prgh 6)

95. Since being released to General Population on January 24, 2018 the plaintiff has attended every weekly Jewish callout (Fri. and Sat.) up until the writing of this affidavit except approx 3 times due to physical illness. (which can be proven by documentation in Chaplins' possession/care prgh 7)

96. Since being released to General population on January 24, 2018 until the day writing this affidavit plaintiff has attended every service for each Jewish High Holy day, and has participated in every Jewish fast day. prgh #7

97. The plaintiff had also done so previously while in general population at Lansing correctional facility and also while held in Ad-seg for 22 months from 2016 thru January 24, 2018 (prgh 9)

98. Plaintiff has to the best of his abilities since the year 2006 attempted to follow all (613) Mitzust (Commandments) of the Jewish faith when plaintiff have broken any of the commandments, the plaintiff has asked Gods forgiveness and tried to ensure he follow all the commandments when the next opportunity presented itself. (plaintiff affidavit dated 3/11/19) Aff of Plt B(A) prgh 11

Plt Aff #(C) 99. On 3/21/19 the plaintiff was moved from B1 cellhouse cell 108 to what was supposed to be general population in A1 cellhouse cell 158 at E.D.C.F (plaintiff affidavit dated 3/29/19) prgh 1

100. Since being placed in A1 cellhouse cell 158 plaintiff and other inmates in A cellhouse have been on 24 hr lockdown and only allowed out for 15 minute showers 3 times a week and to grab meals (in cellhouse) and to return to our cells to eat meals. We have not been allowed to go to religious callouts, law library, or to have one hour of outside recreation in any form. prgh 2

101. On 3/27/19 the plaintiff and other inmates in A1 were informed that A1 cellhouse would now be segregation and treated as such. prgh 3

102. Since being in A1 cellhouse plaintiff has not witnessed any disturbances or major disciplinary actions or heard of any of the inmates having major disciplinary actions or disturbances since being housed in ACH, despite many of their constitutional rights being violated. prgh 4

103. Since 3/27/19 the plaintiff and other inmates in A1 cellhouse have been being served meals in our cells by Kansas Correctional officer and have not been allowed to walk out our cells to grab our meals from the dayroom area where the trays are located in warmer (electric). prgh 5

104. The cell plaintiff located at is cell 158 (A-1) and from this cell the plaintiff can see the front entrance walkway up to ACH, and the outside recreation area fro the entire General Population at E.D.C.F. from the window at the back of cell 158. prgh 6

105. Plaintiff also from the front of his cell out the cell door am able to fully see the electric

12

County of Butler )

             ) SS,

State of Kansas )

## Affidavit

    I Delon McCoy jr inmate # 76894 being duly sworn upon oath and of lawful age state the following:

1. On 3-21-19 I was moved from B1 cellhouse Cell 108 to what was supposed to be general population in A1 cellhouse Cell 158 at Eldorado correctional facility P.O. Box 311 Eldorado, KS 67042.

2. Since being placed in A1-cellhouse Cell 158 I and the other inmates in A-Cellhouse have been on 24hr lockdown and only allowed out for 15min showers 3 times a week and, to grab meals (in cellhouse) and to return to our cells to eat meals. We have not been allowed to go to religious callouts, law library, or to have one hour of outside recreation in anyform.

3. On 3-27-19 I and the other inmates in A-1 were informed that A-1 cellhouse would now be segregation and treated as such.

4. Since being ~~over~~ in A-1 cellhouse I have not witnessed any disturbances or major disciplinary actions or heard of ~~only~~ any of the inmates having major disciplinary actions or disturbances since being housed in ACH, despite many of there constitutional rights being violated.

5. Since 3-27-19 I and other inmates in ~~ACH~~ A1 cellhouse have been being served meals in our cells by Kansas correctional officers and have not even been allowed to walk out our cells to grab our meals from the dayroom area where the trays are located in a ~~cooler~~ (electric)

6. The cell I'm located at currently is cell 158 (A-1) and from this cell I can see the front entrance ~~and~~ walkway up to ACH, and the outside recreation area for the entire General Population at E.C.F. ~~Protected~~ from the windows at the back of cell 158.

7. I also from the front of my cell out the celldoor am able to fully see the electric warmer completely when it is brought into the cellhouse and is left in the dayroom for service of meals. The electric warmer is only about 15 to 20 feet from my celldoor for the entire time it is in the cellhouse.

8. I have been able to ascertain the following concerning the service of the (CRD) certified religious diet on Act. 9. Aramark supervisor, and two and sometimes three inmates transport the electric warmer from the E.D.C.F Kitchen to Act H At cellhouse. All the meal trays are contained within the same electric warmer (regular, vegetarian, CRD, and special medical diet) the electric warmer is then plugged into a electric outlet located in the front wall area of the officers desk area. The C.O's and Aramark supervisors then make sure the correct number of trays are present by opening the two doors of the electric warmer. I have personally witnessed that all the trays are stacked on top of one another and right next to one another touching (CRD, Reg, veg, medical,) there is no separation.

9. After putting on gloves and proper head and beard nets, the correctional officers then take a roster of the inmates in the cellhouse that shows the inmates diet. The C.O's then take the meal trays that correspond to the inmates diet on the bottom tier and places the corresponding amount of meal trays that there are inmates on that diet. and places them on a plastic two tiered collable cart(i.e if there 10 CRD, 30 reg, & 20 medical diets) they will all be placed on the same collable cart. These trays are often stacked on top on one another on the collable cart.

10. The C.O's then pass out to each inmate on the bottom tier the meal tray that corresponds to there meal diet, I have personally witnessed CRD trays stacked on other meal trays, in the warmer and on the collable cart.

11. After the inmates are done eating a C.O then picks up the trays that are dirty from the inmates via the tray hatch and places them on the same collable cart, and stack on top of one another with no separation. And then places them dirty back into the electric warmer which is now unplugged.

(2)

12. The same paress is done for the top tier which the trays get to the top tier by the collable cart barrows/trays being placed in a small elevator to make it to top tier.

13. After all trays that are dirty are placed in warmer two - three inmates arrive to transport electric warmer full of all the dirty trays back to Edcof Kitchen.

14. The foregoing is how I have personally witnessed the CRDT being served in A-1 Cellhouse at Edcof Eldorado correctional facility, K.D.O.C.

Further Affiant saith naught



NOTARY PUBLIC - State of Kansas
PHILLIP A. PATTERSON
My Appt Expires 1/26/2022

S. Delon McCoy Jr
Delon McCoy Jr
P.O. Box 311
Eldorado Ks 67042

Notary Public

My appointment expires
1/26/2022

sworn before me this 29th day of March, 2019

Affidavit D
Plaintiff DeRon McCoy,Jr#76894

County of Butler )
                          )SS.
State of Kansas )

## Affidavit

I Delon McCoy JT inmate #76014 being of lawful age and being duly sworn upon oath state the following:

1. The same rollable carts used to place the meal trays on I have personally seen the same carts be used to transport inmates property to and from property and to and from other cellhouses. I further have personally witnessed laundry cleaning supplies i.e. brooms, dust pans, mop sticks buffer pads etc. All be placed on the same rollable carts for transport and the handing out cleaning supplies. All of the items I have personally witnessed the foregoing things and items be placed on the same rollable carts that (CRA) meal trays and other meal trays are placed upon for service of meals in A1-cellhouse and B1 & B2 cellhouse.

2. From what I have been experiencing there is nothing that keeps me from being subjected to the same meal service process that I previously experienced in B-cellhouse because I can be placed in segregation either justly or unjustly. Further I also can be subjected to meal service that is the same as outlined in my previous affidavits about service of meals at E.D.C.F. segregation (Also called restore housing.) As currently I am in general population but am still being treated like a segregation inmate with meals served to me in a cell.

3. I also feel there is nothing to prevent me from being subject to service of meals as described as at any time the entire E.D.C.F. facility could be placed on lock-down status (which has occured several times) and then meals are brought to cell inmates in there cells and the service of meals is the same as described in the previous affidavits concerning service of (CRA) in segregation in E.D.C.F.

~~There is also~~

Further Affiant sayith naught

S/Delon McCoy JT



Notary Public

NOTARY PUBLIC - State of Kansas
PHILLIP A. PATTERSON
My Appt Expires 1/26/2022

(1)

Affidavit E
Plaintiff DeRon McCoy,Jr#76894

County of Butler )
                 )ss:
State of Kansas  )

## Affidavit of Deron McCoy Jr

1. I Deron McCoy Jr am of lawful age and am duly sworn upon oath and have personal knowledge of the facts set forth below. I can and will testify compently to them theirto under oath.

2. On or about 4-2-2019 while housed in A-cellhouse one-side cell 158 at Eldorado correctional facility in Eldorado, kansas I ascertained that there was a small change in the service of the (CRD). These changes are as follows: (A) The service of (CRD) to inmates in segregation (A) trays are now disposable trays. (A) disposable trays are disposed of after use.

3. The (CRD) disposable are still transported in the electric warmer from E.D.C.F kitchen to seg cellhouses along with all the other mealtrays.

4. I have witnessed the (CRD) disposable trays stacked on top of other non-kosher trays and/or touching other meal trays that are not kosher.

5. The (CRD) disposable trays are still handed out in the same way as outlined in the previous described affidavits by my person, on the Rollable cart.

6. The foregoing still does not meet my religious requirements due to the (CRD) meals being prepared in a standard non-kosher prison kitchens from scratch.

7. My strict orthodox Jewish dietary laws require that kosher foods not be prepared or processed in a resteraunt/eating house, kitchen, or lunchroom that serves, cooks, or prepares non-kosher foods.

(1)

*Ashelman v. Vawrzaszek*

8. This is outlined in Ashelman v. Vawrzaszek. 111 F3d 674, 675 & Note 2 (9th circuit) and Beechlede v. Suthers 286 F.3d 1179, 1189 (10th cir. 2002) bee note 4 "A Kosher Diet cannot be prepared in a standard prison Kitchen"

9. My orthodox Jewish beliefs require that I be served a Kosher Diet that meets all Jewish dietary laws pertaining to source, storage, preparation, and service, one of those being that the Kosher Diet cannot be prepared in a standard non-Kosher prison Kitchen.

10. One way to correct this <u>current</u> problem is to build a completly different seperate Kosher Kitchen.

11. Another way to correct the <u>current</u> problem is to (1)serve pre-packaged Kosher meals from Kosher vendors around the country. Lengui airline dinners or shelf stable packaging (1) and/or (2) obtaining fresh products through the retail outlets and Kosher purveyors. Lihile also meeting Nutritional requirements of at least 2900 calories along with other Nutritional requirements pertaining to other nuctional intake.

Further Affiant saith Naught

/s/ Deron McCoy JR
DERON McCoy JR

Subscribed and sworn to me this 8th day of April 2019

/s/ Phillip Patterson
Notary Public

NOTARY PUBLIC - State of Kansas
PHILLIP A. PATTERSON
My Appt Expires 1/26/2022

②

Affidavit F
DeRon McCoy,Jr#76894

County of Leavenworth )
                                    )SS.
State of Kansas                )

## Affidavit of Deron McCoy Jr

I Deron McCoy Jr being of Lawful age and being duly sworn upon oath state the following facts:

1. On 5-17-19 I was transferred from Eldorado correctional facility general population to Lansing correctional facility segregation on Holdover status so that I could attend trial in a unrelated civil action. (cell 103)

2. While housed in LCF segregation I was able to ascertain the following concerning the preparation and service of the (CRD) certified religious diet.

3. The (CRD) at (L.C.F) is still prepared in the same areas and places as outlined in the amended complaint and accompanied affidavit.

4). The (CRD) in segregation is served in the following manner- The (CRD) meal trays arrive in a large electric food warmer along with all the other meal trays regular. Veg. Renal, and Gluten. All of the trays are stacked together inside the electric food warmer. There is no seperation between the trays. (Lunch is a sack lunch)

(1)

5. The (CRD) trays differ only in color from the regular meal trays the (CRD) trays are a yellowish colored stackable hard plastic tray while the regular meal trays are brownish in color.

6. Once the electric warmer arrives in C-1 cellhouse a correctional officers puts on gloves and a hair net then takes a rollable plastic cart that is approx 3ft by 2ft and approx 3ft tall and stacks the required number of meal trays (CRD. Regular, special diets. etc...) for the tier that C-O is handing out trays on. There is no seperation of the trays and (CRD) trays are often stacked on top of the other trays.

7. The correctional officer then passes out a tray to each offender corresponding to the diet the is on.

8. After the offender is done eating his meal a correctional officer then picks up the dirty meal trays from each one of the cells via the door hatch for trays.

9. There is no seperation of the dirty trays and the (CRD) trays are stacked ontop of the other dirty trays on the rollable plastic cart.

②

10. The dirty trays are then placed back into the electric food warmer and sent back to the kitchen to be washed.

11. The same meal compents as well as the same (CCRD) menu is used at LCF that is used for all the other K.D.O.C adult facilities, Same meals served on Same days and same meal times (Like BreakFast, Lunch dinner).

Further Affiant saith Naught

DeRon McCoy, Jr
DeRon McCoy, Jr

Subscribed and sworn to me on this 31st day of May, 2019.

NATHANIEL S. BLANEY
Notary Public - State of Kansas
My Appt. Expires 1/6/21

Notary public

3

Affidavit G
Plaintiff DeRon McCoy,Jr

Affidavit of DeRon McCay II

State of Kansas )
                ) SS:
County of Butler )

I DeRon McCay II being of lawful age and duly sworn state the following facts:

1. I am currently incarcerated in Eldorado correctional facility General population and have been since Jan 2018

2. Since being here at E.D.C.F I have be able to learn how and where the CRD is prepared & served at E.D.C.F as well as how the trays are cleaned stored at E.D.C.F As well as changes along the years

3. On or about Sept 2018 while having a conversation with several inmates. One of whom mentioned that he and other inmates where having to ~~clean~~ been cleaned and seperate CRD items for a inspection from the US Attorney General office.

4. About a week later I was informed about a inspection occurring in the kitchen at E.D.C.F by the Kansas Attorney General office.

5. After the inspection I personally witnessed a change in the service of the CRD, In General pop, on several occassion witnessed the CRD being served in a Styrofoam tray wrapped in plastic wrap. which was a change from right before the inspection. The same was true for the segregation cell houses

6. Currently the CRD service has gone back to being served the same way as the CRD is served at H.C.F has, described in the 3103 complaint in case # 16-(v)-    # )

7. On several occassion I have personally observed the CRD as of the date of the creating of this affidavit (6/22/20) in the following

(1)

manner. When a inmate who is on (CRD) certified
religious diet goes through meal line to recieve a
tray, they go through the east dining halls
meal line when thier respective cellhouse is
called for meal line.

8. Once a inmate who is on CRD gets to the
meal line window he states his diet and shows
there inmate I.D a inmate then grabs a already
prepared tray, from a warmer within view from
the serving line window and then slides it
through the same window to the awaiting inmate
CRD trays are reddish in color.

9. The same serving line window is used to serve
regular diets Medical diets and CRD. The serving
line window is approx 2½ feet wide, 1 ft. tall.
It is often caked with food, cake, Noodles etc
from the various other Diets previous trays being
slid through the same window.

10. After a person on CRD diets there tray
they sit at the same tables as everyone else
does, at various times.

11. Once finished then they place there dirty cups
through one sections of the dish rack window.
Then there dirty CRD tray through another
section were a inmate criminal employee
grabs the tray off slots counter dumps
trash, and leaves over food in trash by hitting
tray on side of trash can. Then places
dirty tray on conveyor belt of washing
machine where it is washed then a different
inmate grabs the just cleaned tray off conveyor
belt and stacks it on a rollable dish
rack along with all other just cleaned
trays (Medical diet trays, new trays etc...) coming in
direct contact with them.

12. I have further discussed the preparation process, storage and service of the CRD at T.D.C.F with two CRD cooks there observations are outlined in there Affidavits submitted along with these see Inmate nubes # ____ and Inmate # ____ notarized Affidavits

further Affiant saith naught

S/DARON McCay I

subscribed and sworn to me on this 25 day of June ,2020

S/ Notary public

NOTARY PUBLIC - State of Kansas
MATTHEW MOORE
My Appt Expires 04-09-2022

(3)

Affidavit of inmate Moses#56669

State of Kansas    )
                   ) :ss
County of Butler   )

Affidavit of Inmate

MOSES _____ # 57669

I __MOSES__ being duly sworn upon oath and being of lawful age state the following:

1. I have held the position of CRD cook at E.D.C.F. From 12/18 to 6/2020 .
2. I am fully aware of the CRD menu as well as preparation, storage, and secure process of the CRD at E.D.C.F.
3. There is No separate room designated as a (CRD) room at E.D.C.F. kitchen there is only a small table and rollable cart in a area by the pots and pans area.
4. After my arrival at work I had to have a Aramark supervisor let me in the dry storage area, freezer, etc..... to get the necessary items to cook the CRD with in accordance with the CRD menu for the respective date of the menu.
5. I prepared the parts of the CRD that I could in the CRD area by the pots and pans area.
6. It was common practice to use the same pots and pans for preparation and service of the CRD. The only time that there was deviation of the practice was right before the inspection by the Attorney General's Office. At which time pots and pans were separated and marked with a K. for kosher, one month later things went back to the common practice, where the same pots and pans are used for preparation and service of the regular meals and CRD meals, which I grabbed from general pots and pans area. There generally is no separation of pots and pans. The same are generally used for all diet.
7. In order to cook the CRD I had to obtain meal components (portioned from a bulk box) and then empty contents into serving pan that are situated in a steam well table, then obtain boiling water from the large steam kettle, which is used for all meals.
8. After all CRD meal components are finished cooking, I then made each CRD meal tray, the completed CRD trays are then placed in a warmer behind the serving line to await service also in this same warmer is medical diets meal trays and other meal components.
9. The reusable plastic CRD trays are reddish brown in color and are washed in the same dish washing machine as all other reusable meal trays (veg., medical., etc...). All meal trays are stored in the same area.

Further Affiant saith naught.

/s/ _Stw Moss_

Subscribed and sworn before me on this 1st day of _July_ , 2020

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires 9/16/2022

/s/ _Richard D. Hoover_
Notary Public

Affidavit of Joe Hill#90373

State of Kansas    )
                   ) :ss
County of Butler   )

Affidavit of Inmate

_Joe Hill_  # 9373

I _Joe Hill_ being duly sworn upon oath and being of lawful age state the following:

1. I have held the position of CRD cook at E.D.C.F. From _9/1/20_ to _Currently_
2. I am fully aware of the CRD menu as well as preparation, storage, and secure process of the CRD at E.D.C.F.
3. There is No separate room designated as a (CRD) room at E.D.C.F. kitchen there is only a small table and rollable cart in a area by the pots and pans area.
4. After my arrival at work I had to have a Aramark supervisor let me in the dry storage area, freezer, etc..... to get the necessary items to cook the CRD with in accordance with the CRD menu for the respective date of the menu.
5. I prepared the parts of the CRD that I could in the CRD area by the pots and pans area.
6. In order to cook the CRD I had to obtain meal components (portioned from a bulk box) and then empty contents into serving pan that are situated in a steam well table, then obtain boiling water from the large steam kettle, which is used for all meals.
7. After all CRD meal components are finished cooking, I then made each CRD meal tray, the completed CRD trays are then placed in a warmer behind the serving line to await service also in this same warmer is medical diets meal trays and other meal components.
8. The reusable plastic CRD trays are reddish brown in color and are washed in the same dish washing machine as all other reusable meal trays (veg., medical., etc...). All meal trays are stored in the same area.

Further Affiant saith naught.

/s/ _Joe Hill_

Subscribed and sworn before me on this _1st_ day of _July_ , 2020

/s/ _Richd D Hoover_
Notary Public

NOTARY PUBLIC - State of Kansas
RICHARD D. HOOVER
My Appt Expires _9/16/2022_

Exhibit A

# Cincinnati CK Kosher

Kosher Food Consulting

2445A Section Road
Cincinnati OH 45237
(513) 549-0450 · (513) 631-4900 fax
cincinnatikosher@gmail.com

January 1, 2018

This is to certify that the following products produced by Klosterman Bakery located at 1000 E. Ross Ave, St. Bernard, OH, 508 Main St, Springfield, OH, 350 S. Pioneer Blvd. Springboro, OH and 837 Green Crest Drive Westerville, OH  are under the supervision of Cincinnati Kosher/Vaad Hoier of Cincinnati.

Please note the following conditions of certification:

**All products are Pareve.**
**All products are certified only when bearing the Cincinnati Kosher symbol.**
**All products are certified year-round, excluding Passover.**
**This certification is valid through December 31st 2018 and is subject to renewal at that time.**

**Brand:**
Klosterman

**Product Name:**
Hot Dog Bun
Individual Rye Slice
Individual Wheat Slice
Individual White Slice
Individual Whole Wheat Slice
Irish Potato Soft Roll
Jumbo Hamburger Bun
Jumbo Poppy Hot Dog
Jumbo Yellow Hot Dog Bun
Kimmel Rye Bread
King Challah Bread
Knotted Roll Cut-top Bun
Large Breadstick
Large Whole Grain Hot Dog Bun
Light Rye

Rabbi Avrohom Weinrib -Rabbinic Administrator-Cincinnati Kosher

Dr. Ned Mehlman
PRESIDENT

Rabbi Avrohom Weinrib
RABBINIC ADMINISTRATOR

4

BEIS DIN / RABBINIC BOARD
Rabbi Ezra Goldschmiedt
Rabbi Stuart Lavenda
Rabbi David Spetner
Rabbi Avrohom Weinrib

Exhibit B



# ORTHODOX UNION
## LETTER OF KOSHER CERTIFICATION

בס"ד

UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA   איחוד קהילות האורתודוקסים באמריקה
ELEVEN BROADWAY / NEW YORK, NY 10004 / 212-613-8241 / KOSHERLETTER@OU.ORG / OUKOSHER.ORG

October 24, 2018

Flowers Foods, Inc., 1919 Flowers Circle, Thomasville, GA 31757

This is to certify that the following Private Label product(s) are manufactured under the supervision of the Kashruth Division of the Orthodox Union and are kosher as indicated below.

Private Label Company:   Sysco Corporation, Corporate Offices, Houston, TX 77077-2027

| Product Name | UKD-ID | Status | Certification Requirements |
|---|---|---|---|
| **Brand:  Sysco Classic-327766** | | | |
| • 54316730 Pullman White Bread-8386765 | OUV7-1C454EA | Pareve | Ⓤ Symbol required. |

Placing the OU logo on products not listed above constitutes an unauthorized use of the OU symbol, which is a federally registered trademark.

Rabbi Menachem Genack, *Rabbinic Administrator, CEO*

**This certification is valid through 01/31/2019**

Page 1 of 1

Item # 1018

PERISHABLE-FRAGILE-STORE FROZEN

24oz White Pullman Bread 26+2   10 per Case.

Net Weight: 15 lbs

INGREDIENTS: Enriched Wheat Flour (Wheat Flour, Barley Malt, Niacin, Iron, Thiamin Mononitrate, Riboflavin, Folic Acid), Water, High Fructose Corn Syrup, Yeast, Contains 2% or less of the following: Soybean Oil, Salt, Dough Conditioners (Monoglycerides, Calcium Peroxide), Wheat Gluten, Yeast Nutrients (Calcium Sulfate, Ammonium Chloride), Corn Starch, Calcium Propionate (Preservative).

Baked on: 04/16/18          Use by: 10/13/18

Contains: Wheat
Klosterman Baking Co.
Cincinnati, OH 45229
513-242-1004
Made in the USA



KLOSTERMAN
SINCE
1892.
BAKING CO



No Kosher Symbol

Exhibit C

# CERTIFIED RELIGIOUS DIET & VEGETARIAN DIET REQUEST FORM

TO: McCoy #76894 A2-115

CELL:

FROM: HCF Pastoral Care Dept.
DATE:

---

**Chaplain's Office Use ONLY**

☑ Approved
☐ Denied - Not a significant Religious reason
☐ Denied - waiting period in effect per IMPP 10-119 – eligible to re-apply after _____

---

The Pastoral Care Dept. has received your request for placement on a modified diet.

<u>Please complete this form specifying which diet you desire and return it to the Chaplain's office.</u>

I, DERON MCCoy JT                                    KDOC# 76804
(Printed Name)

Am requesting to be placed on a (check only one):

☑ **Certified Religious Diet** (Common Fare)

**\*\*Reason(s) for requesting CRD (Common Fare Diet)** (you must give a religious reason below or request will be denied automatically...please be specific):

Leviticus - 11   clean and unclean Animals (meats)
(I would like a real Kosher modified diet)

☐ **Vegetarian Diet**

☐ **Regular Diet** (requesting removal from CRD or Vegetarian diet)

**\*\*\*Please note diet changes are only processed once a week through Aramark\*\*\***
(You will need to continue with your current diet until you get a copy of this form back with effective date of diet change.  If your requested diet is denied, you will receive notification of this decision.)

I understand by submitting this form and signing it below, *that pursuant to IMPP 10-119, (II, C, 4 & III, B,2), failure to adhere to the modified diet may result in the removal from the modified diet program.  Failure to adhere to the modified diet shall include taking a meal tray from or eating items from the standardized menu, the vegetarian menu (if common fare), the common fare (if vegetarian), or any menu other than that of the modified diet.*  Should you choose to discontinue the modified diet, you must send a request to the chaplain's office.  Inmates who choose to withdraw or are removed from a modified diet must wait ninety (**90**) days before requesting readmission to the modified diet.  The third (**3rd**) time a given inmate is removed or elects to withdraw from the modified diet the inmate must wait **six (6) months** before requesting readmission to the modified diet.  The fourth (**4th**) time will be a waiting period of one (1) year.

_____
(Inmate Signature)

4-27-17

APR 2 7 2017                    (Date)

DIET EFFECTIVE DATE: _____
(to be stamped by Pastoral Care ONLY)

Exhibit D

El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042



**Kansas** 158
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Roger Werholtz, Secretary
Sam, Cline, Warden

Laura Kelly, Governor

To: **MCCOY, DERON, JR**

Date: **4/11/2019**

KDOC # **76894**

Cell: **A1-158**

From: **The EDCF Chaplaincy Department**

The Chaplain's Department has received and reviewed your request for placement on the Certified Religious Diet (CRD) list. Your request has been approved.

As of this date you have been placed on the **CERTIFIED RELIGIOUS Diet list.**

**Note:** You will continue to receive the Regular diet in the main dining room until your inmate identification badge has been remarked accordingly by the A&D unit. It is up to you to work with your cell house and Unit Team staff to schedule a time to recive an updated ID.

You must submit a Form 9 when you wish to be removed from this religious diet.

Per IMPP 10-119, inmates who choose to withdraw, switch religious diets, or are removed from a religious diet wait ninety (90) days before requesting readmission to a religious diet. Additionally, the third time an offender withdraws from a religious diet the waiting period will be six months, and the fourth or subsequent request for removal, the waiting period will be one year.

*Chaplains Office*

Exhibit E7:
A very abridged guide to kosher dietary laws
overview from The Aleph Institute.

# A Very Abridged Guide to Kosher Dietary Laws (an introductory overview only)

"Kosher" means (at more than just "been spoke." Throughout history, aberrant laws have practically starved themselves into existence that consume any food or drink that we're trying to get us to eat. A Jew's obligation to consume only kosher food is a Biblically-mandated precept as reflected by principles set forth by Rabbis and Sages thousands of years ago, and applied today. Observant Jews believe that we accept as an essential provision to eat only kosher food habits not only the body, but the soul. Accordingly, the availability of nutritionally-sufficient kosher food for a supreme decree of forbidden food holds not only the body, but the soul. Accordingly, the availability of nutritionally-sufficient kosher food for a Jew is not a luxury requirement as an essential provision to allow that person to live.

All food and their components are divided into four categories:

## MEAT

Only certain Biblically-defined animals are kosher: ruminants with split hooves (generally, cows and sheep), and poultry (only certain species of fowl). These animals may be consumed. Animals must be slaughtered in a religiously-mandated humane way by skilled and learned Jews. Meats must be washed and salted in a religiously-mandated way observed by a rabbi or other skilled and learned people under its direction.

## DAIRY

Dairy products must derived from a kosher animal. Accordingly, milk products from a pig, camel, or other non-kosher animal is not kosher. Many observant Jews will not consume milk and dairy products unless they have a high level of rabbinical supervision during processing ("Cholov Yisroel").

## PARVE

Everything derived from sources other than the categories of meat or dairy are called "Parve" ("neutral"). Included are eggs, kosher fish and plants (fruits and vegetables). Only fish with scales and fins are kosher. Accordingly, no shellfish are kosher. Parve products may be eaten with either meat or dairy products (although fish may not be eaten with meat in a single dish).

## "NON-KOSHER" FOODS

**INTRINSICALLY NON-KOSHER:** All non-ruminant animals and those that do not have split hooves, most birds except as noted above, all that do not have a "been spoke" in a religiously-mandated way, are intrinsically non-kosher. Most of them (pigs) are in the category of non-kosher. In addition (but barred animals that do not live in the sea but still slither, all insects and crawlers, all grape products not supervised by a Rabbi; all mixtures of meat and dairy; all mixtures of meat and fish.

**NON-KOSHER AS A RESULT OF PROCESSING:** spray-dried products; reacted flavors; production of fatty acids; used for non-kosher food prepared with equipment previously used for non-kosher products. Meat and dairy products may not be cooked or eaten together, nor may a Jew derive any benefit from such mixed foods.

Accordingly, two separate sets of cooking utensils, dishes and cutlery are necessary: one for meat and one for dairy foods. It is customary to mark all utensils used for dairy foods so that they do not get interchanged with those used for meat. Observant Jews do not eat from the same dish of bread if it has been used with the meat and dairy products.

Even a very small amount of meat or dairy (or their derivatives) may be taken into account whether "meat" or "dairy." Care must always be taken that kosher foods are prepared and served with appropriate utensils (e.g., utensils that have not (a) been used or washed together with non-kosher foods; and (b) are not used both for meat and dairy products).

## INGREDIENTS

**INGREDIENTS THAT CAN NEVER BE KOSHER:** civet; castoreum; carmine; ambergris.

**INGREDIENTS PRESENTLY NOT AVAILABLE IN KOSHER NON-KOSHER:** animal glycerin; natural and synthetic (grape skin extract).

**INGREDIENTS REQUIRING RABBINICAL SUPERVISION:** Products that may be derived from an animal source: all oil and fats naturally acids, their esters and especially pancreatic, stearic, oleic acid.

polarginic acids; fatty alcohols, aldehydes and ketones; lactones; glycerol; amino acids and derivatives; vinegar. Products that are sorbitans and/or made hydrogenated products; glycerol and esters; enzymes; enzyme-modified products; whey (arising from enzyme action); vitamins.

Products that have or may have a grape juice origin (pectic enzymic; natural copra acid; fumaric and malic acid; natural tartaric acid; ethyl and esters; natural tartaric acid; ethyl

alcohol; manufactured esters; natural acetaldehyde; vinegar. Products that are dairy or may have a dairy origin and cause a product to be "dairy"; milk solids; lactose; casein and derivatives; cream and derivatives; starter distillates; whey and chemicals produced from it; fatty acids from butter or cheese; butyric, caproic, propionic and myristic acids.

## THE SABBATH, HOLIDAYS AND FAST DAYS

Sabbath and holiday meals should include wine (or grape juice), two loaves of challah (or whole matzos), fish and meat. Observant Jews may not eat foods that are cooked on the Sabbath, or exert some work schedules may need to be rearranged to insure that no Jewish inmates (or the elderly, or anyone with a need to be handled differently from the same as for the Sabbath, except for most lenient rules governing the use of fire may on the Sabbath. The specific prohibitions of festivals and their differences from the Sabbath are beyond the scope of this memorandum. Competent rabbinic authorities should be consulted with individual questions. Institutional staff should be aware that Jewish inmates may not be able to eat dinner at all until close to a certain fast days, and should be permitted to eat well before sundown.

With respect to all fast days, staff should be made aware that Jewish inmates may need to wait to consume any food or drink until one hour after sundown on the fast day itself, and, if dinner is scheduled before then, those inmates should be given the opportunity to eat at a later, more religiously appropriate, time.

Many common products and national brands are labeled with symbols signifying that they have been prepared under rabbinical supervision and comply with kosher dietary laws.





## PASSOVER FOODS

In addition to all of the above, the following products and their derivatives may not be used during the Jewish eight-day holiday of Passover: wheat, rye, barley, oats, spelt; corn, legumes (soy, peanuts etc); rice; mustard; alcohol; yeast; some of these items). As a general rule, Passover products may not be manufactured with non-Passover foods. All processes that the manufactured and used Rabbinical supervision. Matzo available year-round is generally leavened and is not kosher for Passover.

## KOSHER FOOD IN INSTITUTIONAL ENVIRONMENTS

Kosher food can be made available to Jewish inmates by: (1) preparing it on site with proper kitchen facilities under the direction of a qualified kosher food supervisor; (2) obtaining pre-packaged meals from kosher vendors around the country (e.g., airline dinners or small stable packaging) and products with appropriate kosher certification symbols; and/or (3) obtaining fresh products through retail outlets and kosher food service. The use of disposable plastic or paper goods is an easy, cost-effective and religiously-acceptable alternative when providing kosher food in an institutional environment.

*Adapted from "A Guide To Kosher Dietary Laws," by Dr. J. Luft, Ph.D.*

## Kosher Certification of Commercially-Available Products

All food and their components are divided into four categories:

(1) Meat (which may not be prepared with the same utensils, or consumed with, dairy products);
(2) Dairy (which may not be prepared with the same utensils, or consumed with, meat products);
(3) Parve (neutral products, which may be prepared or consumed with either meat or dairy products); and
(4) Non-kosher (which includes non-kosher foods, mixtures of meat and dairy, and meat and fish).

The letter "K" alone printed on a food package provides no meaningful assurance. It is a generic letter that may be placed on most anything, and does not indicate that any reputable kosher certification has provided any oversight at all.

Six of the most commonly accepted national kosher certification agencies and their trademarked symbols are:

The Union of Orthodox Jewish Congregations
(The "O-U")
391 Troy Ave.
Brooklyn, NY 11213
Tel: (718) 756-7500
Fax: (718) 756-7503
Publication: The Jewish Homemaker

The Organized Kashrus Laboratories
(The "O-K")
391 Troy Ave.
Brooklyn, NY 11213
Tel: (718) 756-7500
Fax: (718) 756-7503
Publication: The Jewish Homemaker

"Star-K" Kosher Certification
11 Warren Road
Baltimore, MD 21208-5234
Tel: (410) 484-4110
Fax: (410) 653-9294
Publication: Kashrus Kurrents

There are nearly two hundred kosher symbols and corresponding agencies that certify ingredients and packaged foods throughout the United States. Kashrus Magazine, a magazine for kosher consumers, publishes the list of these certifying agencies and symbols used by all kosher food, and their news and updates. One issue per year ($13/2 yrs, and may be obtained from Kashrus Magazine, POB 204, Brooklyn, NY 11204. Tel: (718) 336-8544.

If you have any questions regarding the laws of Kashrus, or are in need of assistance, or would like more information on the laws of Kashruth, please feel free to call us. We can also try to direct you to kosher agencies and provide information on available kosher products.

Central Rabbinical Congress
(The "CRC")
201 The Plaza
Teaneck, NJ 07666
Tel: (201) 837-0500
Fax: (201) 837-0126
Publication: CRC Kashrus Directory

"KOF-K" Kosher Supervision
1115 Broadway
New York, NY 10010
Tel: (212) 564-6000
Fax: (212) 564-9055
Publication: KOF-K Kashrus Directory

K'hal Adath Jeshurun
("Breuer's" or the "KAJ")
85-93 Bennett Avenue
New York, NY 10033
Tel: (212) 923-3582
Fax: (212) 781-4275
Publication: KAJ Newsletter

THE ALEPH INSTITUTE • 9540 Collins Avenue • Surfside, Florida 33154 • (305) 864-5553

# PROCEDURES FOR CERTIFIED RELIGIOUS DIETS (CRD)

PURPOSE: To establish standard operating procedures for all CRD small wares to insure their integrity.

WHO: All ARAMARK employees to include foodservice supervisors and managers

1. The following small wares are designated for CRD use only:
   A. Orange compartment trays
   B. Brown tumblers
   C. Brown sporks
   D. Rubbermaid totes
   E. Prep tools that are labeled as CRD tools
   F. Brown bus containers

2. All designated CRD small wares will be stored separately from small wares used on the regular meal line. At no time will they be integrated with the small wares used for the general population.
   A. All trays, tumblers, sporks, totes will be stored on a separate rack in the CRD prep area.
   B. All CRD prep tools will be stored in the supervisor's office when not being used.

3. Cold trays will be made up as needed for each meal and stored in the CRD cooler. Hot food items will be placed in the separate CRD pass through warmer and kept separate from the general population food.

4. The bus container is placed in the dish room. There is an opening in the wall for CRD inmates to put their dirty small wares through and into the CRD bus container. These containers are solely for the purpose of collecting dirty CRD small wares. The containers are not to be used for anything else.

5. All CRD small wares will be washed and sanitized separately in the CRD three compartment sink. They will be washed in hot water (at least 110F) with a detergent solution and then rinsed in a hot water with sanitizer. You should not use any of the equipment that is used to wash general population small wares and pots and pans to wash CRD small wares and pots and pans.

6. After washing, all CRD small wares are to then be rinsed one more time in cold water and then stored in the designated CRD areas, separate from the general population small wares.

7. The serving line needs to be cleaned and sanitized and have all general population food products cleared before beginning to serve CRD meals. Only CRD trained personnel should be used to serve CRD meals. If there is a break in serving CRD meals, the serving line must be resanitized before serving CRD meals again.

8. It is extremely important that these procedures be strictly followed. Compromising these procedures could result in inmate grievances and possible lawsuits. Violations could results in disciplinary actions including termination.

The Certified Religious Diet (CRD) is intended and expected to meet all special religious diet guidelines as established by the KDOC's rabbinical authority. All products are required to be certified Kosher with such certification on the package unless the product itself in inherently Kosher, such as raw fruits and vegetables. Aramark has obtained the approval for the CRD menu from the rabbinical authority, which means that in the opinion of the Rabbi, the menu is Kosher when prepared according to proper CRD procedures.

**Kansas DOC – Certified Religious Meal Procedure**

Breakfast

1. All fresh fruit will be of the same type and size as the regular menu.
2. Dry cereal will be the same type as the regular meal line and served in the CRD tray or a disposable bowl.
3. Muffin/Danish will be prepared at each facility in a kosher pan.
4. Coffee will be the same as the regular meal line.
5. Milk will be the same as the regular meal line.
6. Grits and oatmeal will be prepared at each facility in a kosher pan.
7. Kosher white bread will be served.
8. Regular substitute sugar packets will be served.
9. Same jelly packets will be used as used on the regular meal line.
10. Same unsalted kosher margarine is used on both meal lines.

Lunch & Dinner

1. All raw vegetables will be prepped at each facility separately from raw vegetables used on regular meal line.
2. All beans will be prepared at each facility in a kosher pan.
3. Kosher white bread will be served with each meal.
4. Regular jelly packets will be used
5. Regular unsalted margarine will be used.
6. Peanut butter will be portioned directly onto tray or in a disposable cup for small quantities.
7. Regular packets of mustard and mayonnaise will be served.
8. The vitamin fortified fruit drink is used for CRD.
9. Regular substitute sugar packets will be used.
10. All CRD hot meal items are to be cooked in separate kosher pans.
11. All CRD deli meats are prepackaged and are to be served in the sealed package.

exhibit G

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name _DeRON McCoy Jr_   Number _76894_

Facility _LCF_   Housing Unit _C2-313_   Work Detail _Clinic aide_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). _(See attached pages) pg 1-3_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _March 25, 2014_

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I have reviewed your complaint with the following findings:
Your grievance issue concerns being placed on a Modified Diet of Kosher, in accordance with your religious beliefs. Currently there is only a Certified Religious Diet (CRD). The term Kosher is recognized on many of the items that are served on the Certified Religious Diet. The cooking utensils used for the (CRD) are cleaned and kept in the (CRD) Room, and two steam kettles have been identified and used solely for the (CRD) meal preparation. The dish washer machine is used for the cleaning of the trays but it is sanitized before its use in accordance with the reasonable accommodations clause. The soy based meals are all factory sealed as well as the tuna and eggs.   No further action is deemed necessary at this time.

_D Parker UTM_   _04/02/2014_
Unit Team Signature                                          Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_DeRon McCoy Jr 76894_   _4.4.14_
Inmate Signature                                          Date

## WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received _APR 0 8 2014_ Date of Final Answer _APR 11 2014_   Date Returned to Inmate _____

_____   _____
Inmate's Signature                    Date        Unit Team Signature                    Date
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number   _AA 20140433_

Type of Complaint (Item 4: Code 01-75)   _0 1_

Cause of Complaint (Item 5: Code 01-30)   _2 7_

Type of Response (Item 6a: Code 01,02,08 or 09)   _0 1_

On approx March 18, 2014 I spoke to
chaplin Dunn concerning being placed on
a modified diet of Kosher to be in
accordance with the practicing of my
religious beliefs. I was told that there
was no Kosher diet currently
provided by aramark for K.D.O.C.
I was told by chaplin Dunn that
the only modified diet currently provided
was the Religious Diet Meals. I asked
if the religious Diet was Kosher. chaplin
Dunn told me that he was not even
allowed to say that the religious Diet was
Kosher. I have personally observed the
serving of the religious Diet by aramark.
the Religious Diet Meal is served on Dark
brown plastic trays. the food items are
served from the same warmer were the
regular Diet Meals are served. once a person
on religious diet is finished eating the
reusable trays are placed through the
same dirty tray slot as regular diet trays
these religious diet trays are then washed in
the same dishwasher as all the other dirty
trays. I have on more then one occasion
personally witnessed a regular diet meal served
on a tray that is supposed to be for only

1

religious diets per my religious beliefs once eating utensils, containers & cooking utensils come in contact, or touch, or are touched by things or foods that are unclean by scripture then they also become unclean and cannot be used for food preperation as the useing of unclean cooking containers or cooking or eating utensils make the food items unclean and no longer Kosher. I have also been told by several kitchen workers that the religious diet meals are prepared in the same areas as the regular diet meals and not in the room built for the preperation of Kosher diet Meals. The food items served for religious diets are also not Kosher due to the food items not being factory packaged when a person on religious diets is served the food items. For all these reasons and more (ie. the blessing of utensils by a Rabbi) the religious diet meals do not sustify the Kosher modified diet requirements protected by Impp-10-110 attachment I would like for Kosher Meals to immediately be provided to me and for all religious callouts that are approved for Kosher modified diet requirements (A.O.y, H.O.y, & Judaic). To not do so is a direct violation of my

Ⓠ

constitutional right to religious practice.

Respectfully submitted,

Delon McCoy, Jr

(3)

C-313

# Grievance-Response on Appeal

**FACILITY:**     **Lansing Correctional Facility**

**INMATE:**       **McCoy, Deron #76894**

**GRIEVANCE NO.:**  **AA20140433**

**DATE:**          **April 25, 2014**


## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

The Religious Diet provided by the KDOC is based on the Common Fare diet, which has been reviewed and approved by the KDOC contracted religious advisor, as evidence by the Rabbi's signature on the menu, and has been found to be consistent with kosher requirements. Further inquiry to the contractor's Religious Diet food preparation indicates that expected procedures consistent with the Rabbi's recommendations, are being followed.

## ACTION TAKEN

None further.

*Patricia Berry*

Patricia Berry
Secretary of Corrections Designee


cc:    Grievance File, SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on APR 2 9 2014 .



P. O. Box 2
301 East Kansas
Lansing, KS 66043

# KANSAS
Department of Corrections
*Lansing Correctional Facility*

Phone: (913) 727-3235
Fax: (913) 250-2762
www.doc.ks.gov/facilities/lcf

Ray Roberts, Secretary
Rex Pryor, Warden

Sam Brownback, Governor

**DATE:**       April 9, 2014

**TO:**         Deron McCoy #76894

**FROM:**       Rex Pryor, Warden

**SUBJECT:**    **Grievance # AA20140433**

**Findings of Fact:**  Your grievance was received and an investigation into your allegations has been completed.

**Conclusions Made:**  After an investigation by the Grievance Officer, and a complete review of the applicable documentation, it was determined the response provided by Unit Team Manager Portice is appropriate regarding your issues.

**Action Taken:**   No further action is deemed necessary.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections.

RP: CBR/cr

Cc: File